**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
In re:                                                   :   Chapter 11
                                                         :
ICON AIRCRAFT, INC., et al.,                             :   Case No. 24-10703 (CTG)
                                                         :
                                                         :   Jointly Administered
                                Debtors.                 :
-------------------------------------------------------- x
```

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jeffrey J. Recher of Paul, Weiss, Rifkind, Wharton & Garrison LLP to represent Asset Management Company Venture Fund, L.P., Kirk Hawkins, The Northern Trust Company as Trustee of the Philip M. Condit IRA, Snowcrest Partners, LLC, and Steen Strand in the above-captioned cases and any and all adversary proceedings commenced therein.

Date: May 2, 2024

*/s/ Richard S. Cobb*
Richard S Cobb (No. 3157)
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:  cobb@lrclaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Date: May 2, 2024

*/s/ Jeffrey J. Recher*
Jeffrey J. Recher, Esquire
**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: jrecher@paulweiss.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.