IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ICON AIRCRAFT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10703 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 92** |

### ORDER (I) EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (a) extending the deadline to file the Schedules and Statements through and including May 13, 2024, without prejudice to the Debtors' ability to request additional time should it become necessary to do so, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having reviewed the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.); and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: ICON Aircraft, Inc. (7443); Rycon LLC (5297); IC Technologies Inc. (7918); and ICON Flying Club, LLC (6101). The Debtors' service address is 2141 ICON Way, Vacaville, CA 95688.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

31479092.5

other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion is GRANTED.

2. In accordance with section 521 of the Bankruptcy Code, Bankruptcy Rules 1007(a)(5) and 1007(c), and Bankruptcy Local Rule 1007-1(b), the time by which the Debtors shall file their Schedules and Statements is extended through and including May 13, 2024. Such extension is without prejudice to the Debtors' right to request further extensions.

3. The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: May 6th, 2024
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

31479092.5

2