**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ICON AIRCRAFT, INC., *et al.*,[1] | Case No. 24-10703 (CTG) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR ICON AIRCRAFT, INC. (CASE NO. 24-10703)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: ICON Aircraft, Inc. (7443); Rycon LLC (5297); IC Technologies Inc. (7918); and ICON Flying Club, LLC (6101). The Debtors' service address is 2141 ICON Way, Vacaville, CA 95688.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ICON AIRCRAFT, INC., *et al.*,[1] | Case No. 24-10703 (CTG) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

ICON Aircraft, Inc., Rycon LLC, IC Technologies Inc, and ICON Flying Club, LLC (individually, a "<u>Debtor</u>" and collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>"), hereby submit their Schedules of Assets and Liabilities (collectively, the "<u>Schedules</u>") and Statements of Financial Affairs (collectively, the "<u>Statements</u>," and together with the Schedules, the "<u>Schedules and Statements</u>") pursuant to section 521 of the Bankruptcy Code (as defined below) and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

On April 4, 2024 (the "<u>Petition Date</u>"), the Debtors commenced the Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Debtors are authorized to operate their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Schedules and Statements were prepared by the Debtors' Chief Restructuring Officer, management, and advisors and are unaudited. While those members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements. Accordingly, the Debtors reserve their rights to amend and/or supplement their Schedules and Statements from time to time as may be necessary or appropriate.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: ICON Aircraft, Inc. (7443), Rycon LLC (5297), IC Technologies Inc. (7918), and ICON Flying Club, LLC (6101). The Debtors' service address is 2141 ICON Way, Vacaville, CA 95688.

whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained therein.  Except as required by the Bankruptcy Code, the Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements, or to notify any third party should the information be updated, modified, revised, or re-categorized.  In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.  In the event that the Schedules and Statements differ from these Global Notes, these Global Notes shall control.[2]

### General Notes

***Reservation of Rights.***  The Debtors reserve the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statements as to amount, liability, and classification. The Debtors also reserve all rights with respect to the values, amounts, and characterizations of the assets and liabilities listed in the Schedules and Statements.

***Basis of Presentation.***  The Schedules and Statements reflect the assets and liabilities of the Debtors.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to the financial statements previously distributed on an intermittent basis (to the extent applicable).  It should also be noted that the Debtors use a consolidated cash management system through which the Debtors pay substantially all liabilities and expenses.  The Schedules and Statements have been signed by Thomas McCabe, Chief Restructuring Officer of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. McCabe necessarily relied upon the efforts, statements, and representations of the Debtors' accounting and non-accounting personnel who report to, or work with, Mr. McCabe, either directly or indirectly.  Mr. McCabe has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

---

[2]   These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements.  The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

***Date of Valuations.***  Except as otherwise noted in the Schedules and Statements, all assets and liabilities are valued as of the Petition Date.  The Schedules and Statements reflect the Debtors' best effort to allocate the assets, liabilities, receipts, and expenses "as of" such dates.  All values are stated in United States currency.  In certain instances, the Debtors may have used estimates or pro-rated amounts where actual data as of the aforementioned dates was not available.  The Debtors made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and Statements accordingly.

**Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.**

***Book Value.***  Except as otherwise noted, each asset and liability of the Debtors is shown on the basis of net book value of the asset or liability in accordance with the Debtors' accounting books and records.  Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values.  It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests.  Except as otherwise noted, the Debtors' assets are presented, in detail, as they appear on the Debtors' accounting sub-ledgers.  As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset).  The Debtors believe that certain of their assets, including intangible assets, may have been impaired by, among other things, the events leading to, and the commencement of, these Chapter 11 Cases.

***First Day Orders.***  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Bankruptcy Court (each, a "First Day Order," and collectively, the "First Day Orders"), the Debtors and their estates are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, and claims related to insurance programs.  The Debtors have not included certain claims of this nature in the Schedules and Statements to the extent that such claims were paid under the First Day Orders.

***Setoffs.***  To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements.  The Debtors and their estates reserve all rights with respect to any such setoffs.

***Re-characterization.***  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts,

3

unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

*Causes of Action.* The Debtors have made their best efforts to set forth any known causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to causes of action they may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

*Litigation.* The inclusion of any litigation action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any litigation action or the amount of any potential claim that may result from any claims with respect to any litigation action, or the amount and treatment of any potential claim resulting from any litigation action that may arise in the future.

*Credits and Adjustments.* Claims of creditors and/or prepayments from clients are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

*Claims.* The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that the claim is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to (i) object to or otherwise dispute or assert setoff rights, cross-claims, counterclaims, or defenses to, any claim reflected on the Schedules or (ii) otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The claims listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

The Debtors have excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases, to the extent such damage claims exist.

***Employee Claims***.   The Bankruptcy Court entered a final order granting authority, but not requiring, the Debtors to pay prepetition employee wages, salaries, benefits, and other related obligations [Docket No. 145].  The Debtors currently expect that most prepetition employee claims for wages, salaries, benefits, and other related obligations either have been paid or will be paid in the ordinary course of business and, therefore, the Schedules and Statements do not include such claims.  The Debtors have not listed their regular payroll disbursements in Question 3 of the Statements.

***Reporting Policies***.   The description of an amount as "UNDETERMINED" is not intended to reflect upon the materiality of such amount.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total.

### Notes for Schedules of Assets and Liabilities

### Schedule A/B – Real and Personal Property

Part 3, Item 11 – Accounts Receivable.  The accounts receivable information listed on Schedule A/B includes amounts that may be uncollectible.  The Debtors are unable to determine with complete certainty what amounts will actually be collected.

Part 9, Item 55 – Real Property.  The Debtors do not own any real property, and all real estate interests listed under Item 55 represent leased real property.

Part 11, Items 74 and 75 – Causes of Action and Other Claims.  No avoidance actions available under chapter 5 of the Bankruptcy Code have been listed, as the Debtors' analysis of such matters is ongoing.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

### Schedule D – Creditors Holding Claims Secured by Property

Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of the secured creditor listed on Schedule D.  Moreover, the Debtors reserve all rights to dispute or challenge the secured nature of the claim listed on Schedule D.

Real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors have not included parties that may assert claims secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F – Creditors Holding Unsecured Claims**

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Certain claims listed on Schedule E/F arose or were incurred on various dates.  Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, updating that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

The Debtors used reasonable efforts to assign address information to potential claimants identified in Schedule F.

Part 3, Item 4 – Others to Be Notified.  The Debtors have listed their known creditors in Schedule E/F.  To the extent attorneys have entered appearances on behalf of such creditors, those appearances are noted on the docket of the Chapter 11 Cases and are not separately listed in Part 3, Item 4.

**Schedule G – Executory Contracts and Unexpired Leases**

The Debtors' business is complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which a Debtor is a party, including, without limitation, to add any executory contracts, unexpired leases, and other agreements that the Debtors, due to the voluminous number of such contracts, leases, and agreements, were unable to list on Schedule G at this time.

There may be certain listings on Schedule G for which the Debtors were unable to locate a physical agreement.  Out of an abundance of caution, the Debtors have listed all known contracts and leases on Schedule G, irrespective of whether the Debtors are in possession of a physical agreement.  Furthermore, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments, and agreements that may not be listed therein.

The Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary.  Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or

instrument.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

The Debtors may not have identified the term date for contracts, agreements, or leases listed on Schedule G.  Given the limited resources at the Debtors' disposal when preparing the Schedules and Statements, the Debtors determined that completing this field would not be cost effective or useful to parties reviewing the Schedules and Statements.

## Notes for Statements of Financial Affairs

Part 2, Question 3 – Payments to Creditors Within 90 Days of Petition Date.  The Debtors have listed all payments made to creditors in the ninety (90) days prior to the Petition Date, except for wages of insiders and employees, on an individual payment basis, and have not aggregated payments by unique creditor.  The data is presented in alphabetical order by vendor name.

Part 2, Question 4 – Payments or other Transfers of Property Made Within One Year Before Filing That Benefitted any Insider.  Solely for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following:  (i) directors; (ii) senior level officers; (iii) significant equity holders and/or their affiliates; (iv) vice presidents; and (v) relatives of any of the foregoing (to the extent known by the Debtors).  Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

The Debtors have listed the corporate headquarters' address, in effect as of the Petition Date, for each of the parties listed in Question 4.

The listing of a party as an Insider in the Schedules and Statements is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

Part 11, Question 21 – Property Held for Another.  In the ordinary course of business, the Debtors provide routine maintenance services on airplanes for customers.  The Debtors have not listed such airplanes in response to Statement 21.

Part 13, Question 26.d – Books, Records and Financial Statements.  The Debtors have provided financial statements in the ordinary course of their business to numerous financial institutions, creditors, and other parties within two (2) years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or shared subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26.d.  Moreover, Debtors Rycon LLC and ICON Flying Club, LLC do not have business operations and therefore do not have books and records.

<u>Part 13, Question 28 – Debtor's Officers, Directors, Managing Members, General Partners, Members in Control, Controlling Shareholders, or Other People in Control of the Debtor at the Time of the Filing of this Case</u>.    The Debtors have provided percentage interests as of December 31, 2023.

<u>Part 13, Question 30.1 – Payments, Distributions, or Withdrawals Credited or Given to Insiders</u>. The Debtors have included a response to Part 13, Question 30 in Part 2, Question 4.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

**Fill in this information to identify the case:**

**Debtor name:** ICON Aircraft, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number:** 24-10703

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:**<br>Copy line 88 from Schedule A/B | $12,686,153.60 |
| 1b. **Total personal property:**<br>Copy line 91A from Schedule A/B | $542,821,539.80 |
| 1c. **Total of all property:**<br>Copy line 92 from Schedule A/B | $555,507,693.40 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$0.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F | $7,493,450.33 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $195,255,876.23 |

**4. Total Liabilities**
Lines 2 + 3a + 3b

$202,749,326.56

**Fill in this information to identify the case:**

Debtor name: ICON Aircraft, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10703

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and Cash Equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | Petty Cash | | $417.63 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | East West Bank | Customer Deposit Accounts | 3931 | $1,154,853.76 |
| 3.2 | East West Bank | Investor Deposit Account | 2101 | $908.88 |
| 3.3 | PayPal | Cash Account | N/A | $0.00 |
| 3.4 | Silicon Valley Bank | General | 1290/0105 | $0.42 |
| 3.5 | Silicon Valley Bank | Money Market Account - Merchant | 1776 | $0.00 |
| 3.6 | Sillicon Valley Bank | SVB Account | 9591 | $50,000.00 |

| | | | | |
|---|---|---|---|---|
| 3.7 | Sillicon Valley Bank | Merchandise Account | 0764 | $5.35 |
| 3.8 | Wells Fargo | Benefits and Payroll Account | 6363 | $133,573.04 |
| 3.9 | Wells Fargo | Adequate Assurance Account | 7972 | $0.00 |
| 3.10 | Wells Fargo | Customer Deposit Accounts | 4969 | $15,297.00 |
| 3.11 | Wells Fargo | Primary Account | 7964 | $137,510.84 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 | Wells Fargo CD - Account #4773 - Matures Sept 2024 | $250,000.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,742,566.92 |
|---|

**Part 2:   Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | Advanced Air LLC - SoCal Hangar Security Deposit | $750.00 |
| 7.2 | Buzz Oates Management Services - VCB security deposit | $344,134.30 |
| 7.3 | Central Valley Industrial Core Holdings - Security Deposit | $55,865.70 |
| 7.4 | County of Solano Lease (Fence deposit) - Security Deposit | $24,850.00 |
| 7.5 | PG&E - Security Deposit | $2,153.00 |
| 7.6 | Solano Irrigation District - Security Deposit | $5,000.00 |
| 7.7 | Sports Trailers - Trailer Deposit | $36,122.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Abtech - Pre-Paid Trade | $1,398.58 |

| | | |
|---|---|---|
| 8.2 | Acorn Paper - Pre-Paid Trade | $2,968.38 |
| 8.3 | AE Grafiz - Pre-Paid Trade | $2,175.50 |
| 8.4 | Aircraft Spruce - Pre-Paid Trade | $708.75 |
| 8.5 | Airfilm - Pre-Paid Trade | $34,000.00 |
| 8.6 | Applied Cax, LLC - Pre-Paid Services | $12,925.50 |
| 8.7 | Associated Spring Raymond - Pre-Paid Trade | $947.00 |
| 8.8 | ATSM International - Pre-Paid Services | $1,074.17 |
| 8.9 | Austin R - Pre-Paid Trade | $262.54 |
| 8.10 | Bambulab - Pre-Paid Trade | $34.02 |
| 8.11 | Beringer - Pre-Paid Trade | $6,027.84 |
| 8.12 | BRS Aerospace - Pre-Paid Inventory | $138,202.01 |
| 8.13 | BRS Aerospace - Pre-Paid Trade | $159,341.74 |
| 8.14 | CA Secretary of State - Pre-Paid Trade | $30.00 |
| 8.15 | Cable Manufacturing & Assembly Co - Pre-Paid Inventory | $8,479.54 |
| 8.16 | Central Valley Industrial Core Holding, LLC - Pre-Paid Maintenance | $76,757.00 |
| 8.17 | Central Valley Industrial Core Holding, LLC - Pre-Paid Maintenance | $15,227.00 |
| 8.18 | Checkr - Pre-Paid Trade | $519.89 |
| 8.19 | Chemtrec - Pre-Paid Maintenance | $83.33 |
| 8.20 | City of Vacaville - Pre-Paid Trade | $579.00 |
| 8.21 | Conex West - Prepaid Rent | $338.44 |

| 8.22 | Connectwise - Pre-Paid Services | $1,404.00 |
|---|---|---|
| 8.23 | County of Solano - Pre-Paid Maintenance | $888.00 |
| 8.24 | D & K Rentals - Pre-Paid Marketing Rental | $460.00 |
| 8.25 | DHL - Pre-Paid Trade | $61.44 |
| 8.26 | DocuSign, Inc. - Pre-Paid Services | $7,170.50 |
| 8.27 | Donghui Tech Co - Pre-Paid Trade | $6,770.00 |
| 8.28 | East West Bank - Pre-Paid Interest | $403,147.91 |

Footnote: Funds held in Money Market account established for East West Bank (Account ending in 6481). The Debtor's do not have access and consider this cash to be a pre-payment on interest over the life of the Loan.

| 8.29 | Edmo Distributors Inc - Pre-Paid Trade | $2,365.07 |
|---|---|---|
| 8.30 | E-Prop - Pre-Paid Trade | $1,847.50 |
| 8.31 | Eric China - Pre-Paid Inventory | $4,627.24 |
| 8.32 | Farella Braun & Martel - Retainer | $15,000.00 |
| 8.33 | Fedex Freight - Pre-Paid Trade | $195.13 |
| 8.34 | Fisheries - Pre-Paid Trade | $810.61 |
| 8.35 | Flight Schedule Pro - Pre-Paid Services | $8,620.73 |
| 8.36 | Garmin - Pre-Paid Trade | $1,297.50 |
| 8.37 | GM Financial - Pre-Paid Trade | $2,551.34 |
| 8.38 | Grainger - Pre-Paid Trade | $234.70 |
| 8.39 | Harris Industrial Gases - Pre-Paid Trade | $51.65 |
| 8.40 | He-Government payments - Pre-Paid Trade | $13.00 |
| 8.41 | Helices E-props - Pre-Paid Trade | $1,301.00 |

| | | |
|---|---|---|
| 8.42 | HongMing HK Industrial - Pre-Paid Trade | $2,519.67 |
| 8.43 | HR Procurement - Costco - Pre-Paid Trade | $223.46 |
| 8.44 | Incorporating Services - Pre-Paid Trade | $369.70 |
| 8.45 | Incorporating Services, Ltd. - Pre-Paid Facility Fee | $240.00 |
| 8.46 | Interstate Oil - Pre-Paid Trade | $3,147.54 |
| 8.47 | IT1Source - Pre-Paid Services | $5,482.98 |
| 8.48 | JT Stealth - Pre-Paid Trade | $5,040.00 |
| 8.49 | Latham & Watkins - Retainer | $200,000.00 |
| 8.50 | Lockwood Aviation Supply - Pre-Paid Trade | $8,057.78 |
| 8.51 | MaCarter & English - Retainer | $100,000.00 |
| 8.52 | Mallon & Blatcher - Pre-Paid Services | $4,237.50 |
| 8.53 | Marsh USA, Inc. - Pre-Paid Insurance Auto | $22,997.50 |
| 8.54 | Marsh USA, Inc. - Pre-Paid Insurance Blended Coverage | $74,289.60 |
| 8.55 | Marsh USA, Inc. - Pre-Paid Insurance Blended Coverage | $4,198.67 |
| 8.56 | Marsh USA, Inc. - Pre-Paid Insurance Excess D&O | $167,916.88 |
| 8.57 | Marsh USA, Inc. - Pre-Paid Insurance Excess D&O | $61,908.00 |
| 8.58 | Marsh USA, Inc. - Pre-Paid Insurance International | $2,072.00 |
| 8.59 | Marsh USA, Inc. - Pre-Paid Insurance Prod Liability | $20,415.00 |
| 8.60 | Marsh USA, Inc. - Pre-Paid Insurance Property | $129,626.50 |
| 8.61 | Marsh USA, Inc. - Pre-Paid Insurance Special Hull WAR | $24,062.50 |

Debtor ICON Aircraft, Inc.
Name

Case number *(if known)* 24-10703

| | | |
|---|---|---|
| 8.62 | Marsh USA, Inc. - Pre-Paid Insurance Special Risk | $1,579.50 |
| 8.63 | Marsh USA, Inc. - Pre-Paid Insurance Workers Comp | $26,896.50 |
| 8.64 | Mavi Ida - Pre-Paid Trade | $1,430.00 |
| 8.65 | Million Air White Plains - Prepaid Trade | $2,090.00 |
| 8.66 | Motion Industries - Pre-Paid Trade | $227.62 |
| 8.67 | Motive Aero - Pre-Paid Trade | $1,197.58 |
| 8.68 | Motive Aero Llc - Trade Pre-Payment | $7,507.50 |
| 8.69 | Napa Store - Pre-Paid Trade | $200.01 |
| 8.70 | Newton Consulting - Pre-Paid Services | $50.00 |
| 8.71 | Newton Consulting - Pre-Paid Trade | $368.61 |
| 8.72 | Nut Tree Airport - Pre-Paid Trade | $934.70 |
| 8.73 | Odgers Brendtson - Retainer | $82,667.00 |
| 8.74 | Pantheon System, Inc - Pre-Paid Services | $3,910.96 |
| 8.75 | Phillips Competer - Retainer | $2,500.00 |
| 8.76 | R&W Rope - Pre-Paid Trade | $2.80 |
| 8.77 | Rainier Flight Service - Trade | $800.00 |
| 8.78 | REI - Pre-Paid Trade | $348.30 |
| 8.79 | Rockwell Automation Inc. - Pre-Paid Services | $50,532.00 |
| 8.80 | RS Flight - Pre-Paid Trade | $2,730.00 |
| 8.81 | Salesforce.com Inc - Pre-Paid Services | $64,092.90 |

| | | |
|---|---|---|
| 8.82 | SCS - Pre-Paid Materials | $10,138.35 |
| 8.83 | Sealit - Pre-Paid Trade | $308.39 |
| 8.84 | Secretary of State of Web - Pre-Paid Trade | $155.00 |
| 8.85 | SecureDocs Inc - Pre-Paid Services | $1,000.00 |
| 8.86 | Shapeways - Pre-Paid Trade | $2,341.26 |
| 8.87 | Siemens Industry, Inc. - Pre-Paid Facility Fee | $3,404.42 |
| 8.88 | Skygeek.Com - Pre-Paid Trade | $151.77 |
| 8.89 | Solano County Treasury - Pre-Paid Taxes | $9,666.67 |
| 8.90 | Solano County Treasury - Pre-Paid Taxes | $42,281.52 |
| 8.91 | Solium OptionEase Inc - Pre-Paid Services | $4,805.00 |
| 8.92 | Sport trailers, LLC - Pre-Paid Trade | $55,275.00 |
| 8.93 | Sports Trailers - Pre-Paid Trade | $117,523.00 |
| 8.94 | Spot - Pre-Paid Trade | $143.40 |
| 8.95 | Sunbiz - Pre-Paid Trade | $150.00 |
| 8.96 | Trelleborg - Pre-Paid Trade | $7,730.00 |
| 8.97 | Tristar invoice allocation - Pre-Paid Services | $12,500.00 |
| 8.98 | TriStar, Inc. - Pre-Paid Services | $49,701.63 |
| 8.99 | USPS - Pre-Paid Trade | $16.10 |
| 8.100 | Verisurf - Pre-Paid Services | $11,475.00 |
| 8.101 | West Marine Pro - Pre-Paid Trade | $229.48 |

| 8.102 | | |
|---|---|---|
| | Williams Scotsman, Inc. - Prepaid Trade | $5,919.82 |

| 8.103 | | |
|---|---|---|
| | Williams Scotsman, Inc. - Prepaid Trade | $1,051.11 |

| 8.104 | | |
|---|---|---|
| | Zoho Corporation - Pre-Paid Services | $796.67 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$2,813,407.40

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $120,903.03 | — | $0.00 | = ........ ➔ | $120,903.03 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $262,395.18 | — | $22,849.02 | = ........ ➔ | $239,546.16 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$360,449.19

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | |
|---|---|---|
| None | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

| 15.1 | | | | |
|---|---|---|---|---|
| IC Technologies Inc. | 100.0% | None | | Undetermined |

| 15.2 | | | | |
|---|---|---|---|---|
| ICON Flying Club, LLC | 100.0% | None | | Undetermined |

| 15.3 | | | | |
|---|---|---|---|---|
| Rycon LLC | 100.0% | None | | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 | None | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

---

**Part 5:  Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1  Purchased Components - Main | March 2023 | $1,093,107.45 | Net Book Value | $1,093,107.45 |
| 19.2  Allowance for Obsolete Inventory - Main | March 2023 | $-54,870.13 | Net Book Value | $-54,870.13 |
| **20. Work in progress** | | | | |
| 20.1  Work in Process - Main | March 2023 | $2,373,080.26 | Net Book Value | $2,373,080.26 |
| 20.2  Inventory - Adjustment | March 2023 | $9,594.18 | Net Book Value | $9,594.18 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1  Finished Goods - Main | March 2023 | $3,114,331.68 | Net Book Value | $3,114,331.68 |
| 21.2  Inventory LCM reserve | March 2023 | $-1,663,422.6 | Net Book Value | $-1,663,422.60 |
| **22. Other inventory or supplies** | | | | |
| 22.1  Merchandise inventory-Main-Main | April 2024 | $40,431.03 | Net Book Value | $40,431.03 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$4,912,251.87

**24. Is any of the property listed in Part 5 perishable?**

 ☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $369,064.35    Valuation method    Cost    Current value    $369,064.35

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture and Fixtures | $161,719.89 | Net Book Value | $161,719.89 |
| 39.2 Furniture and Fixtures (Accumulated Depreciation) | $-152,477.09 | Net Book Value | $-152,477.09 |
| **40. Office fixtures** | | | |
| 40.1 See Schedule A/B Question 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Comp Hardware and Office Equipment | $1,284,409.61 | Net Book Value | $1,284,409.61 |
| 41.2 Comp Hardware and Office Equipment (Accumulated Depreciation) | $-1,269,890.53 | Net Book Value | $-1,269,890.53 |
| 41.3 Software | $1,153,148.17 | Net Book Value | $1,153,148.17 |
| 41.4 Software (Accumulated Depreciation) | $-1,140,318.17 | Net Book Value | $-1,140,318.17 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $36,591.88 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>2018 Chevrolet Tahoe 1GNSKBKC4JR203127 | $0.00 | Net Book Value | $0.00 |
| 47.2<br>2018 Chevrolet Tahoe 1GNSKBKC0JR132816 | $0.00 | Net Book Value | $0.00 |
| 47.3<br>2018 Chevrolet Tahoe 1GNSKBKC9JR199365 | $0.00 | Net Book Value | $0.00 |
| 47.4<br>2018 Chevrolet Tahoe 1GNSKCKC2JR305015 | $0.00 | Net Book Value | $0.00 |
| 47.5<br>2019 Chevrolet Tahoe 1GNSKBKC6KR111339 | $0.00 | Net Book Value | $0.00 |
| 47.6<br>2015 Mercedes-B Sprinter WD3PF4CC5F5953528 | $0.00 | Net Book Value | $0.00 |
| 47.7<br>2015 Mercedes-B Sprinter WD3PF4CC2F5952336 | $0.00 | Net Book Value | $0.00 |
| 47.8<br>2015 Ford F Series S 1FT8W3BT6FEC36013 | $0.00 | Net Book Value | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>2008 Bear ICON Amphib Prototype 1B94C272X8C403691 | $0.00 | Net Book Value | Undetermined |
| 48.2<br>2016 Boatmate ICON Amphib 5A7BB2927HT002072 | $0.00 | Net Book Value | Undetermined |
| 48.3<br>2016 Boatmate ICON Amphib Mule 5A7BB2926GT002885 | $0.00 | Net Book Value | Undetermined |
| 48.4<br>2017 Boatmate ICON Amphib 5A7BB3025HT000131 | $0.00 | Net Book Value | Undetermined |
| 48.5<br>2018 Extreme AM Trailer 1E9BF3021JN378004 | $0.00 | Net Book Value | Undetermined |
| 48.6<br>2018 Extreme EN Trailer 1E9BF3025JN378006 | $0.00 | Net Book Value | Undetermined |
| 48.7<br>2018 Extreme EN Trailer 1E9BF3026JN378001 | $0.00 | Net Book Value | Undetermined |
| 48.8<br>2018 Extreme EN Trailer 1E9BF3027JN378007 | $0.00 | Net Book Value | Undetermined |

| 48.9 | | | |
|---|---|---|---|
| 2018 Extreme EN Trailer 1E9BF3029JN378008 | $0.00 | Net Book Value | Undetermined |

| 48.10 | | | |
|---|---|---|---|
| 2018 Extreme EN Trailer 1E9BF302XJN378003 | $0.00 | Net Book Value | Undetermined |

| 48.11 | | | |
|---|---|---|---|
| 2018 Extreme EN Trailer 1E9EE3423JN378001 | $0.00 | Net Book Value | Undetermined |

| 48.12 | | | |
|---|---|---|---|
| 2019 Boatmate ICON Amphib 5A7BB3020KT001355 | $0.00 | Net Book Value | Undetermined |

| 48.13 | | | |
|---|---|---|---|
| 2021 Carrier Trailer CA1189757 | $0.00 | Net Book Value | Undetermined |

| 48.14 | | | |
|---|---|---|---|
| 2021 Carrier Trailer CA1189760 | $0.00 | Net Book Value | Undetermined |

| 48.15 | | | |
|---|---|---|---|
| 2021 Carrier Trailer CA1189761 | $0.00 | Net Book Value | Undetermined |

| 48.16 | | | |
|---|---|---|---|
| 2022 Sport Trailer 7MKEA24T4N1000208 | $17,418.25 | Net Book Value | $17,418.25 |

**49. Aircraft and accessories**

| 49.1 | | | |
|---|---|---|---|
| Aircraft - ASN3 | $53,103.92 | Net Book Value | $53,103.92 |

| 49.2 | | | |
|---|---|---|---|
| Aircraft ASN2 | $46,467.23 | Net Book Value | $46,467.23 |

| 49.3 | | | |
|---|---|---|---|
| Aircraft - ASN9 | $61,952.84 | Net Book Value | $61,952.84 |

| 49.4 | | | |
|---|---|---|---|
| Aircraft - ASN12 | $66,377.30 | Net Book Value | $66,377.30 |

| 49.5 | | | |
|---|---|---|---|
| Aircraft ASN21 | $86,287.37 | Net Book Value | $86,287.37 |

| 49.6 | | | |
|---|---|---|---|
| Aircraft - ASN73 | $171,940.46 | Net Book Value | $171,940.46 |

| 49.7 | | | |
|---|---|---|---|
| Aircraft ASN75 | $173,056.25 | Net Book Value | $173,056.25 |

| 49.8 | | | |
|---|---|---|---|
| Aircraft ASN 117 | $233,593.82 | Net Book Value | $233,593.82 |

| 49.9 | | | |
|---|---|---|---|
| Aircraft ASN 151 | $344,888.84 | Net Book Value | $344,888.84 |

| 49.10 | | | |
|---|---|---|---|
| Aircraft ESN - FAA reg# TN730BA | $18,233.88 | Net Book Value | $18,233.88 |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1 Machinery & Equipment | $2,861,542.03 | Net Book Value | $2,861,542.03 |
|---|---|---|---|
| 50.2 Machinery & Equipment (Accumulated Depreciation) | $-1,405,646.46 | Net Book Value | $-1,405,646.46 |
| 50.3 Tooling - Composites - Layup | $741,987.05 | Net Book Value | $741,987.05 |
| 50.4 Tooling - Composites - Layup (Accumulated Depreciation) | $-210,409.15 | Net Book Value | $-210,409.15 |
| 50.5 Tooling - Non-Composites - Main | $1,315,862.05 | Net Book Value | $1,315,862.05 |
| 50.6 Tooling - Non-Composites - Main (Accumulated Depreciation) | $-1,308,025.25 | Net Book Value | $-1,308,025.25 |
| 50.7 Tooling - R&D | $1,260.68 | Net Book Value | $1,260.68 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

|  |
|---|
| $3,269,891.11 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:    Real Property**

---

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Vacaville, California - Vacaville Facility - Headquarters | Leased | Undetermined | N/A | Undetermined |
| 55.2 Right of use - Vacaville | Leased | $4,866,615.04 | Net Book Value | $4,866,615.04 |
| 55.3 Leasehold Improvements - Vacaville | Leased | $21,762,967.33 | Net Book Value | $21,762,967.33 |
| 55.4 Tampa, Florida - Sales and Service Center | Leased | Undetermined | N/A | Undetermined |

| 55.5 | Leasehold Improvements-Owner Services-TPF Peter O Knight | Leased | $44,745.85 | Net Book Value | $44,745.85 |
| 55.6 | Leaseholder Improvements Accumulated Depreciation (Vacaville and Tampa) | Leased | $-13,988,174.62 | Net Book Value | $-13,988,174.62 |
| 55.7 | Tijuana, Mexico - Production Facility | Leased | Undetermined | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$12,686,153.60

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Trademark - ICON - Argentina - 2,848699 - 11/3/2016 | Undetermined | N/A | Undetermined |
| 60.2 Trademark - ICON - Brazil - 910378401 - 7/31/2018 | Undetermined | N/A | Undetermined |
| 60.3 Trademark - ICON - Brazil - 840010842 - 4/7/2015 | Undetermined | N/A | Undetermined |
| 60.4 Trademark - ICON - Brazil - 840010834 - 11/3/2015 | Undetermined | N/A | Undetermined |
| 60.5 Trademark - ICON - Canada - TMA1,035,930 - 7/4/2019 | Undetermined | N/A | Undetermined |
| 60.6 Trademark - ICON - Canada - TMA894,037 - 1/15/2015 | Undetermined | N/A | Undetermined |
| 60.7 Trademark - ICON - Chile - 1055543 - 11/14/2013 | Undetermined | N/A | Undetermined |
| 60.8 Trademark - ICON - European Union - 10580918 - 6/20/2012 | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.9 Trademark - ICON - India - 2278072 - 7/4/2018 | Undetermined | N/A | Undetermined |
| 60.10 Trademark - ICON - India - 2283856 - 7/31/2018 | Undetermined | N/A | Undetermined |
| 60.11 Trademark - ICON - Mexico - 1365772 - 5/3/2013 | Undetermined | N/A | Undetermined |
| 60.12 Trademark - ICON - Thailand - TM384091 - 9/20/2014 | Undetermined | N/A | Undetermined |
| 60.13 Trademark - ICON - Thailand - TM417936 - 5/25/2016 | Undetermined | N/A | Undetermined |
| 60.14 Trademark - ICON - United Kingdom - UK00910580918 - 6/20/2012 | Undetermined | N/A | Undetermined |
| 60.15 Trademark - ICON - United Kingdom - UK0080128423 - 12/3/2015 | Undetermined | N/A | Undetermined |
| 60.16 Trademark - ICON - United States - 5680867 - 2/19/2019 | Undetermined | N/A | Undetermined |
| 60.17 Trademark - ICON - United States - 4114911 - 3/20/2012 | Undetermined | N/A | Undetermined |
| 60.18 Trademark - ICON - United States - 5151406 - 2/28/2017 | Undetermined | N/A | Undetermined |
| 60.19 Trademark - ICON - United States - 4310133 - 3/26/2013 | Undetermined | N/A | Undetermined |
| 60.20 Trademark - ICON - United States - 5147348 - 2/21/2017 | Undetermined | N/A | Undetermined |
| 60.21 Trademark - ICON - WIPO - 1118075 - 1/22/2012 | Undetermined | N/A | Undetermined |
| 60.22 Trademark - ICON - WIPO - 1161034 - 4/9/2013 | Undetermined | N/A | Undetermined |
| 60.23 Trademark - ICON - WIPO - 1284238 - 12/3/2015 | Undetermined | N/A | Undetermined |
| 60.24 Trademark - ICON - United States - 3928897 - 3/8/2011 | Undetermined | N/A | Undetermined |
| 60.25 Trademark - ICON - United States - 3951205 - 4/26/2011 | Undetermined | N/A | Undetermined |
| 60.26 Trademark - ICON - WIPO - 1156533 - 3/8/2013 | Undetermined | N/A | Undetermined |
| 60.27 Trademark - ICON (in Chinese characters) - China - 19550014 - 5/28/2017 | Undetermined | N/A | Undetermined |
| 60.28 Trademark - ICON (in Chinese characters) - China - 14090155 - 6/14/2016 | Undetermined | N/A | Undetermined |

| 60.29 | Trademark - ICON A5 - European Union - 7498553 - 7/29/2009 | Undetermined | N/A | Undetermined |
| 60.30 | Trademark - ICON A5 - India - 2044448 - 8/30/2016 | Undetermined | N/A | Undetermined |
| 60.31 | Trademark - ICON A5 - United Kingdom - UK00907498553 - 7/29/2009 | Undetermined | N/A | Undetermined |
| 60.32 | Trademark - ICON A5 - United Kingdom - UK00801069700 - 10/25/2010 | Undetermined | N/A | Undetermined |
| 60.33 | Trademark - ICON A5 - United States - 3925938 - 3/1/2011 | Undetermined | N/A | Undetermined |
| 60.34 | Trademark - ICON A5 - United States - 4143245 - 5/15/2012 | Undetermined | N/A | Undetermined |
| 60.35 | Trademark - ICON A5 - WIPO - 1156533 - 3/8/2013 | Undetermined | N/A | Undetermined |
| 60.36 | Trademark - ICON A5 - WIPO - 1156395 - 10/25/2010 | Undetermined | N/A | Undetermined |
| 60.37 | Trademark - ICON A5 3-D Plane Design - European Union - 9676594 - 6/28/2011 | Undetermined | N/A | Undetermined |
| 60.38 | Trademark - ICON A5 3-D Plane Design - India - 2044447 - 8/30/2016 | Undetermined | N/A | Undetermined |
| 60.39 | Trademark - ICON A5 3-D Plane Design - South Korea - 40-0926012 - 7/5/2012 | Undetermined | N/A | Undetermined |
| 60.40 | Trademark - ICON A5 3- D Plane Design - United States - 4198959 - 8/28/2012 | Undetermined | N/A | Undetermined |
| 60.41 | Trademark - ICON AIRCRAFT - Canada - TMA896,072 - 2/9/2015 | Undetermined | N/A | Undetermined |
| 60.42 | Trademark - ICON AIRCRAFT - European Union - 6975064 - 2/25/2009 | Undetermined | N/A | Undetermined |
| 60.43 | Trademark - ICON AIRCRAFT - India - 1697344 - 6/10/2008 | Undetermined | N/A | Undetermined |
| 60.44 | Trademark - ICON AIRCRAFT - United Kingdom - UK00906975064 - 2/25/2009 | Undetermined | N/A | Undetermined |
| 60.45 | Trademark - ICON AIRCRAFT - United States - 4115145 - 3/20/2012 | Undetermined | N/A | Undetermined |

60.46
Trademark - ICON AIRCRAFT - United States - 3158102 - 10/17/2006                 Undetermined        N/A        Undetermined

60.47
Trademark - ICON AIRCRAFT - WIPO - 967164 - 6/9/2008                             Undetermined        N/A        Undetermined

60.48
Trademark - Logo - Argentina - 2861054 - 2/9/2015                                Undetermined        N/A        Undetermined

60.49
Trademark - Logo - Mexico - 1702706 - 2/25/2009                                  Undetermined        N/A        Undetermined

60.50
Trademark - Logo - United States - 4550123 - 6/10/2008                           Undetermined        N/A        Undetermined

60.51
Trademark - Logo - WIPO - 1158318 - 2/25/2009                                    Undetermined        N/A        Undetermined

60.52
Trademark - Logo - Brazil - 910980527 - 5/15/2018                                Undetermined        N/A        Undetermined

60.53
Trademark - Logo - Brazil - 910981019 - 9/4/2018                                 Undetermined        N/A        Undetermined

60.54
Trademark - Logo - Canada - TMA1,033,007 - 6/27/2019                             Undetermined        N/A        Undetermined

60.55
Trademark - Logo - Chile - 1221150 - 9/14/2016                                   Undetermined        N/A        Undetermined

60.56
Trademark - Logo - United Kingdom - UK00801320526 - 4/18/2016                    Undetermined        N/A        Undetermined

60.57
Trademark - Logo - United States - 5112173 - 1/3/2017                            Undetermined        N/A        Undetermined

60.58
Trademark - Logo - WIPO - 1320526 - 4/18/2016                                    Undetermined        N/A        Undetermined

60.59
Trademark - Seawings - United States - 3958168 - 5/10/2011                       Undetermined        N/A        Undetermined

60.60
Trademark - ICON - Thailand - 833881                                             Undetermined        N/A        Undetermined

60.61
Trademark - ICON - Thailand - 925633                                             Undetermined        N/A        Undetermined

60.62
Trademark - Logo - Canada - 1643053                                              Undetermined        N/A        Undetermined

60.63
Trademark - ICON AIRCRAFT - Canada - 1398618                                     Undetermined        N/A        Undetermined

60.64
Trademark - ICON - Brazil - 910378304                                            Undetermined        N/A        Undetermined

60.65
Patent - AMPHIBIOUS SPORT AIRCRAFT - US - D620838 - 8/3/2010                     Undetermined        N/A        Undetermined

60.66

Patent - AMPHIBIOUS SPORT AIRCRAFT - US - D613202 - 4/6/2010 | Undetermined | N/A | Undetermined

60.67

Patent - AMPHIBIOUS SPORT AIRCRAFT - Canada - 128917 - 5/17/2010 | Undetermined | N/A | Undetermined

60.68

Patent - AMPHIBIOUS SPORT AIRCRAFT - Australia - 324916 - 1/0/1900 | Undetermined | N/A | Undetermined

60.69

Patent - AMPHIBIOUS SPORT AIRCRAFT WITH WING-FOLD - European Union - 001053250-01 and 001053250-02 - 12/10/2008 | Undetermined | N/A | Undetermined

60.70

Patent - AMPHIBIOUS SPORT AIRCRAFT WITH WING-FOLD - Brazil - D16805418-1 and D16805375-4 - 11/10/2009 | Undetermined | N/A | Undetermined

60.71

Patent - AMPHIBIOUS SPORT AIRCRAFT WITH WING-FOLD - US - D620,392 - 7/27/2010 | Undetermined | N/A | Undetermined

60.72

Patent - AMPHIBIOUS SPORT AIRCRAFT WITH WING-FOLD - India - 220137 - 10/1/2009 | Undetermined | N/A | Undetermined

60.73

Patent - AIRCRAFT DELTA FIN - US - D620,876 - 8/3/2010 | Undetermined | N/A | Undetermined

60.74

Patent - SPORT AIRCRAFT COCKPIT AND INSTRUMENT CLUSTER - US - D640,180 - 6/21/2011 | Undetermined | N/A | Undetermined

60.75

Patent - SPORT AIRCRAFT COCKPIT AND INSTRUMENT CLUSTER - Brazil - DI6805375-4 - 8/31/2010 | Undetermined | N/A | Undetermined

60.76

Patent - SPORT AIRCRAFT COCKPIT AND INSTRUMENT CLUSTER - European Union - 1053243-0001; 1053243-0002; and 1053243-0003 - 12/10/2008 | Undetermined | N/A | Undetermined

60.77

Patent - SPORT AIRCRAFT INSTRUMENT CLUSTER - US - D613,654 - 4/13/2010 | Undetermined | N/A | Undetermined

60.78

Patent - AMPHIBIOUS AIRCRAFT HULL - US - D709,431S - 7/22/2014 | Undetermined | N/A | Undetermined

60.79

Patent - AMPHIBIOUS AIRCRAFT HULL - Canada - 154686 - 1/0/1900 | Undetermined | N/A | Undetermined

60.80

Patent - AMPHIBIOUS AIRCRAFT HULL - Australia - 353924 - 2/26/2014 | Undetermined | N/A | Undetermined

60.81

Patent - AMPHIBIOUS AIRCRAFT HULL - China - ZL201330546604.2 - 5/7/2014 | Undetermined | N/A | Undetermined

| | | | |
|---|---|---|---|
| 60.82 | Patent - AMPHIBIOUS AIRCRAFT HULL - European Union - 002385021-001 - 1/15/2014 | Undetermined | N/A | Undetermined |
| 60.83 | Patent - AMPHIBIOUS AIRCRAFT HULL - Mexico - 44078 - 5/27/2015 | Undetermined | N/A | Undetermined |
| 60.84 | Patent - AMPHIBIOUS AIRCRAFT HULL - Brazil - BR302014000156-6 - 4/19/2016 | Undetermined | N/A | Undetermined |
| 60.85 | Patent - AMPHIBIOUS AIRCRAFT HULL - Russia - 2014500110 - 12/22/2014 | Undetermined | N/A | Undetermined |
| 60.86 | Patent - AMPHIBIOUS AIRCRAFT HULL - India - 259401 - 11/27/2014 | Undetermined | N/A | Undetermined |
| 60.87 | Patent - AMPHIBIOUS SPORT AIRCRAFT - US - D739807 - 9/29/2015 | Undetermined | N/A | Undetermined |
| 60.88 | Patent - AMPHIBIOUS SPORT AIRCRAFT - China - ZL201330483562.2 - 05/07/2014 | Undetermined | N/A | Undetermined |
| 60.89 | Patent - AMPHIBIOUS SPORT AIRCRAFT - Mexico - 45474 - 11/4/2015 | Undetermined | N/A | Undetermined |
| 60.90 | Patent - AMPHIBIOUS SPORT AIRCRAFT WITH WINGS STOWED - US - D713,774S - 09/23/2014 | Undetermined | N/A | Undetermined |
| 60.91 | Patent - AMPHIBIOUS SPORT AIRCRAFT WITH WINGS STOWED - China - ZL 201330483836.8 - 5/7/2014 | Undetermined | N/A | Undetermined |
| 60.92 | Patent - AMPHIBIOUS SPORT AIRCRAFT COCKPIT AND INSTRUMENT CLUSTER - US - D730805 - 6/2/2015 | Undetermined | N/A | Undetermined |
| 60.93 | Patent - AMPHIBIOUS SPORT AIRCRAFT COCKPIT AND INSTRUMENT CLUSTER - China - 201330483521.3 - 4/16/2014 | Undetermined | N/A | Undetermined |
| 60.94 | Patent - AIRCRAFT ANGLE OF ATTACK INDICATOR - US - D731,333 - 6/9/2015 | Undetermined | N/A | Undetermined |
| 60.95 | Patent - AIRCRAFT ANGLE OF ATTACK INDICATOR - China - 201330483528.5 - 7/14/2014 | Undetermined | N/A | Undetermined |
| 60.96 | Patent - AMPHIBIOUS SPORT AIRCRAFT LANDING GEAR VIEWING APPARATUS - US - D731,393 - 6/9/2015 | Undetermined | N/A | Undetermined |
| 60.97 | Patent - AIRCRAFT DELTA FIN - US - D764384 - 8/23/2016 | Undetermined | N/A | Undetermined |

60.98
    Patent - AIRCRAFT FUSELAGE CLOSEOUT - US - D769177 - 10/18/2016 | Undetermined | N/A | Undetermined

60.99
    Patent - AIRCRAFT WINGTIP POSITION LIGHT - US - D792617 - 7/18/2017 | Undetermined | N/A | Undetermined

60.100
    Patent - AIRCRAFT WINGTIP HANDLE - US - D772,777 - 11/29/2016 | Undetermined | N/A | Undetermined

60.101
    Patent - AIRCRAFT STICK GRIP - US - D758949 - 6/14/2016 | Undetermined | N/A | Undetermined

60.102
    Patent - AIRCRAFT STICK GRIP - Canada - 160448 - 8/7/2015 | Undetermined | N/A | Undetermined

60.103
    Patent - AIRCRAFT STICK GRIP - Australia - 360105 - 1/26/2015 | Undetermined | N/A | Undetermined

60.104
    Patent - AIRCRAFT STICK GRIP - China - ZL 201530013617.2 - 7/29/2015 | Undetermined | N/A | Undetermined

60.105
    Patent - AIRCRAFT STICK GRIP - European Union - 002611913-0001 - 1/12/2015 | Undetermined | N/A | Undetermined

60.106
    Patent - AIRCRAFT STICK GRIP - Mexico - 46090 - 1/18/2016 | Undetermined | N/A | Undetermined

60.107
    Patent - AIRCRAFT STICK GRIP - India - 268852 - 1/14/2015 | Undetermined | N/A | Undetermined

60.108
    Patent - AIRCRAFT HEADLIGHT LENS - US - D763168 - 8/9/2016 | Undetermined | N/A | Undetermined

60.109
    Patent - AIRCRAFT HEADLIGHT LENS - Canada - 160449 - 9/16/2016 | Undetermined | N/A | Undetermined

60.110
    Patent - AIRCRAFT HEADLIGHT LENS - Australia - 360669 - 1/8/2015 | Undetermined | N/A | Undetermined

60.111
    Patent - AIRCRAFT HEADLIGHT LENS - China - ZL 201530015221.1 - 9/23/2015 | Undetermined | N/A | Undetermined

60.112
    Patent - AIRCRAFT HEADLIGHT LENS - Mexico - 45846 - 5/27/2015 | Undetermined | N/A | Undetermined

60.113
    Patent - AIRCRAFT HEADLIGHT LENS - Brazil - BR3020150000188-7 - 10/23/2018 | Undetermined | N/A | Undetermined

60.114
   Patent - AIRCRAFT HEADLIGHT LENS - Russia - 96750 - 9/23/2015 | Undetermined | N/A | Undetermined

60.115
   Patent - AIRCRAFT HEADLIGHT LENS - India - 268851 - 9/23/2015 | Undetermined | N/A | Undetermined

60.116
   Patent - AIRCRAFT RUDDER PEDAL - US - D746,214 - 12/29/2015 | Undetermined | N/A | Undetermined

60.117
   Patent - AIRCRAFT NOSE LANDING GEAR FORK - US - D750,008 - 2/23/2016 | Undetermined | N/A | Undetermined

60.118
   Patent - TWO-MOTION WING-FOLD MECHANISM WITH INDEPENDENT LOAD PATH - US - 8157206 - 4/17/2012 | Undetermined | N/A | Undetermined

60.119
   Patent - AMPHIBIOUS SPORT AIRCRAFT TRAILER - US - 8152100 - 4/10/2012 | Undetermined | N/A | Undetermined

60.120
   Patent - WINGTIP AND SPONSON INTERACTION ON AN AMPHIBIOUS AIRCRAFT - US - 8177162 - 5/15/2012 | Undetermined | N/A | Undetermined

60.121
   Patent - WINGTIP AND SPONSON INTERACTION ON AN AMPHIBIOUS AIRCRAFT - Canada - 2763783 - 10/24/2017 | Undetermined | N/A | Undetermined

60.122
   Patent - WINGTIP AND SPONSON INTERACTION ON AN AMPHIBIOUS AIRCRAFT - Australia - 2010259117 - 10/20/2016 | Undetermined | N/A | Undetermined

60.123
   Patent - WINGTIP AND SPONSON INTERACTION ON AN AMPHIBIOUS AIRCRAFT - China - ZL201080021930.5 - 2/8/2017 | Undetermined | N/A | Undetermined

60.124
   Patent - WINGTIP AND SPONSON INTERACTION ON AN AMPHIBIOUS AIRCRAFT - European Union - EP2440455 - 8/31/2022 | Undetermined | N/A | Undetermined

60.125
   Patent - WINGTIP AND SPONSON INTERACTION ON AN AMPHIBIOUS AIRCRAFT - Mexico - 320117 - 5/14/2014 | Undetermined | N/A | Undetermined

60.126
   Patent - WINGTIP AND SPONSON INTERACTION ON AN AMPHIBIOUS AIRCRAFT - Brazil - PI1013137-0 - 4/28/2020 | Undetermined | N/A | Undetermined

60.127
   Patent - WINGTIP AND SPONSON INTERACTION ON AN AMPHIBIOUS AIRCRAFT - Russia - 2537218 - 10/31/2014 | Undetermined | N/A | Undetermined

60.128
   Patent - WINGTIP AND SPONSON INTERACTION ON AN AMPHIBIOUS AIRCRAFT - India - 391145 - 4/3/2022 | Undetermined | N/A | Undetermined

| | | | |
|---|---|---|---|
| 60.129 | | | |
| Patent - WINGTIP AND SPONSON INTERACTION ON AN AMPHIBIOUS AIRCRAFT - US - 8286912 - 10/16/2012 | Undetermined | N/A | Undetermined |
| 60.130 | | | |
| Patent - WINGTIP AND SPONSON INTERACTION ON AN AMPHIBIOUS AIRCRAFT - Canada - 2978621 - 12/15/2020 | Undetermined | N/A | Undetermined |
| 60.131 | | | |
| Patent - ANTI-FLIP LANDING GEAR FOR AIRCRAFT - US - 7350751 - 4/1/2008 | Undetermined | N/A | Undetermined |
| 60.132 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - US - 9327828 - 5/3/2016 | Undetermined | N/A | Undetermined |
| 60.133 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - Canada - 2878905 - 7/7/2020 | Undetermined | N/A | Undetermined |
| 60.134 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - Australia - 2013341766 - 9/22/2016 | Undetermined | N/A | Undetermined |
| 60.135 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - China - ZL201380003800.2 - 8/24/2016 | Undetermined | N/A | Undetermined |
| 60.136 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - European Union - 2874873 - 12/14/2016 | Undetermined | N/A | Undetermined |
| 60.137 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - Mexico - 363459 - 3/25/2019 | Undetermined | N/A | Undetermined |
| 60.138 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - Brazil - BR112015000821-6 - 1/25/2022 | Undetermined | N/A | Undetermined |
| 60.139 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - Russia - 2640669 - 1/11/2018 | Undetermined | N/A | Undetermined |
| 60.140 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - India - 355329 - 1/5/2021 | Undetermined | N/A | Undetermined |
| 60.141 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - US - 9926071 - 3/27/2018 | Undetermined | N/A | Undetermined |
| 60.142 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - Australia - 2016225939 - 7/19/2018 | Undetermined | N/A | Undetermined |
| 60.143 | | | |
| Patent - SPIN RESISTANT AIRCRAFT CONFIGURATION - US - 10723444 - 7/28/2020 | Undetermined | N/A | Undetermined |
| 60.144 | | | |
| Patent - SELF-ORIENTING AIRCRAFT LANDING GEAR - US - 9169003 - 10/27/2015 | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.145 | | | |
| Patent - SELF-ORIENTING AIRCRAFT LANDING GEAR - US - 9346539 - 5/24/2016 | Undetermined | N/A | Undetermined |
| 60.146 | | | |
| Patent - MANUAL WING FOLD MECHANISM - US - 10099770 - 10/16/2018 | Undetermined | N/A | Undetermined |
| 60.147 | | | |
| Patent - MANUAL WING FOLD MECHANISM - Canada - 2918749 - 8/31/2021 | Undetermined | N/A | Undetermined |
| 60.148 | | | |
| Patent - MANUAL WING FOLD MECHANISM - Australia - 2014334927 - 8/2/2018 | Undetermined | N/A | Undetermined |
| 60.149 | | | |
| Patent - MANUAL WING FOLD MECHANISM - China - ZL201480042320.1 - 2/1/2019 | Undetermined | N/A | Undetermined |
| 60.150 | | | |
| Patent - MANUAL WING FOLD MECHANISM - European Union - 3013684 - 10/31/2018 | Undetermined | N/A | Undetermined |
| 60.151 | | | |
| Patent - MANUAL WING FOLD MECHANISM - Mexico - 368612 - 10/9/2019 | Undetermined | N/A | Undetermined |
| 60.152 | | | |
| Patent - MANUAL WING FOLD MECHANISM - Brazil - BR302015000188-7 - 10/23/2018 | Undetermined | N/A | Undetermined |
| 60.153 | | | |
| Patent - MANUAL WING FOLD MECHANISM - Russia - 2674387 - 12/18/2019 | Undetermined | N/A | Undetermined |
| 60.154 | | | |
| Patent - MANUAL WING FOLD MECHANISM - US - 10435138 - 10/8/2019 | Undetermined | N/A | Undetermined |
| 60.155 | | | |
| Patent - MANUAL WING FOLD MECHANISM - Australia - 2018203074 - 7/23/2020 | Undetermined | N/A | Undetermined |
| 60.156 | | | |
| Patent - MANUAL WING FOLD MECHANISM - China - ZL201910040710X - 5/7/2022 | Undetermined | N/A | Undetermined |
| 60.157 | | | |
| Patent - MANUAL WING FOLD MECHANISM - European Union - 3466809 - 12/22/2021 | Undetermined | N/A | Undetermined |
| 60.158 | | | |
| Patent - MANUAL WING FOLD - Brazil - BR112016001299-2 - 2/22/2022 | Undetermined | N/A | Undetermined |

**61. Internet domain names and websites**

| | | | |
|---|---|---|---|
| 61.1 | | | |
| a5auction.com | Undetermined | None | Undetermined |
| 61.2 | | | |
| a5owner.com | Undetermined | None | Undetermined |

| 61.3 | a5owners.org | Undetermined | None | Undetermined |
| 61.4 | a5pilot.com | Undetermined | None | Undetermined |
| 61.5 | a5pilot.org | Undetermined | None | Undetermined |
| 61.6 | a5pilots.com | Undetermined | None | Undetermined |
| 61.7 | a5pilots.org | Undetermined | None | Undetermined |
| 61.8 | flywithicon.com | Undetermined | None | Undetermined |
| 61.9 | iacareers.com | Undetermined | None | Undetermined |
| 61.10 | icona5.com | Undetermined | None | Undetermined |
| 61.11 | iconaero.com | Undetermined | None | Undetermined |
| 61.12 | iconaircraft.co | Undetermined | None | Undetermined |
| 61.13 | iconaircraft.com | Undetermined | None | Undetermined |
| 61.14 | iconaircraft.mx | Undetermined | None | Undetermined |
| 61.15 | iconaircraft.net | Undetermined | None | Undetermined |
| 61.16 | iconaircraft.org | Undetermined | None | Undetermined |
| 61.17 | iconaircraft.us | Undetermined | None | Undetermined |
| 61.18 | iconaircrafts.com | Undetermined | None | Undetermined |
| 61.19 | iconairplane.com | Undetermined | None | Undetermined |
| 61.20 | iconairplanes.com | Undetermined | None | Undetermined |
| 61.21 | iconaviation.com | Undetermined | None | Undetermined |
| 61.22 | iconaviation.net | Undetermined | None | Undetermined |

| | | | |
|---|---|---|---|
| 61.23 | iconaviation.org | Undetermined | None | Undetermined |
| 61.24 | iconcomposites.com | Undetermined | None | Undetermined |
| 61.25 | iconcompositetechnologies.com | Undetermined | None | Undetermined |
| 61.26 | icone5.com | Undetermined | None | Undetermined |
| 61.27 | iconflight.com | Undetermined | None | Undetermined |
| 61.28 | iconflightcenter.com | Undetermined | None | Undetermined |
| 61.29 | iconforums.com | Undetermined | None | Undetermined |
| 61.30 | iconl5.com | Undetermined | None | Undetermined |
| 61.31 | iconowners.com | Undetermined | None | Undetermined |
| 61.32 | iconowners.org | Undetermined | None | Undetermined |
| 61.33 | iconpilot.org | Undetermined | None | Undetermined |
| 61.34 | iconpilots.com | Undetermined | None | Undetermined |
| 61.35 | iconpilots.org | Undetermined | None | Undetermined |
| 61.36 | iconplane.com | Undetermined | None | Undetermined |
| 61.37 | iconplanes.com | Undetermined | None | Undetermined |
| 61.38 | icons5.com | Undetermined | None | Undetermined |
| 61.39 | myredprop.com | Undetermined | None | Undetermined |
| 61.40 | redprop.org | Undetermined | None | Undetermined |
| 61.41 | theredprop.com | Undetermined | None | Undetermined |
| 61.42 | iconaircraftservice.com | Undetermined | None | Undetermined |

**62. Licenses, franchises, and royalties**

62.1

| Non-Exclusive License with FEIREN International Co., Limited | Undetermined | None | Undetermined |

**63. Customer lists, mailing lists, or other compilations**

63.1

| Customer List | Undetermined | None | Undetermined |

**64. Other intangibles, or intellectual property**

64.1

| Instagram - @iconaircraft | Undetermined | None | Undetermined |

64.2

| LinkedIn - @ICON Aircraft | Undetermined | None | Undetermined |

64.3

| Twitter/X - @ICONAircraft | Undetermined | None | Undetermined |

64.4

| YouTube - @Icon Aircraft | Undetermined | None | Undetermined |

**65. Goodwill**

65.1

| None | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | | | |
| | total face amount | doubtful or uncollectible amount | |

=  ➔   | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| 72.1 | Federal NOL* | Tax year 2006 | $300,877.00 |
| 72.2 | Federal NOL* | Tax year 2007 | $749,234.00 |
| 72.3 | Federal NOL* | Tax year 2008 | $1,121,831.00 |
| 72.4 | Federal NOL* | Tax year 2009 | $1,654,609.00 |
| 72.5 | Federal NOL* | Tax year 2010 | $2,778,607.00 |
| 72.6 | Federal NOL* | Tax year 2011 | $3,041,692.00 |
| 72.7 | Federal NOL* | Tax year 2012 | $4,633,490.00 |
| 72.8 | Federal NOL* | Tax year 2013 | $7,581,755.00 |
| 72.9 | Federal NOL* | Tax year 2014 | $19,283,651.00 |
| 72.10 | Federal NOL* | Tax year 2015 | $32,538,792.00 |
| 72.11 | Federal NOL* | Tax year 2016 | $39,977,532.00 |
| 72.12 | Federal NOL* | Tax year 2017 | $46,761,751.00 |
| 72.13 | Federal NOL | Tax year 2018 | $59,921,583.00 |
| 72.14 | Federal NOL | Tax year 2019 | $71,965,462.00 |
| 72.15 | Federal NOL | Tax year 2020 | $60,290,117.00 |
| 72.16 | Federal NOL | Tax year 2021 | $30,072,951.00 |
| 72.17 | Federal NOL | Tax year 2022 | $48,369,643.00 |
| 72.18 | R&D Credits | Tax year 2006-2016 | $3,026,060.00 |

Footnote: * Will begin expiry in 2026.

**73. Interests in insurance policies or annuities**

73.1

Expected recovery on destroyed trailer vehicle      $24,377.6

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

None      $0.00

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

Asset Management Company, et al v. Shangai Pudong Science and Technology      Undetermined
Investment Co. Ltd., et al

| Nature of Claim | Derivative Claim |
| Amount requested | Undetermined |

**76. Trusts, equitable or future interests in property**

76.1

None      $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

Intercompany Receivable Due From IC Technologies, Inc.      $95,580,450.38

77.2

Tradeshow Exhibits - Marketing Materials      $105,834.82

77.3

Tradeshows Exhibit (Accumulated Depreciation)      $-105,834.82

77.4

Inflatable Dock      $11,916.45

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $529,686,381.43

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,742,566.92 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $2,813,407.40 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $360,449.19 | |

**83. Investments.** Copy line 17, Part 4.          $0.00

**84. Inventory.** Copy line 23, Part 5.          $4,912,251.87

**85. Farming and fishing-related assets.** Copy line 33, Part 6.    $0.00

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7.    $36,591.88

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.    $3,269,891.11

**88. Real property. Copy line 56, Part 9.**   ➔   $12,686,153.60

**89. Intangibles and intellectual property.** Copy line 66, Part 10.    $0.00

**90. All other assets.** Copy line 78, Part 11.    $529,686,381.43

**91. Total. Add lines 80 through 90 for each column**    91a.    $542,821,539.80      91b.    $12,686,153.60

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.    $555,507,693.40

**Fill in this information to identify the case:**

Debtor name: ICON Aircraft, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10703

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

| Part 1: | List Creditors Who Have Claims Secured by Property |
| --- | --- |

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

2.1

CIT BANK, N.A.
10201 Centurion Parkway North,
Suite 100
Jacksonville, FL 32256

**Date debt was incurred?**
2/13/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Printer, Any existing and future parts/attachments.

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

| | Undetermined | Undetermined |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

Debtor ICON Aircraft, Inc.
Name

Case number *(if known)* 24-10703

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: ICON Aircraft, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10703

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Aaron Petry - Address Redacted

**Date or dates debt was incurred**
1/14/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: $36,400.00    Priority amount: $3,350.00

**2.2**

Aaron Petry - Address Redacted

**Date or dates debt was incurred**
2/6/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: $20,000.00    Priority amount: $3,350.00

2.3

Abiola M Familusi - Address Redacted

**Date or dates debt was incurred**
3/30/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $5,000.00        $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.4

Aderbal Lima - Address Redacted

**Date or dates debt was incurred**
8/25/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $5,000.00        $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.5

Adrian Critchlow - Address Redacted

**Date or dates debt was incurred**
7/23/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $2,000.00        $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.6

Ahmad Almahroqi - Address Redacted

**Date or dates debt was incurred**
1/6/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.7

Ajay Pillai - Address Redacted

**Date or dates debt was incurred**
3/27/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.8

Alain Zenatti - Address Redacted

**Date or dates debt was incurred**
7/30/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.9**

Alan George - Address Redacted

**Date or dates debt was incurred**
2/16/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10**

Alan Timmerman - Address Redacted

**Date or dates debt was incurred**
8/1/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11**

Alex Sobko - Address Redacted

**Date or dates debt was incurred**
8/10/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ICON Aircraft, Inc.
Name

Case number *(if known)* 24-10703

**2.12**

Alexandre Couvelaire - Address Redacted

**Date or dates debt was incurred**
7/31/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.13**

Alexandre Gallina - Address Redacted

**Date or dates debt was incurred**
12/17/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.14**

Alexandre Manz - Address Redacted

**Date or dates debt was incurred**
6/10/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.15

Alexandre Romero - Address Redacted

**Date or dates debt was incurred**
7/30/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $2,000.00      $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.16

Alexey Nikitin - Address Redacted

**Date or dates debt was incurred**
7/27/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $1,000.00      $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.17

Allen Miner - Address Redacted

**Date or dates debt was incurred**
2/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $20,000.00      $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.18

Andre Simard - Address Redacted

**Date or dates debt was incurred**
4/7/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $5,000.00              $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.19

Andreas Heeschen - Address Redacted

**Date or dates debt was incurred**
8/30/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $5,000.00              $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.20

Andrei Palchevski - Address Redacted

**Date or dates debt was incurred**
12/16/2009

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $5,000.00              $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.21

Andres Carrizosa - Address Redacted

**Date or dates debt was incurred**
9/16/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $38,400.33                    $3,350.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.22

Andrew Boszhardt - Address Redacted

**Date or dates debt was incurred**
2/10/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.23

Andrew Chua - Address Redacted

**Date or dates debt was incurred**
11/19/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.24

Andrew Keefer - Address Redacted

**Date or dates debt was incurred**
11/20/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00                    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.25

Andrew Wurst - Address Redacted

**Date or dates debt was incurred**
5/9/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.26

Andrey Dubovskov - Address Redacted

**Date or dates debt was incurred**
5/18/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.27

Andy Boszhardt - Address Redacted

**Date or dates debt was incurred**
5/29/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00    $3,350.00

---

2.28

Andy Davis - Address Redacted

**Date or dates debt was incurred**
7/31/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00    $2,000.00

---

2.29

Angel Romanos - Address Redacted

**Date or dates debt was incurred**
11/23/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00    $2,000.00

2.30

Anna Kartashova - Address Redacted

**Date or dates debt was incurred**
7/3/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

$5,000.00          $3,350.00

---

2.31

Anthony Porrazza - Address Redacted

**Date or dates debt was incurred**
8/1/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,000.00          $2,000.00

---

2.32

Anton Willerscheidt - Address Redacted

**Date or dates debt was incurred**
11/15/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

$20,000.00          $3,350.00

2.33

Archana Muthappa - Address Redacted

**Date or dates debt was incurred**
8/3/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,000.00   $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.34

Archie Bell - Address Redacted

**Date or dates debt was incurred**
8/4/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $5,000.00   $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.35

Arnold Vogelsang - Address Redacted

**Date or dates debt was incurred**
1/28/2010

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $5,000.00   $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.36

Art Dale - Address Redacted

**Date or dates debt was incurred**
11/17/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.37

Bai Ming Chen - Address Redacted

**Date or dates debt was incurred**
8/2/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $10,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.38

Barry Skolnick - Address Redacted

**Date or dates debt was incurred**
8/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $15,800.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.39

Basil Loranger - Address Redacted

**Date or dates debt was incurred**
7/26/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

---

2.40

Ben Gordon - Address Redacted

**Date or dates debt was incurred**
8/18/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

---

2.41

Bernard Wiertz - Address Redacted

**Date or dates debt was incurred**
7/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

**2.42**

Bob Borowicz - Address Redacted

**Date or dates debt was incurred**
3/6/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.43**

Boonchoo Cheingthong - Address Redacted

**Date or dates debt was incurred**
7/29/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $4,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.44**

Borith Yan - Address Redacted

**Date or dates debt was incurred**
5/30/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.45**

Brett David - Address Redacted

**Date or dates debt was incurred**
11/21/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                      $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.46**

Breyle Girard - Address Redacted

**Date or dates debt was incurred**
11/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                      $1,000.00          $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.47**

Brian Cartmell - Address Redacted

**Date or dates debt was incurred**
1/7/2009

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                      $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.48**

Brook Adcock - Address Redacted

**Date or dates debt was incurred**
11/20/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $1,000.00      $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.49**

Cairo Simao - Address Redacted

**Date or dates debt was incurred**
7/23/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $2,000.00      $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.50**

California Department of Revenue
3321 Power Inn Road, Suite 210
Sacramento, CA 95826-3889

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**      Undetermined      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.51

Calvin Ku - Address Redacted

**Date or dates debt was incurred**
11/24/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,000.00          $2,000.00

---

2.52

Caner Dogan - Address Redacted

**Date or dates debt was incurred**
1/8/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,000.00          $2,000.00

---

2.53

Carlos Alberto Filgueiras - Address Redacted

**Date or dates debt was incurred**
7/20/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,000.00          $2,000.00

2.54

Carlos Ausset - Address Redacted

**Date or dates debt was incurred**
4/2/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00            $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.55

Carlos Kauffmann - Address Redacted

**Date or dates debt was incurred**
1/5/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00            $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.56

Caryl Salvador - Address Redacted

**Date or dates debt was incurred**
10/3/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00            $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.57**

Cesar Carloni - Address Redacted

**Date or dates debt was incurred**
8/1/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.58**

Chad Sakac - Address Redacted

**Date or dates debt was incurred**
11/29/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.59**

Charles Hiten - Address Redacted

**Date or dates debt was incurred**
10/27/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.60

Charles Jason Ritzen - Address Redacted

**Date or dates debt was incurred**
11/12/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.61

Charles Sterner - Address Redacted

**Date or dates debt was incurred**
2/11/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.62

Chris Buss - Address Redacted

**Date or dates debt was incurred**
7/25/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.63

Chris Reilly - Address Redacted

**Date or dates debt was incurred**
7/20/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$5,000.00        $3,350.00

2.64

Christopher Blum - Address Redacted

**Date or dates debt was incurred**
11/20/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,000.00        $1,000.00

2.65

Christopher Rasmus - Address Redacted

**Date or dates debt was incurred**
7/23/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,000.00        $2,000.00

2.66

Christopher Serflek - Address Redacted

**Date or dates debt was incurred**
12/25/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,000.00          $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

2.67

Christos Livadas - Address Redacted

**Date or dates debt was incurred**
1/9/2009

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $5,000.00          $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

2.68

Chuck Phillips - Address Redacted

**Date or dates debt was incurred**
8/18/2010

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $100,000.00          $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

2.69

Colin Evan Quek - Address Redacted

**Date or dates debt was incurred**
7/25/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.70

Constantin Tzembelicos - Address Redacted

**Date or dates debt was incurred**
7/31/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.71

Craig Hawley - Address Redacted

**Date or dates debt was incurred**
7/26/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.72

Cui Han Sheng - Address Redacted

**Date or dates debt was incurred**
7/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $2,000.00   $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.73

Dale Coram - Address Redacted

**Date or dates debt was incurred**
11/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,000.00   $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.74

Dale Zoerb - Address Redacted

**Date or dates debt was incurred**
7/28/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $2,000.00   $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.75

Dan Balda - Address Redacted

**Date or dates debt was incurred**
7/23/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                      $5,000.00                      $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.76

Daniel Delaunay - Address Redacted

**Date or dates debt was incurred**
8/1/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                      $1,000.00                      $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.77

Daniel Milstein - Address Redacted

**Date or dates debt was incurred**
4/11/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                      $38,400.00                      $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.78

Danny Lemus - Address Redacted

**Date or dates debt was incurred**
7/29/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.79

Dario Etemadi - Address Redacted

**Date or dates debt was incurred**
9/30/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.80

Darvin Legaspi - Address Redacted

**Date or dates debt was incurred**
7/29/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $4,000.00    $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

2.81

Davi Starepravo - Address Redacted

**Date or dates debt was incurred**
5/17/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.82

David Billon - Address Redacted

**Date or dates debt was incurred**
8/14/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.83

David Boone - Address Redacted

**Date or dates debt was incurred**
7/4/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.84

David Chan - Address Redacted

**Date or dates debt was incurred**
7/30/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00                $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.85

David Cooper - Address Redacted

**Date or dates debt was incurred**
9/17/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00                $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.86

David Hurlburt - Address Redacted

**Date or dates debt was incurred**
8/1/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.87

David Kartzinel - Address Redacted

**Date or dates debt was incurred**
11/24/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.88

David Marcinak - Address Redacted

**Date or dates debt was incurred**
11/25/2009

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,000.00          $3,350.00

2.89

David Mccrystal - Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,000.00          $3,350.00

---

2.90

David Ramsay - Address Redacted

**Date or dates debt was incurred**
7/23/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.91

David Steer - Address Redacted

**Date or dates debt was incurred**
11/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.92

David Sutton - Address Redacted

**Date or dates debt was incurred**
11/20/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.93

David Sze - Address Redacted

**Date or dates debt was incurred**
7/25/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,000.00        $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.94

David Wanek - Address Redacted

**Date or dates debt was incurred**
9/3/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $5,000.00        $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.95

David Werner - Address Redacted

**Date or dates debt was incurred**
7/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,000.00        $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.96

David Zook - Address Redacted

**Date or dates debt was incurred**
7/19/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,400.00          $3,350.00

2.97

Debra Schoenberg - Address Redacted

**Date or dates debt was incurred**
7/31/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.98

Dejan Dejanovik - Address Redacted

**Date or dates debt was incurred**
8/1/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.99

Delaware Division of Revenue
Attn: MS #25; Kevin T. Murphy
PO Box 8763
Wilmington, DE 19899-8763

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.100

Dennis Brothers - Address Redacted

**Date or dates debt was incurred**
9/23/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.101

Dennis Duarte - Address Redacted

**Date or dates debt was incurred**
12/24/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.102

Diogo Rau - Address Redacted

**Date or dates debt was incurred**
8/26/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.103

Dmitry Mukhin - Address Redacted

**Date or dates debt was incurred**
5/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.104

Doug Booth - Address Redacted

**Date or dates debt was incurred**
1/16/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.105

Douglas Keller - Address Redacted

**Date or dates debt was incurred**
8/1/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $2,000.00            $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.106

Dr Peter Wilton - Address Redacted

**Date or dates debt was incurred**
1/5/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $2,000.00            $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.107

Duncan Keirnes - Address Redacted

**Date or dates debt was incurred**
7/26/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $2,000.00            $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.108

Earl Wayne Peterson - Address Redacted

**Date or dates debt was incurred**
12/23/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.109

Edson Ribeiro De Mendonca Neto - Address Redacted

**Date or dates debt was incurred**
11/20/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.110

Eduardo J Alarcon - Address Redacted

**Date or dates debt was incurred**
11/17/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.111

Eduardo Jose Soriano Jr - Address Redacted

**Date or dates debt was incurred**
3/30/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.112

Elias Zurita - Address Redacted

**Date or dates debt was incurred**
8/7/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.113

Elie Alain Levi - Address Redacted

**Date or dates debt was incurred**
7/31/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.114

Faisal Alangari - Address Redacted

**Date or dates debt was incurred**
8/26/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.115

Faizan Buzdar - Address Redacted

**Date or dates debt was incurred**
7/26/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.116

FEIREN International Co., Limited
12/F, Henley Building, 5 Queen's Road Central
Hong Kong
China

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,500,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.117

Fernando Brescacin - Address Redacted

**Date or dates debt was incurred**
7/31/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00    $2,000.00

2.118

Flemming Stelling - Address Redacted

**Date or dates debt was incurred**
7/24/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00    $2,000.00

2.119

Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.120

Francesco Casoli - Address Redacted

**Date or dates debt was incurred**
12/30/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.121

Francisco Duque - Address Redacted

**Date or dates debt was incurred**
7/27/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.122

Frank Molsberry - Address Redacted

**Date or dates debt was incurred**
7/26/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.123

George Brimhall - Address Redacted

**Date or dates debt was incurred**
8/27/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,000.00    $3,350.00

2.124

George Papamarkakis - Address Redacted

**Date or dates debt was incurred**
5/11/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00    $2,000.00

2.125

Gerardo Aboumrad - Address Redacted

**Date or dates debt was incurred**
11/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00    $1,000.00

2.126

Giancarlo Piccoli - Address Redacted

**Date or dates debt was incurred**
4/26/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.127

Giles North - Address Redacted

**Date or dates debt was incurred**
7/24/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.128

Gilles Loiseau - Address Redacted

**Date or dates debt was incurred**
7/26/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.129

Giuliano Borlenghi - Address Redacted

**Date or dates debt was incurred**
7/26/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.130

Glen Nelson - Address Redacted

**Date or dates debt was incurred**
8/1/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.131

Grant Richter - Address Redacted

**Date or dates debt was incurred**
11/19/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:    $1,000.00    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.132

Gregg Thompson - Address Redacted

**Date or dates debt was incurred**
8/22/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.133

Gregory Reynolds - Address Redacted

**Date or dates debt was incurred**
7/25/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.134

Guan Hong Wei - Address Redacted

**Date or dates debt was incurred**
10/22/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.135

Guan Xiao Chun - Address Redacted

**Date or dates debt was incurred**
10/22/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**          $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.136

Guillermo Herrera - Address Redacted

**Date or dates debt was incurred**
8/3/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.137

Guillermo Woodward - Address Redacted

**Date or dates debt was incurred**
9/9/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.138**

Gustavo Correa - Address Redacted

**Date or dates debt was incurred**
7/26/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is: $2,000.00 $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.139**

Hafiz Al Asad Talha - Address Redacted

**Date or dates debt was incurred**
10/10/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is: $10,000.00 $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.140**

Hakim Sitorus - Address Redacted

**Date or dates debt was incurred**
7/31/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is: $1,000.00 $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.141

Hamid Zahraii - Address Redacted

**Date or dates debt was incurred**
5/13/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00          $3,350.00

2.142

Han Scheij - Address Redacted

**Date or dates debt was incurred**
3/6/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00          $3,000.00

2.143

Hans Christian Digermul - Address Redacted

**Date or dates debt was incurred**
3/3/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.144

Harald Katzenschlaeger - Address Redacted

**Date or dates debt was incurred**
8/4/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.145

Harvey Bellchamber - Address Redacted

**Date or dates debt was incurred**
6/30/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.146

Harvey Berk - Address Redacted

**Date or dates debt was incurred**
4/26/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.147

Haryan Liang - Address Redacted

**Date or dates debt was incurred**
8/2/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.148

Henry Hillman - Address Redacted

**Date or dates debt was incurred**
10/11/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.149

Henry Lees-Buckley - Address Redacted

**Date or dates debt was incurred**
11/19/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.150**

Hermann Gams - Address Redacted

**Date or dates debt was incurred**
11/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.151**

Hidekazu Motegi - Address Redacted

**Date or dates debt was incurred**
7/31/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.152**

Hillsborough County Tax Collector
Attn: Nancy C. Millan
601 East Kennedy Boulevard
County Center, 14th Floor
Tampa, FL 33602

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.153

Hristo Belitchovsky - Address Redacted

**Date or dates debt was incurred**
3/3/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,000.00           $2,000.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.154

Hsueh-Hsien Liang - Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $8,000.00           $3,350.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.155

Hugh Mulgrew - Address Redacted

**Date or dates debt was incurred**
8/3/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,000.00           $2,000.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.156

Ian Weir - Address Redacted

**Date or dates debt was incurred**
7/31/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00        $2,000.00

2.157

Ibrahim Iskandar - Address Redacted

**Date or dates debt was incurred**
4/30/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00        $2,000.00

2.158

Idalecio Maiochi - Address Redacted

**Date or dates debt was incurred**
7/17/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,000.00        $3,350.00

2.159

Ihsan Sapan - Address Redacted

**Date or dates debt was incurred**
7/18/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.160

Jacky Bibliowicz - Address Redacted

**Date or dates debt was incurred**
10/20/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.161

Jacques Gast - Address Redacted

**Date or dates debt was incurred**
3/23/2009

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.162**

James Charles - Address Redacted

**Date or dates debt was incurred**
5/24/2010

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.163**

James Evans - Address Redacted

**Date or dates debt was incurred**
11/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $15,000.00                    $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.164**

James Gutierrez - Address Redacted

**Date or dates debt was incurred**
9/20/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.165

James Jernigan - Address Redacted

**Date or dates debt was incurred**
7/26/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $4,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.166

James P. De Persia - Address Redacted

**Date or dates debt was incurred**
11/17/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.167

Jan Borowski - Address Redacted

**Date or dates debt was incurred**
7/24/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $4,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.168

Jared Irby - Address Redacted

**Date or dates debt was incurred**
6/16/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                 $38,400.00          $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.169

Jason Hall - Address Redacted

**Date or dates debt was incurred**
8/3/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                 $2,000.00          $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.170

Jason Merkle - Address Redacted

**Date or dates debt was incurred**
7/28/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                 $2,000.00          $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.171

Jason Talley - Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,000.00         $3,350.00

2.172

Jeff Barber - Address Redacted

**Date or dates debt was incurred**
11/21/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00         $1,000.00

2.173

Jeffery Becton - Address Redacted

**Date or dates debt was incurred**
2/24/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00         $2,000.00

2.174

Jeremy Hugus - Address Redacted

**Date or dates debt was incurred**
7/31/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $1,000.00     $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.175

Jesper Fellenius - Address Redacted

**Date or dates debt was incurred**
7/28/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $2,000.00     $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.176

Jim Covington - Address Redacted

**Date or dates debt was incurred**
7/30/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $2,000.00     $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.177**

Joe Miller - Address Redacted

**Date or dates debt was incurred**
7/23/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.178**

Joel Hall - Address Redacted

**Date or dates debt was incurred**
6/12/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.179**

Johan Jansen - Address Redacted

**Date or dates debt was incurred**
7/1/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.180

John Akridge - Address Redacted

**Date or dates debt was incurred**
12/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.181

John Clarke - Address Redacted

**Date or dates debt was incurred**
11/20/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,000.00    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.182

John Cyrier - Address Redacted

**Date or dates debt was incurred**
7/31/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.183

John Elliott - Address Redacted

**Date or dates debt was incurred**
7/25/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.184

John Mccann - Address Redacted

**Date or dates debt was incurred**
7/23/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $8,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.185

John Redig - Address Redacted

**Date or dates debt was incurred**
7/20/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.186

John Ridley - Address Redacted

**Date or dates debt was incurred**
7/21/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.187

John Viskup - Address Redacted

**Date or dates debt was incurred**
7/25/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.188

Jonathan Rooks - Address Redacted

**Date or dates debt was incurred**
8/10/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.189

Jonathan Spano - Address Redacted

**Date or dates debt was incurred**
3/16/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $35,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.190

Jorge Burillo - Address Redacted

**Date or dates debt was incurred**
10/15/2009

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.191

Jorge Hurtado - Address Redacted

**Date or dates debt was incurred**
9/23/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.192

Jorge Rios - Address Redacted

**Date or dates debt was incurred**
8/3/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $4,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.193

Jose C R V Oliveira - Address Redacted

**Date or dates debt was incurred**
10/31/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.194

Jose Zapata - Address Redacted

**Date or dates debt was incurred**
7/24/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.195

Joseph De Bellis - Address Redacted

**Date or dates debt was incurred**
7/27/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00          $2,000.00

---

2.196

Joseph Nganga - Address Redacted

**Date or dates debt was incurred**
11/17/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

2.197

Joseph Rubino - Address Redacted

**Date or dates debt was incurred**
3/28/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$36,300.00          $3,350.00

2.198

Jouril Ray Howell - Address Redacted

**Date or dates debt was incurred**
7/31/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.199

Juan Dominguez - Address Redacted

**Date or dates debt was incurred**
1/10/2020

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $59,000.00                $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.200

Juergen Nick - Address Redacted

**Date or dates debt was incurred**
7/26/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.201

Kai Tian - Address Redacted

**Date or dates debt was incurred**
6/1/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.202

Kami Newby - Address Redacted

**Date or dates debt was incurred**
1/30/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.203

Karl Hutter - Address Redacted

**Date or dates debt was incurred**
11/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.204

Kasper Wabinski - Address Redacted

**Date or dates debt was incurred**
7/25/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.205

Kazuhiro Shirai - Address Redacted

**Date or dates debt was incurred**
11/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.206

Keith Neilson - Address Redacted

**Date or dates debt was incurred**
8/31/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.207

Keith Swyer - Address Redacted

**Date or dates debt was incurred**
7/27/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.208

Ken Kearney - Address Redacted

**Date or dates debt was incurred**
7/30/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.209

Kerginaldo Martins - Address Redacted

**Date or dates debt was incurred**
7/25/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.210

Kern County Treasurer and Tax Collector
1115 Truxtun Ave
Bakersfield, CA 93301

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.211

Kevin Gersh - Address Redacted

**Date or dates debt was incurred**
7/13/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.212

Khalid Alnasouri - Address Redacted

**Date or dates debt was incurred**
8/3/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.213

Khalid Alzubair - Address Redacted

**Date or dates debt was incurred**
9/10/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $5,000.00              $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

2.214

Kirk Hawkins - Address Redacted

**Date or dates debt was incurred**
7/14/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,000.00              $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

2.215

Kirk Mahon - Address Redacted

**Date or dates debt was incurred**
1/22/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,000.00              $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

2.216

Krassimir Piperkov - Address Redacted

**Date or dates debt was incurred**
8/8/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.217

Kyle Gardner - Address Redacted

**Date or dates debt was incurred**
9/17/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $36,100.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.218

Lane Merrifield - Address Redacted

**Date or dates debt was incurred**
7/29/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.219

Leland Christenson II - Address Redacted

**Date or dates debt was incurred**
8/2/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00          $2,000.00

2.220

Leon Hui - Address Redacted

**Date or dates debt was incurred**
7/31/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00          $2,000.00

2.221

Liang Ming - Address Redacted

**Date or dates debt was incurred**
7/25/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00          $2,000.00

**2.222**

Liuzhou Riviera Yacht Club - Address Redacted

**Date or dates debt was incurred**
7/27/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00          $3,350.00

**2.223**

Lori Moseley - Address Redacted

**Date or dates debt was incurred**
11/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.224**

Los Angeles Tax Collector
Kenneth Hahn Hall of Administration
500 W Temple Street
Los Angeles, CA 90012

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.225

Luis Maldonado - Address Redacted

**Date or dates debt was incurred**
5/26/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $39,650.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.226

Luiz E C Nascimento - Address Redacted

**Date or dates debt was incurred**
3/1/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.227

Luo Shaoning - Address Redacted

**Date or dates debt was incurred**
7/26/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.228

Magued Eldaief - Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $6,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.229

Malik Alnoumani - Address Redacted

**Date or dates debt was incurred**
1/1/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.230

Manny Pacquiao - Address Redacted

**Date or dates debt was incurred**
5/27/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $15,000.00         $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.231

Marc Bachli - Address Redacted

**Date or dates debt was incurred**
7/30/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                              $2,000.00              $2,000.00

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.232

Marc Demontigny - Address Redacted

**Date or dates debt was incurred**
7/28/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                              $2,000.00              $2,000.00

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.233

Marcelo Aspis - Address Redacted

**Date or dates debt was incurred**
7/27/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                              $2,000.00              $2,000.00

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.234**

Marco A Altamirano - Address Redacted

**Date or dates debt was incurred**
8/1/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.235**

Marcos Comnene - Address Redacted

**Date or dates debt was incurred**
7/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.236**

Mark De Mattei - Address Redacted

**Date or dates debt was incurred**
8/2/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.237**

Mark Emmerson - Address Redacted

**Date or dates debt was incurred**
5/10/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,000.00    $2,000.00
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.238**

Mark Horton - Address Redacted

**Date or dates debt was incurred**
11/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,000.00    $1,000.00
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.239**

Mark Humphreys - Address Redacted

**Date or dates debt was incurred**
6/15/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $5,000.00    $3,350.00
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

2.240

Mark Read - Address Redacted

**Date or dates debt was incurred**
10/3/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00          $3,350.00

2.241

Martin Hermann - Address Redacted

**Date or dates debt was incurred**
2/22/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.242

Matt Hayden - Address Redacted

**Date or dates debt was incurred**
8/3/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.243

Matteo Todesco - Address Redacted

**Date or dates debt was incurred**
7/3/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.244

Matthew Harte - Address Redacted

**Date or dates debt was incurred**
12/15/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.245

Matthew Woodworth - Address Redacted

**Date or dates debt was incurred**
7/31/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.246**

Mexico Federal Tax
Servicio de Administración Tributaria
Av. Hidalgo 77, Col.
Guerrero, CP 06300
Mexico City

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                Undetermined          Undetermined
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.247**

Michael Ball - Address Redacted

**Date or dates debt was incurred**
7/25/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.248**

Michael Di Lillo - Address Redacted

**Date or dates debt was incurred**
8/4/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.249

| | |
|---|---|
| Michael Henry - Address Redacted | |

**Date or dates debt was incurred**
7/20/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**   $2,000.00   $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

2.250

| | |
|---|---|
| Michael Hurd - Address Redacted | |

**Date or dates debt was incurred**
7/27/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**   $2,000.00   $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

2.251

| | |
|---|---|
| Michael Reamer - Address Redacted | |

**Date or dates debt was incurred**
6/22/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**   $2,000.00   $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**

☑ No

☐ Yes

2.252

Michael Rolbin - Address Redacted

**Date or dates debt was incurred**
7/31/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.253

Michael Silva - Address Redacted

**Date or dates debt was incurred**
7/26/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.254

Michael Speer - Address Redacted

**Date or dates debt was incurred**
11/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,000.00    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.255

Michael Stimac - Address Redacted

**Date or dates debt was incurred**
11/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                                    $1,000.00                    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.256

Michael Tanne - Address Redacted

**Date or dates debt was incurred**
6/30/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.257

Mike & Chandra Patey - Address Redacted

**Date or dates debt was incurred**
7/27/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.258

Mike Greenwood - Address Redacted

**Date or dates debt was incurred**
6/16/2009

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00          $3,350.00

2.259

Mike Tubbs - Address Redacted

**Date or dates debt was incurred**
7/25/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.260

Mitsuru Yazawa - Address Redacted

**Date or dates debt was incurred**
11/17/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.261

Mohamed Almazrouei - Address Redacted

**Date or dates debt was incurred**
6/29/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.262

Murat Kazanci - Address Redacted

**Date or dates debt was incurred**
10/1/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00                    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.263

Mussad Alfouzan - Address Redacted

**Date or dates debt was incurred**
8/21/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.264**

Natalie Jeremijenko - Address Redacted

**Date or dates debt was incurred**
11/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $1,000.00   $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.265**

Nick Coleman - Address Redacted

**Date or dates debt was incurred**
7/10/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $5,000.00   $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.266**

Nick Davis - Address Redacted

**Date or dates debt was incurred**
8/1/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $2,000.00   $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.267

Nicole Anderson - Address Redacted

**Date or dates debt was incurred**
12/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.268

Nithin Mettu - Address Redacted

**Date or dates debt was incurred**
11/11/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.269

Noemi Tomasto - Address Redacted

**Date or dates debt was incurred**
7/26/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.270

Norberto Duarte - Address Redacted

**Date or dates debt was incurred**
7/29/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.271

Norman Schmid - Address Redacted

**Date or dates debt was incurred**
7/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.272

Olivia Koerfer - Address Redacted

**Date or dates debt was incurred**
10/14/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.273

Pablo Basso - Address Redacted

**Date or dates debt was incurred**
7/23/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00              $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.274

Patrick Collison - Address Redacted

**Date or dates debt was incurred**
3/27/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00              $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.275

Patrick Dolan - Address Redacted

**Date or dates debt was incurred**
7/25/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00              $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.276

Patrick Foley - Address Redacted

**Date or dates debt was incurred**
7/24/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $1,000.00        $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.277

Patrick Guerin - Address Redacted

**Date or dates debt was incurred**
7/29/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $2,000.00        $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.278

Patrick Stoy - Address Redacted

**Date or dates debt was incurred**
11/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $1,000.00        $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.279

Paul Poulsen - Address Redacted

**Date or dates debt was incurred**
4/9/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,000.00                $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.280

Paulette Rush - Address Redacted

**Date or dates debt was incurred**
6/14/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $1,000.00                $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.281

Peder Naerboe - Address Redacted

**Date or dates debt was incurred**
4/24/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,000.00                $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.282

Pei-Hsien Yuan - Address Redacted

**Date or dates debt was incurred**
7/31/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.283

Perry Roach - Address Redacted

**Date or dates debt was incurred**
11/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.284

Peter Budd - Address Redacted

**Date or dates debt was incurred**
8/3/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.285

Peter Gehrke - Address Redacted

**Date or dates debt was incurred**
12/17/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

2.286

Peter Landgrave - Address Redacted

**Date or dates debt was incurred**
7/30/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

2.287

Peter Nijland - Address Redacted

**Date or dates debt was incurred**
1/17/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.288

Peter Wahlback - Address Redacted

**Date or dates debt was incurred**
6/3/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00          $2,000.00

2.289

Piao Song Mei - Address Redacted

**Date or dates debt was incurred**
11/18/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,000.00          $3,350.00

2.290

Pompiliu Sabin Tripa - Address Redacted

**Date or dates debt was incurred**
7/24/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00          $2,000.00

2.291

Rafael Rotter Meda - Address Redacted

**Date or dates debt was incurred**
5/7/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00          $3,350.00

2.292

Raffaele Rossi Patriarca - Address Redacted

**Date or dates debt was incurred**
7/26/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.293

Ralph Ashorn - Address Redacted

**Date or dates debt was incurred**
7/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00          $3,350.00

2.294

Ramon Osmena - Address Redacted

**Date or dates debt was incurred**
7/9/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $5,000.00            $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.295

Raul Pera - Address Redacted

**Date or dates debt was incurred**
1/27/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $5,000.00            $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.296

Ray Courtemanche Jr - Address Redacted

**Date or dates debt was incurred**
7/24/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $2,000.00            $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.297

Ray Ferrell - Address Redacted

**Date or dates debt was incurred**
9/1/2009

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.298

Ray Rose - Address Redacted

**Date or dates debt was incurred**
2/6/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.299

Renato Schmekel - Address Redacted

**Date or dates debt was incurred**
3/8/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.300

Rex Runzheimer - Address Redacted

**Date or dates debt was incurred**
7/29/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00            $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.301

Rian Alisjahbana - Address Redacted

**Date or dates debt was incurred**
7/31/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00            $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.302

Ricardo Isaza - Address Redacted

**Date or dates debt was incurred**
7/24/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00            $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.303

Richard Bertossa - Address Redacted

**Date or dates debt was incurred**
12/16/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $5,000.00      $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.304

Richard Boling - Address Redacted

**Date or dates debt was incurred**
10/5/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $5,000.00      $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.305

Richard Phillips - Address Redacted

**Date or dates debt was incurred**
7/29/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $2,000.00      $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.306

Richard Schroebel - Address Redacted

**Date or dates debt was incurred**
7/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,000.00          $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.307

Rob Bartolucci - Address Redacted

**Date or dates debt was incurred**
7/23/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,000.00          $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.308

Rob Engelke - Address Redacted

**Date or dates debt was incurred**
8/19/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $5,000.00          $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.309

Rob Gingell - Address Redacted

**Date or dates debt was incurred**
7/29/2010

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.310

Robert Call - Address Redacted

**Date or dates debt was incurred**
5/16/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.311

Robert Inch - Address Redacted

**Date or dates debt was incurred**
7/31/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.312

Robert Mcneel - Address Redacted

**Date or dates debt was incurred**
5/4/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.313

Robert Ricciardelli - Address Redacted

**Date or dates debt was incurred**
7/30/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.314

Robert Schofield - Address Redacted

**Date or dates debt was incurred**
4/5/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $5,000.00          $3,350.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

2.315

Robert Sheppard - Address Redacted

**Date or dates debt was incurred**
11/17/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,000.00            $1,000.00

---

2.316

Robert Shinn - Address Redacted

**Date or dates debt was incurred**
11/18/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,000.00            $1,000.00

---

2.317

Robert Smith - Address Redacted

**Date or dates debt was incurred**
11/19/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,000.00            $1,000.00

2.318

Robert Thompson - Address Redacted

**Date or dates debt was incurred**
3/6/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00          $3,000.00

2.319

Robert Winter - Address Redacted

**Date or dates debt was incurred**
7/29/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.320

Roger Bourm - Address Redacted

**Date or dates debt was incurred**
7/29/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

**2.321**

Rogerio Marin - Address Redacted

**Date or dates debt was incurred**
7/23/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.322**

Rohan Walter - Address Redacted

**Date or dates debt was incurred**
3/8/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $3,000.00    $3,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.323**

Ronald Logan - Address Redacted

**Date or dates debt was incurred**
8/15/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.324

Ronald Mclawhon - Address Redacted

**Date or dates debt was incurred**
7/29/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00                    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.325

Rondel Assets, INC - Address Redacted

**Date or dates debt was incurred**
4/5/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.326

Ross Tufford - Address Redacted

**Date or dates debt was incurred**
8/24/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.327

Royal Hashemite Court - Address Redacted

**Date or dates debt was incurred**
3/8/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.328

Rupert Gladstone - Address Redacted

**Date or dates debt was incurred**
8/3/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.329

Russell Gross - Address Redacted

**Date or dates debt was incurred**
8/2/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.330

Russell Luxford - Address Redacted

**Date or dates debt was incurred**
7/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.331

Ryan Arsenault - Address Redacted

**Date or dates debt was incurred**
3/22/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.332

Saghar Karimi - Address Redacted

**Date or dates debt was incurred**
5/25/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.333

Samer Baassiri - Address Redacted

**Date or dates debt was incurred**
4/27/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $2,000.00      $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.334

Samuel Afdal - Address Redacted

**Date or dates debt was incurred**
1/21/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $5,000.00      $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.335

Sanat Kumara - Address Redacted

**Date or dates debt was incurred**
8/1/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $5,000.00      $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.336

Scott Deluise - Address Redacted

**Date or dates debt was incurred**
6/13/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.337

Scott Lovdal - Address Redacted

**Date or dates debt was incurred**
11/8/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.338

Scott Pace - Address Redacted

**Date or dates debt was incurred**
4/20/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.339

Scott Rudolph - Address Redacted

**Date or dates debt was incurred**
7/30/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.340

Sean Hayes - Address Redacted

**Date or dates debt was incurred**
6/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $20,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.341

Sean Howard - Address Redacted

**Date or dates debt was incurred**
10/1/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $5,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.342

Sean Sutton - Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $19,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.343

Shanyu Zhang - Address Redacted

**Date or dates debt was incurred**
7/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.344

Sheng Shun Ba - Address Redacted

**Date or dates debt was incurred**
7/31/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.345

Simon Ray - Address Redacted

**Date or dates debt was incurred**
7/29/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,000.00          $2,000.00

2.346

Solano County Treasurer
Attn: CHARLES A. LOMELI
675 Texas St # 1900
Fairfield, CA 94533

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined          Undetermined

2.347

Sonia Fenik - Address Redacted

**Date or dates debt was incurred**
7/26/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,000.00          $2,000.00

2.348

Soyeb Isap - Address Redacted

**Date or dates debt was incurred**
7/23/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $2,000.00 $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.349

Sreedhar Kommineni - Address Redacted

**Date or dates debt was incurred**
12/28/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $2,000.00 $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.350

State of Nevada Department of Taxation
4600 Kietzke Lane, Building L, Suite 235
Reno, NV 89502

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:** Undetermined Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.351

State of Wisconsin Department Of Revenue
2135 Rimrock Road
Madison, WI 53713

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**  Undetermined   Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.352

Steve Baxter - Address Redacted

**Date or dates debt was incurred**
2/14/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**  $5,000.00   $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.353

Steve Curtis - Address Redacted

**Date or dates debt was incurred**
1/6/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**  $5,000.00   $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.354

Steve Landers - Address Redacted

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $20,000.00                    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.355

Steve Pegram - Address Redacted

**Date or dates debt was incurred**
6/14/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00                    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.356

Steve Rhodes - Address Redacted

**Date or dates debt was incurred**
5/18/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.357

Steven Baron - Address Redacted

**Date or dates debt was incurred**
11/17/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.358

Steven Byle - Address Redacted

**Date or dates debt was incurred**
7/31/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.359

Steven Ma - Address Redacted

**Date or dates debt was incurred**
7/29/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.360**

Steven Mayer - Address Redacted

**Date or dates debt was incurred**
7/24/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00                    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.361**

Steven Robert - Address Redacted

**Date or dates debt was incurred**
7/23/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.362**

Steven Westrick - Address Redacted

**Date or dates debt was incurred**
5/5/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00                    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.363

Stevens Coulombe - Address Redacted

**Date or dates debt was incurred**
7/26/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.364

Stuart Potter - Address Redacted

**Date or dates debt was incurred**
8/2/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00          $3,350.00

2.365

Sumit Dalwadi - Address Redacted

**Date or dates debt was incurred**
3/16/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.366

Sven Grail - Address Redacted

**Date or dates debt was incurred**
7/29/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,000.00   $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.367

Svetislav Milic - Address Redacted

**Date or dates debt was incurred**
4/4/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $5,000.00   $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.368

Tarique Haque - Address Redacted

**Date or dates debt was incurred**
12/19/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,000.00   $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.369

Texas Comptroller
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**     Undetermined     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.370

Thiago Lamberti - Address Redacted

**Date or dates debt was incurred**
5/9/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $5,000.00     $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.371

Thomas Adcock - Address Redacted

**Date or dates debt was incurred**
11/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $1,000.00     $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.372

Thomas Bowen - Address Redacted

**Date or dates debt was incurred**
7/29/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00          $2,000.00

2.373

Thomas Chatfield - Address Redacted

**Date or dates debt was incurred**
11/17/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.374

Thomas Guinand - Address Redacted

**Date or dates debt was incurred**
12/8/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00          $2,000.00

2.375

Thomas Jagemann - Address Redacted

**Date or dates debt was incurred**
7/21/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00            $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.376

Thomas Kaufman - Address Redacted

**Date or dates debt was incurred**
10/14/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00            $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.377

Thomas Sharp - Address Redacted

**Date or dates debt was incurred**
11/21/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00            $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.378

Thomas Smith - Address Redacted

**Date or dates debt was incurred**
10/28/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00      $3,350.00

2.379

Timofey Sukhotin - Address Redacted

**Date or dates debt was incurred**
3/4/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00      $3,000.00

2.380

Timothy Mcconnell - Address Redacted

**Date or dates debt was incurred**
11/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00      $1,000.00

2.381

Todd Johnson - Address Redacted

**Date or dates debt was incurred**
7/26/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.382

Tom Thomson - Address Redacted

**Date or dates debt was incurred**
7/25/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.383

Tota Ueno - Address Redacted

**Date or dates debt was incurred**
2/24/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $207,600.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.384

Ullswater Investments Limited
3rd Floor, Montague Sterling Center, East Bay Street
New York, NY N3242
Barbados

**Date or dates debt was incurred**
4/16/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00          $3,350.00

2.385

Usman Isap - Address Redacted

**Date or dates debt was incurred**
5/2/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.386

Vacaville Tax Collector
650 Merchant Street
Vacaville, CA 95688

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.387

Victor Adrian Quadrini - Address Redacted

**Date or dates debt was incurred**
8/3/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.388

Victor Ballestas - Address Redacted

**Date or dates debt was incurred**
12/29/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $35,000.00    $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.389

Victor Looft - Address Redacted

**Date or dates debt was incurred**
6/4/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.390

Vikas Bhushan - Address Redacted

**Date or dates debt was incurred**
7/23/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00              $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.391

Vladas Lasas - Address Redacted

**Date or dates debt was incurred**
6/18/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00              $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.392

Vladimir Antonio - Address Redacted

**Date or dates debt was incurred**
3/31/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00              $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.393

Vladimir Kopytin - Address Redacted

**Date or dates debt was incurred**
7/27/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00          $2,000.00

2.394

Wael Pharaon - Address Redacted

**Date or dates debt was incurred**
4/2/2009

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,000.00          $3,350.00

2.395

Washington Secretary of State Corporations & Charities Division
801 Capitol Way
South Olympia, WA 98501

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined          Undetermined

2.396

Washington State Department of Revenue
Attn: Bankruptcy Unit
2101 4th Ave, Suite 1400
Seattle, WA 98121

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.397

Wayne Holder - Address Redacted

**Date or dates debt was incurred**
11/22/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.398

Wayne Nugent - Address Redacted

**Date or dates debt was incurred**
12/16/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.399

Wee Boon Chan - Address Redacted

**Date or dates debt was incurred**
7/30/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.400

William Harris - Address Redacted

**Date or dates debt was incurred**
7/29/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.401

William Jones - Address Redacted

**Date or dates debt was incurred**
7/24/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.402

William Kautz - Address Redacted

**Date or dates debt was incurred**
12/24/2013

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$5,000.00          $3,350.00

2.403

William Schmidt - Address Redacted

**Date or dates debt was incurred**
7/28/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,000.00          $2,000.00

2.404

Win Yindeepit - Address Redacted

**Date or dates debt was incurred**
11/17/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,000.00          $1,000.00

2.405

Winn Fincher - Address Redacted

**Date or dates debt was incurred**
7/28/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

---

2.406

Winston Diamantino - Address Redacted

**Date or dates debt was incurred**
12/25/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

---

2.407

Yamal Yibrin - Address Redacted

**Date or dates debt was incurred**
7/17/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00          $3,350.00

2.408

Ye Zhang - Address Redacted

**Date or dates debt was incurred**
5/11/2009

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $10,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.409

Yuda Doron - Address Redacted

**Date or dates debt was incurred**
3/19/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.410

Yury Riabko - Address Redacted

**Date or dates debt was incurred**
7/8/2008

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $5,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.411

Zeljko Popovic - Address Redacted

**Date or dates debt was incurred**
7/26/2012

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.412

Zhicheng Cen - Address Redacted

**Date or dates debt was incurred**
8/2/2014

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**               $10,000.00          $3,350.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.413

Zhigang Qiu - Address Redacted

**Date or dates debt was incurred**
7/26/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,000.00          $2,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

2.414

Zhijian Lin - Address Redacted

**Date or dates debt was incurred**
11/2/2011

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00          $3,350.00

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
| --- | --- |

3.1

A E Graphix, Inc
121 Rush Court
Elkhart, IN 46516

**Date or dates debt was incurred**
3/22/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,225.50

3.2

Air Graphic LLC
5525 Bjorksten Place
Fitchburg, WI 53711

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$633.85

**3.3**

Aircraft Covers, Inc.
18850 Adams Ct.
Morgan Hill, CA 95037

**Date or dates debt was incurred**
3/27/2024

**As of the petition filing date, the claim is:**  $821.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**

Albert Gusenbauer - Address Redacted

**Date or dates debt was incurred**
2/1/2024

**As of the petition filing date, the claim is:**  $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

Amazon.com
410 Terry Ave N
Seattle, WA 98109

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $408.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.6**

Andrews Aviation
2500 Highway 297a
Cantonment, FL 32533

**Date or dates debt was incurred**
2/26/2024

**As of the petition filing date, the claim is:**  $6,692.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7**

AOPA Media
421 Aviation Way
Frederick, MD 21701

**Date or dates debt was incurred**
12/13/2023

As of the petition filing date, the claim is:                                    $1,976.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.8**

Asset Management Company Venture Fund, L.P.
2595 East Bayshore Road, Suite 240
Palo Alto, CA 94303

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.9**

Atlas Aviation
825 Severn Avenue
Tampa, FL 33606

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                   $16,300.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.10**

Automated Mfg Inc.
N115W19280 Edison Drive
Germantown, WI 53022

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $7,709.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.11**

Aviall - Boeing
3660 Regent Boulevard
Irving, TX 75063

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $7,357.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.12**

Avis Rent A Car System, Inc
7876 Collections Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**
3/1/2024

As of the petition filing date, the claim is: $4,769.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.13**

Beringer Aero USA
Attn: Trevor Burnette
Aope-Champ Eymi
Tallard, FR F-05130
France

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,434.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

**3.14**

BMC Group VDR LLC
3732 W 120th St
Hawthorne, CA 90250

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $2,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.15

Boeing Distribution Services Inc.
1351 Charles Willard Street
CARSON, CA 90746

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $1,113.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.16

Bose Corporation
100 The Mountain Road, MS 271
Farmingham, MA 01701

**Date or dates debt was incurred**
3/28/2023

As of the petition filing date, the claim is:                              $17,520.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.17

Breezlyte LLC
2141 Icon Way #600
Vacaville, CA 95688

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                              $49,352.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Security Deposit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.18

Byron Young - Address Redacted

**Date or dates debt was incurred**
4/1/2024

As of the petition filing date, the claim is:                              $3,870.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.19**

CABLE CONNECTION
Attn: Jim Bush and Trish O'Leary
1035 Mission Court
Fremont, CA 94539

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $12,337.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20**

Castor Transport LLC
9651 Airway RD Suite C
San Diego, CA 92154

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21**

Chuck Coleman - Address Redacted

**Date or dates debt was incurred**
4/4/2024

**As of the petition filing date, the claim is:**                    $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22**

Clark Pest Control
PO Box 6015
Whitter, CA 90607-6015
USA

**Date or dates debt was incurred**
4/4/2024

**As of the petition filing date, the claim is:**                    $188.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23**

Connectwise LLC
400 N Tampa Street, Suite 130
Tampa, FL 33602

**Date or dates debt was incurred**
5/25/2023

**As of the petition filing date, the claim is:**                          $1,872.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.24**

Control+M Solutions, LLC
912 Bayberry Ln
Kohler, WI 53044

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $1,925.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25**

Dakings Rapid Manufacturing Co., Limited
Block A, BAI TONG Industrial Park
Shajing, Baoan
Shenzhen, 0 518104

**Date or dates debt was incurred**
2/26/2024

**As of the petition filing date, the claim is:**                          $478.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26**

Didier Makowski - Address Redacted

**Date or dates debt was incurred**
4/1/2024

**As of the petition filing date, the claim is:**                          $1,697.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27**

Eagle Aircraft Maintenance LLC
985 Charles Lindbergh Dr. Suite 2B
Jacksonville, FL 32225

**Date or dates debt was incurred**
2/26/2024

As of the petition filing date, the claim is:     $120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.28**

East West Administrators
PO Box 14817
San Francisco, CA 94114

**Date or dates debt was incurred**
4/4/2024

As of the petition filing date, the claim is:     $11,318.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.29**

East West Bank
Attn: Kate Chi
9300 Flair Drive, 6th Fl
El Monte, CA 91731

**Date or dates debt was incurred**
12/22/2022

As of the petition filing date, the claim is:     $18,552,062.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Note Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.30**

East West Bank
Attn: Kate Chi
9300 Flair Drive, 6th Fl
El Monte, CA 91731

**Date or dates debt was incurred**
12/24/2020

As of the petition filing date, the claim is:     $40,638,888.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Note Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.31

East West Bank
Attn: Kate Chi
9300 Flair Drive, 6th Fl
El Monte, CA 91731

**Date or dates debt was incurred**
2/6/2023

**As of the petition filing date, the claim is:** $6,580,888.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Note Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.32

Everlaw, Inc
Attn: Cameron Robert Menteer
2101 Webster St
Ste 1500
Oakland, CA 94612

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $8,358.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.33

Fastenal Company
821 Eubanks Drive. Suite B
Vacaville, CA 95688

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,576.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.34

FedEx - Supply Chain
P.O. Box 7221
Pasadena, CA 91109-7321

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $17,323.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.35

FedEx Freight
Dept LA PO Box 21415
Pasadena, CA 91185-1415

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $6,101.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

3.36

FEIREN International Co., Limited
12/F, Henley Building, 5 Queen's Road Central
Hong Kong
China

**Date or dates debt was incurred**
3/14/2023

**As of the petition filing date, the claim is:**    $3,355,068.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Note Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.37

FEIREN International Co., Limited
12/F, Henley Building, 5 Queen's Road Central
Hong Kong
China

**Date or dates debt was incurred**
3/14/2023

**As of the petition filing date, the claim is:**    $5,425,205.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
$5mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

3.38

FEIREN International Co., Limited
12/F, Henley Building, 5 Queen's Road Central
Hong Kong
China

**Date or dates debt was incurred**
6/29/2022

**As of the petition filing date, the claim is:**    $5,707,945.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
$5mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39**

Fictiv
Attn: Jeff Duncan
PO Box 14590
Fremont, CA 94539-1090

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,656.60

---

**3.40**

Fisheries Supply
1900 N Northlake Way
Seattle, WA 98103

**Date or dates debt was incurred**
1/23/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

$674.95

---

**3.41**

FlyWise Aviation LLC
FlyWise Aviation, LLC 14701 Pioneer Trail
Eden Prairie, MN 55347

**Date or dates debt was incurred**
2/16/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,675.70

---

**3.42**

Garmin USA Inc.
Attn: Diane Commodore
1200 East 151st Street
Olathe, KS 66062

**Date or dates debt was incurred**
2/21/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

$936.75

**3.43**

Global Technology Ventures, Inc.
Attn: Susan L. Willis
37408 Hills Tech Drive
Farmington Hills, MI 48331

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,922.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.44**

GM Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102

**Date or dates debt was incurred**
8/30/2018

As of the petition filing date, the claim is:                    $6,148.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Vehicle Loan

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.45**

GM Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102

**Date or dates debt was incurred**
7/17/2018

As of the petition filing date, the claim is:                    $5,286.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Vehicle Loan

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.46**

Grainger
Dept. 873567671
Palatine, IL 60038-0001

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $75.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

**3.47**

HELICES E-PROPS
195, Route de l'Aviation, ZI AÃ©rodrome de Sisteron
Vaumeilh F-04200
France

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $367.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.48**

Hillsborough County Aviation Authority
P.O. Box 22287
Tampa, FL 33622

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,480.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.49**

Hood Tech Crop Aero Inc
1750 Country Club Road
Hood River, OR 97031

**Date or dates debt was incurred**
8/18/2022

**As of the petition filing date, the claim is:**                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.50**

IT1Source
4110 N. Scottsdale Road #300
Scottsdale, AZ 85251

**Date or dates debt was incurred**
3/22/2024

**As of the petition filing date, the claim is:**                    $4,101.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.51**

John Mavronicles - Address Redacted

**Date or dates debt was incurred**
3/31/2024

As of the petition filing date, the claim is:                                  $7,170.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.52**

Kirk Hawkins - Address Redacted

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                  Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.53**

LUSTRE-CAL
715 S Guild Ave
Lodi, CA 95240

**Date or dates debt was incurred**
3/13/2024

As of the petition filing date, the claim is:                                  $605.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.54**

LX Navigation d.o.o.
Tkalska 10 3000 Celje
Celje
Slovenia

**Date or dates debt was incurred**
2/29/2024

As of the petition filing date, the claim is:                                  $2,820.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.55**

Mangrove Insurance Solutions, PCC
C/O Marsh Management Services
Attn: Nick Grove
463 Mountain View Drive, Suite 301
Colchester, VT 05446

**Date or dates debt was incurred**
4/1/2024

As of the petition filing date, the claim is:                    $105,040.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56**

MANKIEWICZ COATINGS, LLC
415 JESSEN LANE
CHARLESTON, SC 29492

**Date or dates debt was incurred**
10/25/2023

As of the petition filing date, the claim is:                    $556.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.57**

Marco Altamirano Salcedo - Address Redacted

**Date or dates debt was incurred**
4/1/2024

As of the petition filing date, the claim is:                    $4,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58**

Martensen IP
30 E Kiowa St, Suite 101
Colorado Springs, CO 80903

**Date or dates debt was incurred**
4/3/2024

As of the petition filing date, the claim is:                    $5,047.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.59**

McCarter & English, LLP
Attn: Andrea Wilhelme
Four Gateway Center, 100 Mulberry St
Newark, NJ 07102

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $64,759.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.60**

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $422.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.61**

Million Air White Plains
7555 IPSwich Road
Houston, TX 77061

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $4,215.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.62**

NorthWest Flight Services
6095 E. Rutter Ave.
Spokane, WA 99212

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $3,922.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63**

NTT Global Data Centers Americas, Inc
1625 National Dr
Sacramento, CA 95834-2901
US

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $8,544.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.64**

Oak Paper Products Company, Inc.
3686 E. Olympic Blvd.
Los Angeles, CA 90023

**Date or dates debt was incurred**
1/16/2024

**As of the petition filing date, the claim is:**    $2,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.65**

OTTO Engineering Inc
Attn: Steve Redlich
2 East Main Street
Carpentersville, IL 60110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $7,314.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

**3.66**

PG&E
PO Box No. 997300
Sacramento, CA 95899

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $21,046.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

**3.67**

Philip Condit - Address Redacted

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68**

PK Capital L.P.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
9/18/2020

As of the petition filing date, the claim is:    $36,164.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.69**

PK Capital L.P.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
11/18/2020

As of the petition filing date, the claim is:    $14,465.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70**

PPG Aerospace
24811 Avenue Rockefeller
Valencia, CA 91355

**Date or dates debt was incurred**
3/6/2024

As of the petition filing date, the claim is:    $857.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71**

Proto Labs, Inc
5540 Pioneer Creek Dr.
Maple Plain, MN 55359

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,675.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.72**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
6/29/2023

**As of the petition filing date, the claim is:** $2,123,178.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
$2mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.73**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
5/3/2022

**As of the petition filing date, the claim is:** $1,500,306.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
$1.3mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.74**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
11/25/2022

**As of the petition filing date, the claim is:** $1,663,397.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
$1.5mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.75**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
5/16/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
$2.3mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,647,835.67

**3.76**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
1/25/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,465.72

**3.77**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
10/27/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
$1.5mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,552,931.51

**3.78**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
12/9/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
$1.5mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,658,794.50

**3.79**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
2/24/2022

**As of the petition filing date, the claim is:**          $3,734,394.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$1mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.80**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
9/27/2023

**As of the petition filing date, the claim is:**          $2,083,726.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$2mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.81**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
8/11/2022

**As of the petition filing date, the claim is:**          $4,528,657.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$4mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.82**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
3/29/2023

**As of the petition filing date, the claim is:**          $31,335,194.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$28.9mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.83**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
1/26/2021

**As of the petition filing date, the claim is:**            $30,448,690.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$23.9mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.84**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
6/12/2023

**As of the petition filing date, the claim is:**            $1,065,315.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$1mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.85**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
9/8/2023

**As of the petition filing date, the claim is:**            $1,046,027.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$1mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.86**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
3/20/2020

**As of the petition filing date, the claim is:**            $16,546,575.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$12.5mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.87**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
1/11/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$1.5mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,647,945.19

**3.88**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
12/13/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$1.2mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,049,972.60

**3.89**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
11/10/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$2mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,064,438.35

**3.90**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
1/25/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

$79,561.67

**3.91**

Pudong Science and Technology Investment Cayman Co., Ltd.
46F, Building 1, Lujiazui Century Financial Plaza
No. 729 South Yanggao Road, Pudong
Shanghai 200127
China

**Date or dates debt was incurred**
7/25/2023

**As of the petition filing date, the claim is:**    $3,167,671.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
$3mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.92**

PW Fund B, LP
C/O Buzz Oates Management Services, Inc.
Attn: Liz Ferneau and Yvette Perry
555 Capitol Mall, Suite 900
Sacramento, CA 95814

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $200,660.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93**

Quarlink Corp.
Attn: Michel Yate
7657 Winnetka St. Suite 162
Winnetka, CA 91306

**Date or dates debt was incurred**
1/5/2024

**As of the petition filing date, the claim is:**    $1,991.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94**

Rainer Flight Service, LLC
800 West Perimeter Road
Renton, WA 98057

**Date or dates debt was incurred**
3/1/2024

**As of the petition filing date, the claim is:**    $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

| Debtor | ICON Aircraft, Inc. | Case number (if known) 24-10703 |
|--------|---------------------|--------------------------------|
|        | Name                |                                |

Case 24-10703-CTG    Doc 176    Filed 05/09/24    Page 205 of 254

**3.95**

Rapid Deployment Transport LLC
273 Applewood Center Place #172
Seneca, SC 29678

**Date or dates debt was incurred**
3/4/2024

**As of the petition filing date, the claim is:** $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.96**

Recology Vacaville Solano
1 Town Square Place, Suite 200
Vacaville, CA 95688

**Date or dates debt was incurred**
4/1/2024

**As of the petition filing date, the claim is:** $855.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.97**

Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $18,105.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**

Roberto Natal Arantes - Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.99

Rockwell Automation Inc.
Attn: Ken Brewster and Darren Walter
900 Tower Drive, Suite 1400
Troy, MI 48098-2822

**Date or dates debt was incurred**
3/1/2024

**As of the petition filing date, the claim is:**                                    $50,532.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

3.100

RS Hughes
8120 Berry Ave, Suite C
Sacramento, CA 95828

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $3,142.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.101

S.R. Brooks Company, Inc.
2550 Via Tejon, Suite 3-A
Palos Verdes Estates, CA 90274

**Date or dates debt was incurred**
3/31/2024

**As of the petition filing date, the claim is:**                                    $1,143.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.102

Samba Holdings, Inc
Dept LA 24536
Pasadena, CA 91185-4536

**Date or dates debt was incurred**
3/31/2024

**As of the petition filing date, the claim is:**                                    $134.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.103**

San Diego Aircraft Interiors
2381 Boswell Rd
Chula Vista, CA 91914

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,515.00

**3.104**

Sandpiper Air
Dillon's Aviation Inc 1105 N. Memorial Drive
Greenville, NC 27834

**Date or dates debt was incurred**
2/2/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$640.50

**3.105**

Shapeways
419 Park Ave South Suite 900
New York City, NY 10016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

$1,496.80

**3.106**

Shenzhen Xindonghui Technology Co. Ltd.
17E Quanzhi Science Technology park
Shasong Rd, Shajing Town, Baoan District
Shenzhen City, Guangdong 518104
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,470.00

**3.107**

Shenzhen ZTL Technology Co. Ltd
UNIT 2508A 25/F BANK OF AMERICA TOWER 12 HARCOURT RD
CENTRAL HK
HK

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $10,046.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.108**

Siemens Industry, Inc.
C/O Citibank (Bldg Tech)
PO Box 2134
Carol Stream, IL 60132-2134

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $13,017.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.109**

SkyGeek
30 Airway Drive, Ste 2
LaGrangeville, NY 12540

**Date or dates debt was incurred**
2/12/2024

As of the petition filing date, the claim is:                    $143.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.110**

Snowcrest Partners, LLC
68 Mesa Ct
Atherton, CA 94207

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.111

Solano County
301 County Airport Road
Vacaville, CA 95688

**Date or dates debt was incurred**
2/9/2024

**As of the petition filing date, the claim is:**                    $56,619.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

3.112

Steen Strand - Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.113

Technology For Engery Corporation
10737 Lexington Dr
Knoxville, TN 37932-3294

**Date or dates debt was incurred**
6/29/2023

**As of the petition filing date, the claim is:**                    $195.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.114

The Flight Shop, Inc
Attn: Jodie McNeely
1780 N. 2000 W. Hangar #21
Brigham City, UT 84302

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $535.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.115**

The Sherwin-Williams Co
101 Prospect Ave
Cleveland, OH 44115

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,376.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.116**

Thomas Hines dba Don't Get The Wrong Idea LLC
445 NE 70th Ave
Portland, OR 97213

**Date or dates debt was incurred**
3/6/2024

As of the petition filing date, the claim is: $450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.117**

Todd Gerhardt - Address Redacted

**Date or dates debt was incurred**
3/19/2024

As of the petition filing date, the claim is: $2,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.118**

Trenace Jeanette Burrows - Address Redacted

**Date or dates debt was incurred**
3/29/2024

As of the petition filing date, the claim is: $6,165.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.119

TriStar Plastics Corporation
23655 E Via del Rio
Yorba Linda, CA 92887

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                     $1,891.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.120

Trusted Tech Team, Inc.
5171 California Ave Ste 250
Irvine, CA 92617

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $24,272.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.121

TW Telecom
Attn: Michael D. Levy
PO Box 910182
Denver, CO 80291-0182

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $39,639.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.122

ULINE
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                     $604.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.123**

UNIMAX ASSET HOLDINGS LTD
OMC Chambers, Wickhams Cay 1, Road Town
Tortola
British Virgin Islands

**Date or dates debt was incurred**
12/28/2020

**As of the petition filing date, the claim is:** $234,520.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
$2.4mm Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.124**

UNIMAX ASSET HOLDINGS LTD
OMC Chambers, Wickhams Cay 1, Road Town
Tortola
British Virgin Islands

**Date or dates debt was incurred**
3/30/2022

**As of the petition filing date, the claim is:** $2,787,682.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Convertible Promissory Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.125**

United Parcel Service of North America, Inc
PO BOX 650116
Dallas, TX 75265-0116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $151.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.126**

Vacaville Chamber of Commerce
411 Davis St # 101,
Vacaville, CA, CA 95688

**Date or dates debt was incurred**
4/2/2024

**As of the petition filing date, the claim is:** $750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.127**

Victory Lane Aviation
9200 B Aviation Blvd
Concord, NC 28027

**Date or dates debt was incurred**
2/26/2024

**As of the petition filing date, the claim is:**                    $2,437.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.128**

Vital Records Holding, LLC
PO Box 80493
City of Industry, CA 91716-4893

**Date or dates debt was incurred**
3/31/2024

**As of the petition filing date, the claim is:**                    $137.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.129**

WageWorks, Inc.
PO Box 45772
San Francisco, CA 94145-0772

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $853.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.130**

Walker Stevens Cannom LLP
500 Molino Street #118
Los Angeles, CA 90013

**Date or dates debt was incurred**
3/26/2024

**As of the petition filing date, the claim is:**                    $2,163.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.131

Williams Scotsman, Inc.
PO Box 91975
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $17,626.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

3.132

XOMETRY, INC.
Attn: Kirstin Stratton
7951 CESSNA AVE
GAITHERSBURG, MD 20879

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,287.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $7,493,450.33 |
| **5b. Total claims from Part 2** | 5b. | $195,255,876.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $202,749,326.56 |

**Fill in this information to identify the case:**

Debtor name: ICON Aircraft, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10703

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

| Schedule G: | Executory Contracts and Unexpired Leases |
|---|---|

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** Distribution Agreement **State the term remaining** Undetermined **List the contract number of any government contract** | A5AIR Inc. 2-15 Kukokitamachi Kokuraminami Ward Kitakyushu City, Fukuoka 800-0306 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** Consultant Agreement **State the term remaining** Undetermined **List the contract number of any government contract** | Aaron Williams - Address Redacted |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** ISP Agreement **State the term remaining** Undetermined **List the contract number of any government contract** | Absolute Aero Inc. Matthew Terpstra 21889 Skywest Dr Hayward, CA 94541 |

**2.4** **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Ace Aviation (KRNT)
289 E Perimeter Rd
Renton, WA 98057

**State the term remaining**

Undetermined

**List the contract number of any government contract**

---

**2.5** **State what the contract or lease is for and the nature of the debtor's interest**

Services Agreement

Aces Technology Services, LLC
2441 Honolulu Ave
Ste 162
Glendale, CA 91020

**State the term remaining**

Undetermined

**List the contract number of any government contract**

---

**2.6** **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Aero city Maintenance
Ysmael Galera
2901 E Spring St
Suite A
Long Beach, CA 90806

**State the term remaining**

Undetermined

**List the contract number of any government contract**

---

**2.7** **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Aero Services Center
121 Aviation Dr
Bldg 4002
Santa Fe, NM 87507

**State the term remaining**

Undetermined

**List the contract number of any government contract**

---

**2.8** **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Aeronautical Services of Greenwood
322 Terminal Rd
Greenwood, SC 29649

**State the term remaining**

Undetermined

**List the contract number of any government contract**

---

**2.9** **State what the contract or lease is for and the nature of the debtor's interest**

Consultant Agreement

Airfilm Aviation Services LLC
6245 Aerodrome Way
Gerogetown, CA 95634

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Agreement | Alex Prasad - Address Redacted
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Alexander Mason - Address Redacted
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | Allianz<br>P.O. Box 71533<br>Richmond,, VA 23255-1533
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement | Amr Elhosseiny - Address Redacted
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Purchase Agreement | Andre John Bulot - Address Redacted
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement | Andre John Bulot - Address Redacted
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Purchase Agreement | Andres Carrizosa - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Andrew Mesias - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Andrew Mesias - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Anthony Curley - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | ANV Global Services Inc. 200 Hudson Street, Suite 800 Jersey City, NJ 7311 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Apex Aviation, Inc. Melissa Mellett 1410 Jet Stream Dr Suite 100 Henderson, NV 89052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

APG AVIATION
John Joseph McCormack
8260 Skylane Way
Punta Gorda, FL 33982

| | | |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Argonaut Insurance Company
Argo Pro Underwriting
PO Box 469012
San Antonio, TX 78246

| | | |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Extended Temporary Work Travel Letter |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Austin Rodriguez - Address Redacted

| | | |
|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Avian Aeronautics
Keith A Mooney
8900 State Hwy 3
Suite 102
Bremerton, WA 98312

| | | |
|---|---|---|
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Pilot Services Agreement |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Ben Shipps - Address Redacted

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Bill Nichols - Address Redacted

2.28  **State what the contract**   ISP Agreement
      **or lease is for and the**
      **nature of the debtor's**
      **interest**

Bill's Air Center
Max Keinzel
3147 Donald Douglas Loop S
Santa Monica, CA 90405

      **State the term**   Undetermined
      **remaining**

      **List the contract number**
      **of any government**
      **contract**

2.29  **State what the contract**   ISP Agreement
      **or lease is for and the**
      **nature of the debtor's**
      **interest**

BORDER AIR LTD
Cliff Coy
629 Airport Rd
Swanton, VT 75672

      **State the term**   Undetermined
      **remaining**

      **List the contract number**
      **of any government**
      **contract**

2.30  **State what the contract**   Sublease
      **or lease is for and the**
      **nature of the debtor's**
      **interest**

Breezlyte LLC
2141 Icon Way #600
Vacaville, CA 95688

      **State the term**   Undetermined
      **remaining**

      **List the contract number**
      **of any government**
      **contract**

2.31  **State what the contract**   Pilot Services Agreement
      **or lease is for and the**
      **nature of the debtor's**
      **interest**

Bruce Bolla - Address Redacted

      **State the term**   Undetermined
      **remaining**

      **List the contract number**
      **of any government**
      **contract**

2.32  **State what the contract**   Offer Letter
      **or lease is for and the**
      **nature of the debtor's**
      **interest**

Bryan Duran - Address Redacted

      **State the term**   Undetermined
      **remaining**

      **List the contract number**
      **of any government**
      **contract**

2.33  **State what the contract**   Offer Letter
      **or lease is for and the**
      **nature of the debtor's**
      **interest**

Byron Pittman - Address Redacted

      **State the term**   Undetermined
      **remaining**

      **List the contract number**
      **of any government**
      **contract**

2.34 **State what the contract or lease is for and the nature of the debtor's interest**

Consultant Agreement

Byron Young - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.35 **State what the contract or lease is for and the nature of the debtor's interest**

Insurance Agreement

Captive- Mangrove Insurance Solutions
C/O Marsh Management Services
463 Mountain View Drive, Suite 301
Colchester, VT 5446

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.36 **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Central Jet Service
Danny Aiello
2030 Warren Dr
Marshall, TX 75672

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.37 **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Channel Islands Aviation
305 Durley Ave
Camarillo, CA 93010

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.38 **State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter

Chris Ahn - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.39 **State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter

Christopher J. Mack - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | Chubb Seguros Mexico, S.A.<br>Paseo de la Reforma 250 Torre Niza<br>Piso 7 Col. Juárez, Cuauhtémoc<br>Ciudad. de México 6600 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Pilot Services Agreement | Chuck Coleman - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Coachella Valley Aviation Company<br>Francisco Esquivel<br>79880 Ave 42<br>Hangar A<br>Bermuda Dunes, CA 92203 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Fuel Services Agreement | County of Solano<br>301 Airport Rd<br>Ste 205<br>Vacaville, CA 95688 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Through the Fence Airport Access Agreement | County of Solano<br>301 Airport Rd<br>Ste 205<br>Vacaville, CA 95688 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Agreement | Daniel Crawford - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Daniel Dumlao - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Daniel Mertesdorf - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Daniel Mertesdorf - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Purchase Agreement | Daniel Milstein - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Pilot Services Agreement | Danielle Fernandez - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | David Cervizzi - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Purchase Agreement | David Zook - Address Redacted |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | ISP Agreement | DC Aviation<br>5231 Johnny Reaver Road Hangar A1<br>Panama City, FL 32409 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter | Devon Woodruff - Address Redacted |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Consultant Agreement | Didier Makowski - Address Redacted |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | ISP Agreement | DLK Aviation<br>2601 Cessna Ln NW<br>Kennesaw, GA 30144 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Pilot Services Agreement | Elina Azcurra Lunin - Address Redacted |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

2.58 **State what the contract or lease is for and the nature of the debtor's interest**

Pilot Services Agreement

Emily harrison Ross - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.59 **State what the contract or lease is for and the nature of the debtor's interest**

Consultant Agreement

Eric Ketner - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.60 **State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter

Eric VanAcker - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.61 **State what the contract or lease is for and the nature of the debtor's interest**

Aircraft Operating Agreements

Erich Roeder - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.62 **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Estherville Aviation, Inc.
1672 425th Ave
Estherville, IA 51334

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.63 **State what the contract or lease is for and the nature of the debtor's interest**

Insurance Agreement

Everest National Insurance Company
477 Martinsville Road
P.O. Box 830
Liberty Corner, NJ 07938-0830

**State the term remaining**

Undetermined

**List the contract number of any government contract**

| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Exec Aero LLC |
| | | | 83 Nilson Way |
| | | | Orlando, FL 32803 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Executive Air Transport Inc. |
| | | | 103 Sinclair Dr |
| | | | Muskegon, MI 49441 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Intellectual Property License Agreement | FEIREN International |
| | | | 12/F, Henley Building, 5 Queen's Road Central |
| | | | Hongkong |
| | **State the term remaining** | Undetermined | China |
| | **List the contract number of any government contract** | | |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement | Feiren International Co., Limited |
| | | | 5 Queen's Road Central |
| | | | Henley Building 12/F Central |
| | | | Honk Kong |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement | Feiren International Co., Limited |
| | | | 5 Queen's Road Central |
| | | | Henley Building 12/F Central |
| | | | Honk Kong |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement | Feiren International Co., Limited |
| | | | 5 Queen's Road Central |
| | | | Henley Building 12/F Central |
| | | | Honk Kong |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement | Feiren International Co., Limited |
|---|---|---|---|
| | | | 5 Queen's Road Central |
| | **State the term remaining** | Undetermined | Henley Building 12/F Central |
| | | | Honk Kong |
| | **List the contract number of any government contract** | | |

| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Ferdinand "Dex" Manalili - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacturing Services And Supply Agreement | Fictiv Inc. |
|---|---|---|---|
| | | | Attn: Eddie Chen |
| | **State the term remaining** | Undetermined | 168 Welsh St, #A |
| | | | San Francisco, CA 94107 |
| | **List the contract number of any government contract** | | |

| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Flight Logix LLC |
|---|---|---|---|
| | | | 4510 Airport Road |
| | **State the term remaining** | Undetermined | Cincinnati, OH 45226 |
| | **List the contract number of any government contract** | | |

| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | flyAdvanced |
|---|---|---|---|
| | | | 1501 Narcissa Rd |
| | **State the term remaining** | Undetermined | Blue Bell, PA 19422 |
| | **List the contract number of any government contract** | | |

| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Gaelan Shaughn-Thomas Kamin - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Gary-James Knight - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Pilot Services Agreement | Genesah Duffy - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | George Jones - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | George Jones - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Executive Employment Agreement | Gerald [Jerry] Meyer - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement | Gerald [Jerry] Meyer - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Gibbs Service Center. Inc.
8912 Aero Dr
San Diego, CA 92123

**State the term remaining** | Undetermined

**List the contract number of any government contract**

2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Giving Wings Aviation
1170 Airport Access Rd #P
Traverse City, MI 49686

**State the term remaining** | Undetermined

**List the contract number of any government contract**

2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | Great American
PO Box 5425
Cincinnati, OH 45201-5425

**State the term remaining** | Undetermined

**List the contract number of any government contract**

2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Great Lakes Aero Products
915 Kearsley Park Blvd
Flint, MI 48503

**State the term remaining** | Undetermined

**List the contract number of any government contract**

2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Great Lakes Icon
PO Box 123
Shipshewana, IN 46565

**State the term remaining** | Undetermined

**List the contract number of any government contract**

2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Hank Blair - Address Redacted

**State the term remaining** | Undetermined

**List the contract number of any government contract**

2.88 **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Heavy Metal Air
67 Tower Road
Hanger T
White Plains, NY 10604

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.89 **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Heavy Metal Air (KHPN)
67 Tower RD, Westchester county airport
West Harrison, NY 10604

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.90 **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Hillsboro Aviation, Inc.
3845 NE 30th Ave
Hillsboro, OR 97124

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.91 **State what the contract or lease is for and the nature of the debtor's interest**

Space Rental Agreement

Hillsborough County Aviation Authority
P.O. Box 22287
Tampa, FL 33622

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.92 **State what the contract or lease is for and the nature of the debtor's interest**

Insurance Agreement

Hudson Insurance Group
100 William Street, 5th Floor
New York, NY 10038

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.93 **State what the contract or lease is for and the nature of the debtor's interest**

Consultant Agreement

Hussein Harb - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Ideal Aviation<br>5200 Omega Dr<br>Sauget, IL 62206 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Jake Fenton - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | James E Andrews Jr - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorandum Of Understanding Service And Support | James E. Andrews Jr - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Icon Advocate Memorandum Of Understanding | James E. Andrews Jr - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement | James E. Andrews Jr. - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**2.100**  **State what the contract or lease is for and the nature of the debtor's interest**    Offer Letter

Jason Courtney - Address Redacted

**State the term remaining**    Undetermined

**List the contract number of any government contract**

**2.101**  **State what the contract or lease is for and the nature of the debtor's interest**    Offer Letter

Jason Huang - Address Redacted

**State the term remaining**    Undetermined

**List the contract number of any government contract**

**2.102**  **State what the contract or lease is for and the nature of the debtor's interest**    Indemnification Agreement

Jason Huang - Address Redacted

**State the term remaining**    Undetermined

**List the contract number of any government contract**

**2.103**  **State what the contract or lease is for and the nature of the debtor's interest**    Proprietary Information And Invention Assignment Agreement

Jason Huang - Address Redacted

**State the term remaining**    Undetermined

**List the contract number of any government contract**

**2.104**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Disclosure Agreement

Jason Huang - Address Redacted

**State the term remaining**    Undetermined

**List the contract number of any government contract**

**2.105**  **State what the contract or lease is for and the nature of the debtor's interest**    ISP Agreement

JED-AIRE Aviation
340 20th Street NW
Benson, MN 56215

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement |
| | | Jeff Smith - Address Redacted |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter |
| | | Jennifer Donohue - Address Redacted |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information And Invention Assignment Agreement |
| | | Jerry Meyer - Address Redacted |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement |
| | | Jet Air Group<br>1921 Airport Dr<br>Green Bay, WI 54313 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement |
| | | Jetran, LLC<br>1449 Airpark<br>Horseshoe Bay, TX 78657 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Pilot Services Agreement |
| | | Joanna McPherson - Address Redacted |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Consultant Agreement | John Mavronicles - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Pilot Services Agreement | John Staines - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Purchase Agreement | Johnathan Spano - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter | Jorge Angel - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Purchase Agreement | Joseph Rubino - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Purchase Agreement | Juan L Dominguez - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

2.118 **State what the contract or lease is for and the nature of the debtor's interest**    Aircraft Purchase Agreement    Justin R Simpson - Address Redacted

**State the term remaining**    Undetermined

**List the contract number of any government contract**

2.119 **State what the contract or lease is for and the nature of the debtor's interest**    Offer Letter    Karina A Sanchez - Address Redacted

**State the term remaining**    Undetermined

**List the contract number of any government contract**

2.120 **State what the contract or lease is for and the nature of the debtor's interest**    Offer Letter    Kavita Pahuja - Address Redacted

**State the term remaining**    Undetermined

**List the contract number of any government contract**

2.121 **State what the contract or lease is for and the nature of the debtor's interest**    Pilot Services Agreement    Kaylee Brown - Address Redacted

**State the term remaining**    Undetermined

**List the contract number of any government contract**

2.122 **State what the contract or lease is for and the nature of the debtor's interest**    Offer Letter    Kevin D. Golden - Address Redacted

**State the term remaining**    Undetermined

**List the contract number of any government contract**

2.123 **State what the contract or lease is for and the nature of the debtor's interest**    Offer Letter    Kevin D. Golden - Address Redacted

**State the term remaining**    Undetermined

**List the contract number of any government contract**

2.124 **State what the contract** Severance Agreement
**or lease is for and the**                                    Kevin D. Golden - Address Redacted
**nature of the debtor's**
**interest**
**State the term**            Undetermined
**remaining**
**List the contract number**
**of any government**
**contract**

2.125 **State what the contract** Offer Letter
**or lease is for and the**                                    Kevin Strange - Address Redacted
**nature of the debtor's**
**interest**
**State the term**            Undetermined
**remaining**
**List the contract number**
**of any government**
**contract**

2.126 **State what the contract** Aircraft Operating Agreements
**or lease is for and the**                                    Kevin Wexler - Address Redacted
**nature of the debtor's**
**interest**
**State the term**            Undetermined
**remaining**
**List the contract number**
**of any government**
**contract**

2.127 **State what the contract** Oem Customer Requirements Of Kodiak
**or lease is for and the**    Research Ltd.                    Kodiak Research LTD (Nassau Bahamas Authorised Distributor of ROTAX Aircraft
**nature of the debtor's**                                     Engines)
**interest**                                                   Coral Harbour Rd
**State the term**            Undetermined                     Nassau International Airport Coral Harbour Road PO Box SS 6758
**remaining**                                                  Nassau 0
**List the contract number**                                   NP
**of any government**
**contract**

2.128 **State what the contract** Offer Letter
**or lease is for and the**                                    Kristen Eckman - Address Redacted
**nature of the debtor's**
**interest**
**State the term**            Undetermined
**remaining**
**List the contract number**
**of any government**
**contract**

2.129 **State what the contract** Insurance Agreement
**or lease is for and the**                                    Landmark American Insurance Company (RSUI)
**nature of the debtor's**                                     945 E. Paces Ferry Rd.
**interest**                                                   Suite 1800
**State the term**            Undetermined                     Atlanta, GA 30325
**remaining**
**List the contract number**
**of any government**
**contract**

| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | Pilot Services Agreement | Lauren Herbert - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 2116 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | Lloyd's Syndicate 0609 AUW<br>One Lime Street<br>London EC3M 7HA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Pilot Services Agreement | Luke A. Christian - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | M1 Aviation, LLC<br>12506 Mixson Dr<br>Austin, TX 78732 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Pilot Services Agreement | Malcolm Dickision - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**2.136** | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Purchase Agreement | Maldinado Medina Luis Ramon - Address Redacted
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

**2.137** | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Mandy Chung - Address Redacted
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

**2.138** | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Agreement | Manning Group, LLC - Address Redacted
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

**2.139** | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Maria Odena - Address Redacted
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

**2.140** | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Marleo Dedace - Address Redacted
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

**2.141** | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Marlon Mallari - Address Redacted
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

**2.142**  **State what the contract or lease is for and the nature of the debtor's interest**  Insurance Agreement

Marsh LLC
633 W. Fifth Street, Suite 1200
Los Angeles, CA 90071

**State the term remaining**  Undetermined

**List the contract number of any government contract**

**2.143**  **State what the contract or lease is for and the nature of the debtor's interest**  ISP Agreement

McClymond Aviation, LLC
2874 Aviators Way
Grand Junction, CO 81506

**State the term remaining**  Undetermined

**List the contract number of any government contract**

**2.144**  **State what the contract or lease is for and the nature of the debtor's interest**  Offer Letter

Megan Bahls - Address Redacted

**State the term remaining**  Undetermined

**List the contract number of any government contract**

**2.145**  **State what the contract or lease is for and the nature of the debtor's interest**  Offer Letter

Melchor Pananganan - Address Redacted

**State the term remaining**  Undetermined

**List the contract number of any government contract**

**2.146**  **State what the contract or lease is for and the nature of the debtor's interest**  Consultant Agreement

Michael Zajac - Address Redacted

**State the term remaining**  Undetermined

**List the contract number of any government contract**

**2.147**  **State what the contract or lease is for and the nature of the debtor's interest**  Aircraft License And Marketing Agreement

Microsoft
1 Microsoft Way
Redmond, WA 98052-6399

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Mid Island Air Service<br>101 Hering Dr<br>Ronkonkoma, NY 11779 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Miguel Padilla Perez - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | National Union Fire Insurance Company of Pittsburgh, PA<br>1271 Ave. of the Americas, Fl. 37<br>New York, NY 10020-1304 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Neptune Aviation<br>4301 Corporate Way<br>Missoula, MT 59808 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Noah Collins - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Noel Hurtado - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | ISP Agreement | NorthWest Flight Service<br>5503 E Rutter<br>Spokane, WA 99212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | ISP Agreement | Paragon Aircraft Service, Inc.<br>19 Wright Way<br>Fairfield, NJ 07004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter | Patrick "Andy" Jackson - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | ISP Agreement | Patton Aviation, LLC<br>2491 Overlook Dr<br>Billings, MT 59105 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter | Paul Nyhart - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Operating Agreements | Peter Roberts - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Phoenyx Aviation Services (KBPT)<br>455 Keith Rd<br>Beaumont, TX 77713 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Propilot, LLC<br>Lot 10 South Side Isla Grande Airport<br>San Juan, PR 00907 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Rafael Crispin Alejandrino - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Randy R. Penning - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | Republic – Vanguard Insurance Company, An Amtrust Financial Company<br>800 Superior Ave E., 21st Floor<br>Cleveland, OH 44114 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Rhenz Aquino - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**2.166** **State what the contract or lease is for and the nature of the debtor's interest**

Consultant Agreement

Richard Bookbinder - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

**2.167** **State what the contract or lease is for and the nature of the debtor's interest**

Aircraft Purchase Agreement

Richard T Violette Jr - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

**2.168** **State what the contract or lease is for and the nature of the debtor's interest**

Aircraft Operating Agreements

Rick Spinner - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

**2.169** **State what the contract or lease is for and the nature of the debtor's interest**

Consultant Agreement

Robby Bonanno - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

**2.170** **State what the contract or lease is for and the nature of the debtor's interest**

Distribution Agreement

Robins Aircraft CO d/b/a ICON Korea
PO Box 8672
Warner Robins, GA 31095

**State the term remaining**

Undetermined

**List the contract number of any government contract**

**2.171** **State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter

Rodolfo Correa - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.172   **State what the contract**      Pilot Services Agreement
        **or lease is for and the**                                          Ronald Hubble - Address Redacted
        **nature of the debtor's**
        **interest**
        **State the term**               Undetermined
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.173   **State what the contract**      Offer Letter
        **or lease is for and the**                                          Rong (Kino) Fan - Address Redacted
        **nature of the debtor's**
        **interest**
        **State the term**               Undetermined
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.174   **State what the contract**      Offer Letter
        **or lease is for and the**                                          Ryan Sims - Address Redacted
        **nature of the debtor's**
        **interest**
        **State the term**               Undetermined
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.175   **State what the contract**      Offer Letter
        **or lease is for and the**                                          Ryuya Iwase - Address Redacted
        **nature of the debtor's**
        **interest**
        **State the term**               Undetermined
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.176   **State what the contract**      Salesforce, Inc. Order Form
        **or lease is for and the**                                          Salesforce, Inc.
        **nature of the debtor's**                                           415 Mission St
        **interest**                                                         3rd Floor
        **State the term**               Undetermined                        San Francisco, CA 94105
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.177   **State what the contract**      Offer Letter
        **or lease is for and the**                                          Sam Striplin - Address Redacted
        **nature of the debtor's**
        **interest**
        **State the term**               Undetermined
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Sandpiper Air Inc |
| | **State the term remaining** | Undetermined | 1513 Airport Rd |
| | **List the contract number of any government contract** | | New Bedford, MA 02746 |

| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | SBI Aircraft Services Laconia, DBA Sky Bright |
| | **State the term remaining** | Undetermined | 65 Aviation Way |
| | **List the contract number of any government contract** | | Gilford, NH 03249-6680 |

| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Scott Rodenbeck - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Sea Wings Aviation |
| | **State the term remaining** | Undetermined | Aeropuerto Internacional La Isabela Dr Joaquin Balanguer Hangar 41 |
| | **List the contract number of any government contract** | | |

| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Sean E Stamps - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Security Aviation (KHHR) |
| | **State the term remaining** | Undetermined | Hawthorne Municipal Airport 12016 South Prairie Avenue |
| | **List the contract number of any government contract** | | Hawthorne, CA 90250 |

**2.184** **State what the contract or lease is for and the nature of the debtor's interest**
Agreement

Shapeways Holdings, Inc.
Attn: Legal Department
228 Park Ave S
PMB 15839
New York, NY 10003

**State the term remaining**
Undetermined

**List the contract number of any government contract**

**2.185** **State what the contract or lease is for and the nature of the debtor's interest**
Aircraft Purchase Agreement

Sho Koshijima - Address Redacted

**State the term remaining**
Undetermined

**List the contract number of any government contract**

**2.186** **State what the contract or lease is for and the nature of the debtor's interest**
Aircraft Purchase Agreement

Sho Koshijima - Address Redacted

**State the term remaining**
Undetermined

**List the contract number of any government contract**

**2.187** **State what the contract or lease is for and the nature of the debtor's interest**
Aircraft Purchase Agreement

Sho Koshijima - Address Redacted

**State the term remaining**
Undetermined

**List the contract number of any government contract**

**2.188** **State what the contract or lease is for and the nature of the debtor's interest**
ISP Agreement

Silverhawk Aviation
1751 W Kearney Ave
Lincoln, NE 68524

**State the term remaining**
Undetermined

**List the contract number of any government contract**

**2.189** **State what the contract or lease is for and the nature of the debtor's interest**
Offer Letter

Simi Gupta - Address Redacted

**State the term remaining**
Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Operating Agreements |
| | | Skyryse, Inc. |
| | | 777 S. Aviation Blvd. |
| | | El Segundo, CA 90245 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreement |
| | | Skyryse, Inc. |
| | | 777 S. Aviation Blvd. |
| | | El Segundo, CA 90245 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Agreemen |
| | | Slabtown Creative LLC |
| | | 4350 SW 107th Ave |
| | | Beaverton, OR 97705 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement |
| | | Sompo International Insurance |
| | | Commercial Management Liability |
| | | Attn: Professional Lines Underwriting Department |
| | | 1221 Avenue of The Americas |
| | | New York, NY 10020 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement |
| | | Starr Indemnity & Liability Co. |
| | | 399 Park Avenue |
| | | New York, NY 10022 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement |
| | | Starr Surplus Lines Ins Co via Starr Aviation |
| | | 399 Park Avenue |
| | | 2nd Floor |
| | | New York, NY 10022 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

2.196 **State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter

Steven Bletsch - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.197 **State what the contract or lease is for and the nature of the debtor's interest**

Streamline Certification Proposal

Streamline Designs, LLC
1726 S. Centerline Rd
Franklin, CA 46131

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.198 **State what the contract or lease is for and the nature of the debtor's interest**

The "Streamline Support Proposal

Streamline Designs, LLC
1726 S. Centerline Rd
Franklin, CA 46131

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.199 **State what the contract or lease is for and the nature of the debtor's interest**

Pilot Services Agreement

Suzanne Clavette - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.200 **State what the contract or lease is for and the nature of the debtor's interest**

Consultant Agreement

Tango November LLC - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.201 **State what the contract or lease is for and the nature of the debtor's interest**

Pilot Services Agreement

Terry Hayes - Address Redacted

**State the term remaining**

Undetermined

**List the contract number of any government contract**

| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter | Theodore Coldren - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Pilot Services Agreement | Thomas Beattie - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Thomas Horgan - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter | Tom Horgan - Address Redacted |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | ISP Agreement | Tom Wood Aviation<br>9913 Willow View Rd<br>Fishers, IN 46038 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Lease And Bailment Agreement | Tomas Alva Edison Industrial Park, S. de R.L. de C.V.<br>Paseo de los Héroes #10027-201C, Zona Río<br>Tijuana, Baja California<br>Mexico |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Guaranty | Tomas Alva Edison Industrial Park, S. de R.L. de C.V. Paseo de los Héroes #10027-201C, Zona Río Tijuana, Baja California Mexico |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | Pilot Services Agreement | Tony Pollizzi - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Travel Express Aviation Maintenance, Inc. 3N060 Powis Rd West Chicago, IL 60185 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | Travelers Indemnity Company of Connecticut One Tower Square Hartford, CT 6183 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | Travelers Property Casualty Company of America One Tower Square Hartford, CT 6183 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement Amendment 05.04.23 | Trenace (Naci) Burrows - Address Redacted |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Support Package | TriStar Inc.<br>3740 E La Salle St<br>Phoenix, AZ 85040 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Operating Agreements | Troy Mutter - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Twin Cities Aviy<br>9833 N Airport Rd NE<br>Ste 101<br>Blaine, MN 55449 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Pilot Services Agreement | Twin Cities Malibu LLC<br>215 10th Ave S<br>Unit 711<br>Minneapolis, MN 55415 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Purchase Agreement | Victor M Ballestas - Address Redacted |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | ISP Agreement | Victory Lane Aviation, LLC<br>9200 B Aviation Blvd<br>Concord, NC 28027 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

2.220 **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Vortex Aviation Maintenance Inc.
PO Box 250448
Aguadilla, PR 00604

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.221 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement

W Fund B, LP
C/O Buzz Oates Management Services, Inc.
Attn: Liz Ferneau and Yvette Perry
555 Capitol Mall, Suite 900
Sacramento, CA 95814

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.222 **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Waterford Aviation, Inc.
6548 Highland Rd
Ste 900
Waterford, MI 48327

**State the term remaining**

Undetermined

**List the contract number of any government contract**

2.223 **State what the contract or lease is for and the nature of the debtor's interest**

ISP Agreement

Wright Aviation (KDXR)
81 Kenosia Ave
Danbury, CT 06810

**State the term remaining**

Undetermined

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name: ICON Aircraft, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10703

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Pudong Science and Technology Investment Cayman Co., Ltd. 46F, Building 1, Lujiazui Century Financial Plaza No. 729 South Yanggao Road, Pudong Shanghai 200127 China | East West Bank - Line 3.29 | ☐ D ☑ E/F ☐ G |
| 2.2 | Pudong Science and Technology Investment Cayman Co., Ltd. 46F, Building 1, Lujiazui Century Financial Plaza No. 729 South Yanggao Road, Pudong Shanghai 200127 China | East West Bank - Line 3.30 | ☐ D ☑ E/F ☐ G |
| 2.3 | Pudong Science and Technology Investment Cayman Co., Ltd. 46F, Building 1, Lujiazui Century Financial Plaza No. 729 South Yanggao Road, Pudong Shanghai 200127 China | East West Bank - Line 3.31 | ☐ D ☑ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: ICON Aircraft, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10703

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 05/09/2024 | /s/ Thomas M. McCabe |
| Executed on | Signature of individual signing on behalf of debtor |
| | Thomas M. McCabe |
| | Printed name |
| | Chief Restructuring Officer |
| | Position or relationship to debtor |