## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ICON AIRCRAFT, INC., *et al.*,[1] | Case No. 24- 10703 (CTG) |
| Debtors. | (Jointly Administered) |

### SCHEDULES OF ASSETS AND LIABILITIES FOR
### IC TECHNOLOGIES INC. (CASE NO. 24-10705)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: ICON Aircraft, Inc. (7443); Rycon LLC (5297); IC Technologies Inc. (7918); and ICON Flying Club, LLC (6101). The Debtors' service address is 2141 ICON Way, Vacaville, CA 95688.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ICON AIRCRAFT, INC., *et al.*,[1] | Case No. 24-10703 (CTG) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

ICON Aircraft, Inc., Rycon LLC, IC Technologies Inc, and ICON Flying Club, LLC (individually, a "Debtor" and collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submit their Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") pursuant to section 521 of the Bankruptcy Code (as defined below) and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

On April 4, 2024 (the "Petition Date"), the Debtors commenced the Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors are authorized to operate their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Schedules and Statements were prepared by the Debtors' Chief Restructuring Officer, management, and advisors and are unaudited. While those members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements. Accordingly, the Debtors reserve their rights to amend and/or supplement their Schedules and Statements from time to time as may be necessary or appropriate.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: ICON Aircraft, Inc. (7443), Rycon LLC (5297), IC Technologies Inc. (7918), and ICON Flying Club, LLC (6101). The Debtors' service address is 2141 ICON Way, Vacaville, CA 95688.

whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained therein. Except as required by the Bankruptcy Code, the Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements. In the event that the Schedules and Statements differ from these Global Notes, these Global Notes shall control.[2]

## General Notes

***Reservation of Rights.*** The Debtors reserve the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statements as to amount, liability, and classification. The Debtors also reserve all rights with respect to the values, amounts, and characterizations of the assets and liabilities listed in the Schedules and Statements.

***Basis of Presentation.*** The Schedules and Statements reflect the assets and liabilities of the Debtors. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to the financial statements previously distributed on an intermittent basis (to the extent applicable). It should also be noted that the Debtors use a consolidated cash management system through which the Debtors pay substantially all liabilities and expenses. The Schedules and Statements have been signed by Thomas McCabe, Chief Restructuring Officer of the Debtors. In reviewing and signing the Schedules and Statements, Mr. McCabe necessarily relied upon the efforts, statements, and representations of the Debtors' accounting and non-accounting personnel who report to, or work with, Mr. McCabe, either directly or indirectly. Mr. McCabe has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

---

[2]  These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

***Date of Valuations.***  Except as otherwise noted in the Schedules and Statements, all assets and liabilities are valued as of the Petition Date.  The Schedules and Statements reflect the Debtors' best effort to allocate the assets, liabilities, receipts, and expenses "as of" such dates.  All values are stated in United States currency.  In certain instances, the Debtors may have used estimates or pro-rated amounts where actual data as of the aforementioned dates was not available.  The Debtors made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and Statements accordingly.

**Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.**

***Book Value.***  Except as otherwise noted, each asset and liability of the Debtors is shown on the basis of net book value of the asset or liability in accordance with the Debtors' accounting books and records.  Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values.  It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests.  Except as otherwise noted, the Debtors' assets are presented, in detail, as they appear on the Debtors' accounting sub-ledgers.  As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset).  The Debtors believe that certain of their assets, including intangible assets, may have been impaired by, among other things, the events leading to, and the commencement of, these Chapter 11 Cases.

***First Day Orders.***  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Bankruptcy Court (each, a "First Day Order," and collectively, the "First Day Orders"), the Debtors and their estates are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, and claims related to insurance programs.  The Debtors have not included certain claims of this nature in the Schedules and Statements to the extent that such claims were paid under the First Day Orders.

***Setoffs.***  To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements.  The Debtors and their estates reserve all rights with respect to any such setoffs.

***Re-characterization.***  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts,

3

unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

*Causes of Action.* The Debtors have made their best efforts to set forth any known causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to causes of action they may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

*Litigation.* The inclusion of any litigation action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any litigation action or the amount of any potential claim that may result from any claims with respect to any litigation action, or the amount and treatment of any potential claim resulting from any litigation action that may arise in the future.

*Credits and Adjustments.* Claims of creditors and/or prepayments from clients are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

*Claims.* The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that the claim is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to (i) object to or otherwise dispute or assert setoff rights, cross-claims, counterclaims, or defenses to, any claim reflected on the Schedules or (ii) otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The claims listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

The Debtors have excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases, to the extent such damage claims exist.

***Employee Claims***.   The Bankruptcy Court entered a final order granting authority, but not requiring, the Debtors to pay prepetition employee wages, salaries, benefits, and other related obligations [Docket No. 145].  The Debtors currently expect that most prepetition employee claims for wages, salaries, benefits, and other related obligations either have been paid or will be paid in the ordinary course of business and, therefore, the Schedules and Statements do not include such claims.  The Debtors have not listed their regular payroll disbursements in Question 3 of the Statements.

***Reporting Policies***.   The description of an amount as "UNDETERMINED" is not intended to reflect upon the materiality of such amount.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total.

**Notes for Schedules of Assets and Liabilities**

**Schedule A/B – Real and Personal Property**

Part 3, Item 11 – Accounts Receivable.  The accounts receivable information listed on Schedule A/B includes amounts that may be uncollectible.  The Debtors are unable to determine with complete certainty what amounts will actually be collected.

Part 9, Item 55 – Real Property.  The Debtors do not own any real property, and all real estate interests listed under Item 55 represent leased real property.

Part 11, Items 74 and 75 – Causes of Action and Other Claims.  No avoidance actions available under chapter 5 of the Bankruptcy Code have been listed, as the Debtors' analysis of such matters is ongoing.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Schedule D – Creditors Holding Claims Secured by Property**

Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of the secured creditor listed on Schedule D.  Moreover, the Debtors reserve all rights to dispute or challenge the secured nature of the claim listed on Schedule D.

Real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors have not included parties that may assert claims secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F – Creditors Holding Unsecured Claims**

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Certain claims listed on Schedule E/F arose or were incurred on various dates. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, updating that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

The Debtors used reasonable efforts to assign address information to potential claimants identified in Schedule F.

Part 3, Item 4 – Others to Be Notified. The Debtors have listed their known creditors in Schedule E/F. To the extent attorneys have entered appearances on behalf of such creditors, those appearances are noted on the docket of the Chapter 11 Cases and are not separately listed in Part 3, Item 4.

**Schedule G – Executory Contracts and Unexpired Leases**

The Debtors' business is complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which a Debtor is a party, including, without limitation, to add any executory contracts, unexpired leases, and other agreements that the Debtors, due to the voluminous number of such contracts, leases, and agreements, were unable to list on Schedule G at this time.

There may be certain listings on Schedule G for which the Debtors were unable to locate a physical agreement. Out of an abundance of caution, the Debtors have listed all known contracts and leases on Schedule G, irrespective of whether the Debtors are in possession of a physical agreement. Furthermore, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments, and agreements that may not be listed therein.

The Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or

instrument.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

The Debtors may not have identified the term date for contracts, agreements, or leases listed on Schedule G.  Given the limited resources at the Debtors' disposal when preparing the Schedules and Statements, the Debtors determined that completing this field would not be cost effective or useful to parties reviewing the Schedules and Statements.

## Notes for Statements of Financial Affairs

Part 2, Question 3 – Payments to Creditors Within 90 Days of Petition Date.  The Debtors have listed all payments made to creditors in the ninety (90) days prior to the Petition Date, except for wages of insiders and employees, on an individual payment basis, and have not aggregated payments by unique creditor.  The data is presented in alphabetical order by vendor name.

Part 2, Question 4 – Payments or other Transfers of Property Made Within One Year Before Filing That Benefitted any Insider.  Solely for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following:  (i) directors; (ii) senior level officers; (iii) significant equity holders and/or their affiliates; (iv) vice presidents; and (v) relatives of any of the foregoing (to the extent known by the Debtors).  Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

The Debtors have listed the corporate headquarters' address, in effect as of the Petition Date, for each of the parties listed in Question 4.

The listing of a party as an Insider in the Schedules and Statements is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

Part 11, Question 21 – Property Held for Another.  In the ordinary course of business, the Debtors provide routine maintenance services on airplanes for customers.  The Debtors have not listed such airplanes in response to Statement 21.

Part 13, Question 26.d – Books, Records and Financial Statements.  The Debtors have provided financial statements in the ordinary course of their business to numerous financial institutions, creditors, and other parties within two (2) years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or shared subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26.d.  Moreover, Debtors Rycon LLC and ICON Flying Club, LLC do not have business operations and therefore do not have books and records.

<u>Part 13, Question 28 –  Debtor's Officers, Directors, Managing Members, General Partners, Members in Control, Controlling Shareholders, or Other People in Control of the Debtor at the Time of the Filing of this Case</u>.    The Debtors have provided percentage interests as of December 31, 2023.

<u>Part 13, Question 30.1 – Payments, Distributions, or Withdrawals Credited or Given to Insiders</u>. The Debtors have included a response to Part 13, Question 30 in Part 2, Question 4.


***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

**Fill in this information to identify the case:**

Debtor name: **IC Technologies Inc.**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **24-10705**

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:** | $15,686,705.42 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $13,049,251.43 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $28,735,956.85 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

| | |
|---|---:|
| Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D | $0.00 |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:** | $0.00 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $98,460,215.19 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**

| | |
|---|---:|
| Lines 2 + 3a + 3b | $98,460,215.19 |

**Fill in this information to identify the case:**

Debtor name: IC Technologies Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10705

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Wells Fargo | Checking | 7646 | $128,053.20 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$128,053.20

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | Co-Production International Inc. - Payroll Deposit | $68,915.52 |
| 7.2 | Co-Production International Inc. - Admin Deposit | $13,536.72 |
| 7.3 | Co-Production International Inc. - Utility Deposit | $400.00 |
| 7.4 | Co-Production International Inc. - Building Security Deposit | $159,238.00 |
| 7.5 | Co-Production International Inc. - Utility Deposit | $22,943.48 |
| 7.6 | Co-Production International Inc. - Payroll Deposit | $68,910.58 |
| 7.7 | Co-Production International Inc. - Payroll Deposit | $77,173.90 |
| 7.8 | Co-Production International Inc. - Admin Deposit | $8,395.14 |
| 7.9 | Co-Production International Inc. - Utility Deposit | $2,295.95 |
| 7.10 | Co-Production International Inc. - Payroll Deposit | $160,423.57 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Aero Component Engineering - Pre-paid Trade | $5,387.60 |
| 8.2 | Aerospace Manufacturing - Pre-paid Trade | $17,192.25 |
| 8.3 | Aircraft Spruce - Pre-paid Trade | $1,081.16 |
| 8.4 | Aireps Inc - Pre-paid Trade | $533.52 |
| 8.5 | Amazon - Pre-paid Trade | $478.86 |
| 8.6 | Autohausaz - Pre-paid Trade | $236.50 |
| 8.7 | Beringer - Pre-paid Trade | $11,642.13 |
| 8.8 | Caphardwaresupply - Pre-paid Trade | $575.00 |

| | | |
|---|---|---|
| 8.9 | Censa Industrial - Pre-paid Trade | $1,223.39 |
| 8.10 | Clarendon - Pre-paid Trade | $306.10 |
| 8.11 | Co-Production - Pre-paid Trade | $1,813.39 |
| 8.12 | Co-Production International Inc. - Pre-Paid Compliance Certification | $1,163.60 |
| 8.13 | Co-Production International Inc. - Pre-Paid Life Insurance | $1,487.80 |
| 8.14 | Co-Production International Inc. - Pre-Paid Medical Insurance | $9,571.34 |
| 8.15 | Co-Production International Inc. - Pre-Paid Rent | $217,518.64 |
| 8.16 | Cross Border Trans Fee - Pre-paid Trade | $21.27 |
| 8.17 | Diversified Machine Syste - Pre-paid Trade | $1,201.95 |
| 8.18 | Fisheries - Pre-paid Trade | $251.18 |
| 8.19 | Franzen - Pre-paid Trade | $67.99 |
| 8.20 | Franz Aircraft - Pre-paid Trade | $384.11 |
| 8.21 | Garmin - Pre-paid Trade | $33,693.75 |
| 8.22 | Gerber Technology - Pre-paid Trade | $15,242.40 |
| 8.23 | Grupo Mexicano De Seguros - Pre-Paid Insurance | $20,135.50 |
| 8.24 | ICSystem - Pre-paid Trade | $31,230.33 |
| 8.25 | Innovative Control Systems - Pre-paid Trade | $6,531.00 |
| 8.26 | KD Fasteners - Pre-paid Trade | $4,812.00 |
| 8.27 | Kodiak - Pre-paid Trade | $108,672.00 |
| 8.28 | Kodiak Reseach, Ltd - Pre-paid Trade | $47,757.90 |

| 8.29 | Lockwood - Pre-paid Trade | $626.57 |
| 8.30 | Military Fasteners - Pre-paid Trade | $542.00 |
| 8.31 | Otto Engineering - Pre-paid Trade | $19,583.62 |
| 8.32 | Paypal - Pre-paid Trade | $160.96 |
| 8.33 | PF Technologiues - Pre-paid Trade | $272.70 |
| 8.34 | Pilot John - Pre-paid Trade | $405.84 |
| 8.35 | Preston Pressure - Pre-paid Trade | $372.00 |
| 8.36 | PTMW - Pre-paid Trade | $319.24 |
| 8.37 | Quinsa Usd - Pre-paid Trade | $903.96 |
| 8.38 | Rotech Motors - Pre-paid Trade | $56,856.52 |
| 8.39 | RS Flights - Pre-paid Trade | $242,051.92 |
| 8.40 | SW Automotive - Pre-paid Trade | $3,451.35 |
| 8.41 | Thomson Linear - Pre-paid Trade | $8,522.56 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$1,456,514.76

---

**Part 3:    Accounts receivable**

---

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | | Current value of debtor's interest |

**11. Accounts receivable**

| 11a. | 90 days old or less: | $0.00 | — | $0.00 | = ........ → | $0.00 |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $3,000.00 | — | $3,000.00 | = ........ → | $0.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | $0.00 |

**Part 4:  Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1 | | $0.00 |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:        % of ownership: | | |
| 15.1 | | $0.00 |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1 | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | $0.00 |

**Part 5:  Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1  Raw Materials/Purchased Components | April 2023 | $4,172,404.94 | Net Book Value | $4,172,404.94 |
| 19.2  Allowance for Obsolete Inventory | April 2023 | $-43,749.43 | Net Book Value | $-43,749.43 |
| **20. Work in progress** | | | | |
| 20.1  Work in Process | April 2023 | $1,880,224.02 | Net Book Value | $1,880,224.02 |
| 20.2  Inventory - Adjustment | April 2023 | $133,497.95 | Net Book Value | $133,497.95 |

**21. Finished goods, including goods held for resale**

21.1

| Finished Goods | April 2023 | $247,227.35 | Net Book Value | $247,227.35 |

**22. Other inventory or supplies**

22.1

$0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$6,389,604.83

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture and Fixtures | $683,042.72 | Net Book Value | $683,042.72 |
| 39.2 Furniture and Fixtures (Accumulated Depreciation) | $-678,451.01 | Net Book Value | $-678,451.01 |
| **40. Office fixtures** | | | |
| 40.1 See Schedule A/B Question 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Comp Hardware and Office Equipment | $374,431.46 | Net Book Value | $374,431.46 |
| 41.2 Comp Hardware and Office Equipment (Accumulated Depreciation) | $-374,431.46 | Net Book Value | $-374,431.46 |
| 41.3 Software - Mfg Engineering | $93,860.8 | Net Book Value | $93,860.8 |
| 41.4 Software - Mfg Engineering (Accumulated Depreciation) | $-93,860.8 | Net Book Value | $-93,860.8 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1                                                                                                          $0.00

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                      $4,591.71

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Machinery & Equipment | $4,763,311.93 | Net Book Value | $4,763,311.93 |
| 50.2 Machinery & Equipment (Accumulated Depreciation) | $-4,754,496.71 | Net Book Value | $-4,754,496.71 |
| 50.3 Tooling - Composites - Layup | $6,639,852.16 | Net Book Value | $6,639,852.16 |
| 50.4 Tooling - Composites - Layup - (Accumulated Depreciation) | $-3,446,148.35 | Net Book Value | $-3,446,148.35 |
| 50.5 Tooling - Composites - Bonding | $5,188,053.20 | Net Book Value | $5,188,053.20 |
| 50.6 Tooling - Composites - Bonding - (Accumulated Depreciation) | $-5,188,053.20 | Net Book Value | $-5,188,053.20 |

| 50.7 | | | |
| Tooling - Composites - Trim & Drill - (Accumulated Depreciation) | $2,897,367.47 | Net Book Value | $2,897,367.47 |

| 50.8 | | | |
| Tooling - Composites - Trim & Drill - (Accumulated Depreciation) | $-2,405,232.62 | Net Book Value | $-2,405,232.62 |

| 50.9 | | | |
| Tooling - Non-Composite-Main-ICT | $132,261.23 | Net Book Value | $132,261.23 |

| 50.10 | | | |
| Tooling - Non-Composite-Main-ICT (Accumulated Depreciation) | $-99,315.14 | Net Book Value | $-99,315.14 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $3,727,599.97 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:   Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>Vacaville, California - Vacaville Facility - Headquarters | Leased | Undetermined | N/A | Undetermined |
| 55.2<br>Tampa, Florida - Sales and Service Center | Leased | Undetermined | N/A | Undetermined |
| 55.3<br>Tijuana, Mexico - Production Facility | Leased | Undetermined | N/A | Undetermined |
| 55.4<br>Right of Use Asset - Tijuana | Leased | $14,249,759.24 | Net Book Value | $14,249,759.24 |
| 55.5<br>Leasehold Improvements - Tijuana | Leased | $3,820,361.34 | Net Book Value | $3,820,361.34 |
| 55.6<br>Leaseholder Improvements Accumulated Depreciation (Tijuana) | Leased | $-2,383,415.16 | Net Book Value | $-2,383,415.16 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$15,686,705.42

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1 _____  _____  -  _____  = ➜  | $0.00 |
                              total face amount          doubtful or uncollectible
                                                          amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1 _____  Tax year _____  $0.00

**73. Interests in insurance policies or annuities**

73.1 _____  $0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____  $0.00

Nature of Claim        _____

Amount requested     _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1     Co-Production International, Inc.        $1,342,886.96

Nature of Claim        Reimbursable VAT Taxes

Amount requested              $1,342,886.96

**76. Trusts, equitable or future interests in property**

76.1 _____  $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 _____  $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    | $1,342,886.96 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $128,053.20 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $1,456,514.76 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $6,389,604.83 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $4,591.71 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $3,727,599.97 | |
| **88. Real property. Copy line 56, Part 9.** | → | $15,686,705.42 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $1,342,886.96 | |
| **91. Total. Add lines 80 through 90 for each column**   91a. | $13,049,251.43 | 91b.   $15,686,705.42 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.      $28,735,956.85

**Fill in this information to identify the case:**

Debtor name: IC Technologies Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10705

☐ **Check if this is an amended filing**

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

2.1

_____

**Date debt was incurred?**

_____

**Last 4 digits of account number**

_____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A Amount of Claim: $0.00

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: IC Technologies Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10705

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

2.1

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

_____

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: _____    Priority amount: $0.00

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

Abrasive Technology
8400 Green Meadows Drive P.O. Box 545
Lewis Center, OH 43035

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $160.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2**

ACS Products
1585 Copper Drive
Lake Havasu City, AZ 86403

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $6,775.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**

ADEPT FASTENERS
28709 Industry Drive
Valencia, CA 91355

**Date or dates debt was incurred**
4/2/2024

**As of the petition filing date, the claim is:**   $7,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**

AERO COMPONENT ENGINEERING CO
28887 Industry Drive
VALENCIA, CA 91355

**Date or dates debt was incurred**
1/17/2024

**As of the petition filing date, the claim is:**                    $5,387.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.5**

Aerospace Manufacturing Inc
1045 Gemini road
Eagan, MN 55121

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $24,666.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.6**

Air Graphic LLC
5525 Bjorksten Place
Fitchburg, WI 53711

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,513.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7**

Aireps, Inc.
1529 N. Harmoney Circle
Anaheim, CA 92807

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,699.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.8**

AIRTECH
Attn: Francisca Hernandez
5700 SKYLAB ROAD
HUNTINGTON BEACH, CA 92647

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $95,534.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.9**

Allied Electronics
PO Box 841811
Dallas, TX 75284-1811

**Date or dates debt was incurred**
2/19/2024

**As of the petition filing date, the claim is:**      $237.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10**

Andair
Unit 1 Dunsbury Business Park Fulflood Road
Havant, Hampshire PO9 5AX
UK

**Date or dates debt was incurred**
2/15/2024

**As of the petition filing date, the claim is:**      $10,497.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11**

Atech Motorsports
1234 Southeast Avenue
Tallmadge, OH 44278

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $2,606.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.12**

Aviall - Boeing
3660 Regent Boulevard
Irving, TX 75063

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,763.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.13**

Bansbach Easylift GmbH
50 West Drive
Melbourne, FL 32904

**Date or dates debt was incurred**
3/5/2024

**As of the petition filing date, the claim is:**                    $1,556.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.14**

Beringer Aero USA
Attn: Trevor Burnette
Aope-Champ Eymi
Tallard, FR F-05130
France

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $13,809.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

---

**3.15**

BGF Industries Inc
230 Slayton Ave. Suite A-1
Danville, VA 24540

**Date or dates debt was incurred**
10/10/2023

**As of the petition filing date, the claim is:**                    $10,197.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.16**

Birk Aerosystems
14321 Commerce Drive
Garden Grove, CA 92843

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $5,399.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.17**

Bisco Industries
1500 North Lakeview Drive
Anaheim, CA 92807

**Date or dates debt was incurred**
12/4/2023

As of the petition filing date, the claim is:                                    $9,065.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18**

Boeing Distribution Services Inc.
1351 Charles Willard Street
CARSON, CA 90746

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $1,743.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.19**

Cable Connection, Inc.
Accounts Receivable
Ronald T Ybarr
1035 Mission Court
Fremont, CA 94539

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $23,110.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.20**

CABLE MANUFACTURING & ASSEMBLY CO, INC.
10896 Industrial Pkwy N.W.
Bolivar, OH 44612

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:      $13,110.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.21**

CLARENDON SPECIALTY FASTENERS, INC.
16761 BURKE LANE
HUNIGTON BEACH, CA 92647

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:      $8,210.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.22**

Co Production International, INC.
Attn: Enrique Jose Esparza Jr
8716 Sherwood Terrace
San Diego, CA 92154

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:      $640,219.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.23**

COMERCIALIZADORA DE HERRAMIENTAS, LLC
280 CAMPILLO St. SUITE K
CALEXICO, CA 92231

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:      $1,567.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    IC Technologies Inc.
          Name

Case number *(if known)* 24-10705

**3.24**

Compass Components, Inc Dba Compass Made
2400 Atlantic Way SE
Deming, NM 88030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $64,892.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**

Concorde Battery
2009 W San Bernardino Rd
West Covina, CA 91790

**Date or dates debt was incurred**
11/20/2023

**As of the petition filing date, the claim is:**                    $3,499.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**

Co-Production International Inc.- Lease
8716 Sherwood Terrace
San Diego, CA 92154

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $510,951.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.27**

CREATIVE MANUFACTURING SOLUTIONS
18400 Sutter Blvd
Morgan Hill, CA 95037

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,548.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28**

CV Shipping, Inc.
2211 NW 55th Ct. Hangar #12
Fort Lauderdale, FL 33309-2723

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $10,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.29**

Dakings Rapid Manufacturing Co., Limited
Block A, BAI TONG Industrial Park
Shajing, Baoan
Shenzhen, 0 518104

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $15,604.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.30**

Danco Machine
950 GEORGE STREET
SANTA CLARA, CA 95054

**Date or dates debt was incurred**
11/27/2023

**As of the petition filing date, the claim is:** $4,973.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.31**

DIAB Americas LP
Attn: LaShirl Flowers and Vita Montoya
220 E Danieldale Rd
Desoto, TX 75115-2490

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $36,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.32**

Duqueine Group
Attn: Mélanie Renault and Jerome Aubry
442 Avenue Lavoisier
Massieux, FR 1600
France

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $65,667.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.33**

ELECTRICAL HUB
19565 144th Ave NE
Woodinville, WA 98072

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,529.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.34**

Element Materials Technology
1857 Business Center Drive
Duarte, CA 91010

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,850.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.35**

Evonik Corporation
4375 Industrial Road
Theodore, AL 36582

**Date or dates debt was incurred**
1/15/2024

**As of the petition filing date, the claim is:**                    $6,490.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.36**

FARO Technologies, Inc.
250 Technology Park
Lake Mary, FL 32746

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,320.11

**3.37**

Fictiv
Attn: Jeff Duncan
PO Box 14590
Fremont, CA 94539-1090

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$65,285.73

**3.38**

Garmin USA Inc.
Attn: Diane Commodore
1200 East 151st Street
Olathe, KS 66062

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

$33,694.50

**3.39**

Gems Sensors & Controls
One Cowles Road
Plainville, CT 06062

**Date or dates debt was incurred**
10/6/2023

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,032.85

**3.40**

Global Technology Ventures, Inc.
Attn: Susan L. Willis
37408 Hills Tech Drive
Farmington Hills, MI 48331

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $40,591.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.41**

Great Lake Aero Products
915 Kearsley Park Blvd
Flint, MI 48503

**Date or dates debt was incurred**
4/1/2024

**As of the petition filing date, the claim is:**                     $10,680.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.42**

HISCO
Attn: Sandra Leal
468 Vista Way
Milpitas, CA 95035

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $25,353.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.43**

Hose & Fittings, Etc.
8433 Solution Center
Chicago, IL 60677-8004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $17,376.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.44

Icon Aircraft, Inc.
2131 ICON Way
Vacaville, CA 95688

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $95,580,450.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.45

JB Radiators
8401 Specialty Circle
Sacramento, CA 95828

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $8,073.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.46

Kelly Manufacturing Company
555 S. Topeka
Witchita, KS 67202

**Date or dates debt was incurred**
11/17/2023

**As of the petition filing date, the claim is:**    $11,940.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.47

Kodiak Research, Ltd
Attn: Irence Moree
Nassau International Airport
Coral Harbour Road
PO Box SS 6758
Nassau NP
Bahamas

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $115,260.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

3.48

Lee Spring - Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,798.06
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.49

Lexco Cable Mfg.
7320 West Agatite Avenue
Norridge, IL 60706

**Date or dates debt was incurred**
12/4/2023

**As of the petition filing date, the claim is:** $4,587.40
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.50

LUSTRE-CAL
715 S Guild Ave
Lodi, CA 95240

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,423.96
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.51

MANKIEWICZ COATINGS, LLC
415 JESSEN LANE
CHARLESTON, SC 29492

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,586.55
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.52**

McFarlane Aviation
696 East 1700 Road
Baldwin City, KS 66006

**Date or dates debt was incurred**
3/28/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,926.95

**3.53**

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,413.89

**3.54**

Milco Waterjet
15221 Connector Ln.
Huntington Beach, CA 92649

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,323.90

**3.55**

Military Fasteners
822 N A1A Highway Suite 310
Ponte Verde, FL 32082

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

$542.00

3.56

MINOR RUBBER
49 ACKERMAN ST
BLOOMFIELD, NJ 07003

**Date or dates debt was incurred**
2/16/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,015.00

---

3.57

MSC INDUSTRIAL SUPPLY COMPANY
Attn: Wellesley Bobb
515 BROADHOLLOW ROAD
SUITE 1000
MELVILLE, NY 11747

**Date or dates debt was incurred**
9/16/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,122.00

---

3.58

On-Time Logistics Corp
2323 Avenida Costa Este Ste 500
San Diego, CA 92154

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,120.00

---

3.59

OTTO Engineering Inc
Attn: Steve Redlich
2 East Main Street
Carpentersville, IL 60110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

$113,352.64

3.60

PF Technologies LLC
3302 E. Atlanta ave.
Phoenix, AZ 85040

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $782.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.61

Pix Global LLC
482 W San Ysidro Blvd 1686
San Diego, CA 92173

**Date or dates debt was incurred**
4/2/2024

**As of the petition filing date, the claim is:**                    $156.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.62

PPG Aerospace
24811 Avenue Rockefeller
Valencia, CA 91355

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,673.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.63

Precision Grinding Inc dba PGI Steel
PO Box 19925
Birmingham, AL 35219

**Date or dates debt was incurred**
2/6/2024

**As of the petition filing date, the claim is:**                    $1,242.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.64

PRECISION MACHINE INC
1604 Mueller Street
Algoma, WI 54201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,797.67

3.65

Proto Labs, Inc
5540 Pioneer Creek Dr.
Maple Plain, MN 55359

**Date or dates debt was incurred**
8/10/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,622.50

3.66

PTM&W Industries, Inc.
10640 S. Painter Ave
Santa Fe Springs, CA 90670-4092

**Date or dates debt was incurred**
2/1/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

$9,493.66

3.67

Quarlink Corp.
Attn: Michel Yate
7657 Winnetka St. Suite 162
Winnetka, CA 91306

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$42,251.42

**3.68**

R.L. Jones - San Diego, Inc
8830 Siempre Viva Rd
San Diego, CA 92154

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,966.23

---

**3.69**

R. A. Miller Industries Inc.
14500 168th Ave
Grand Haven, MI 49417

**Date or dates debt was incurred**
2/12/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,204.00

---

**3.70**

RS Hughes
8120 Berry Ave, Suite C
Sacramento, CA 95828

**Date or dates debt was incurred**
2/14/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$353.82

---

**3.71**

San Diego Aircraft Interiors
2381 Boswell Rd
Chula Vista, CA 91914

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,785.50

**3.72**

SCHROTH Safey Products LLC
1371 SW 8TH STREET, UNIT 3
POMPANO BEACH, FL 33069

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,910.00

**3.73**

Sensenich Wood Propeller Co. Inc.
2008 Wood Court
Plant City, FL 33563

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,175.00

**3.74**

SHD Composite Materials Inc.
203 McKenzie Road
Mooresville, NC 28115

**Date or dates debt was incurred**
1/12/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,646.50

**3.75**

Shenzhen ZTL Technology Co. Ltd
UNIT 2508A 25/F BANK OF AMERICA TOWER 12 HARCOURT RD
CENTRAL HK
HK

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$74,566.00

3.76

Sherman Roto Tank LLC
8521 Industrial Dr.
Pearland, TX 77584

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$16,505.27

3.77

Southern Cross Machining Inc.
#2, 8473-124TH STREET
SURRY, BC V3W 9G4
Canada

**Date or dates debt was incurred**
4/3/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,210.00

3.78

The Flight Shop, Inc
Attn: Jodie McNeely
1780 N. 2000 W. Hangar #21
Brigham City, UT 84302

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$33,313.13

3.79

The Sherwin-Williams Co
101 Prospect Ave
Cleveland, OH 44115

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$21,068.00

**3.80**

Toray Advanced Composites USA Inc.
Attn: Sheila Shepherd
18410 Butterfield Boulevard
Morgan Hill, CA 95037

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $411,841.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.81**

Torr Technologies
1435 22nd St NW
Auburn, WA 98001

**Date or dates debt was incurred**
2/13/2024

**As of the petition filing date, the claim is:**                          $4,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.82**

Transtelco, Inc
500 W Overland Ave, El Paso, TX 79901
El Paso, TX 79901

**Date or dates debt was incurred**
4/1/2024

**As of the petition filing date, the claim is:**                          $1,119.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.83**

TriStar Plastics Corporation
23655 E Via del Rio
Yorba Linda, CA 92887

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $3,545.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.84

UMA Inc
260 N. Main St P.O. Box 100
Dayton, VA 22821

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,962.00

3.85

Virtek
785 Bridge Street
Waterloo, ON N2V2K1

**Date or dates debt was incurred**
12/12/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,990.09

3.86

XOMETRY, INC.
Attn: Kirstin Stratton
7951 CESSNA AVE
GAITHERSBURG, MD 20879

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,281.59

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____ <br><br> ☐ Not listed. Explain | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $98,460,215.19 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $98,460,215.19 |

**Fill in this information to identify the case:**

Debtor name: IC Technologies Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10705

☐ **Check if this is an amended filing**

## Official Form 206G

### Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** Manufacturing Services Agreement **State the term remaining** Undetermined **List the contract number of any government contract** | Co-Production International Inc.- Lease 8716 Sherwood Terrace San Diego, CA 92154 |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Use Agreement **State the term remaining** Undetermined **List the contract number of any government contract** | Co-Production International Inc.- Lease 8716 Sherwood Terrace San Diego, CA 92154 |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** Commodatum Agreement **State the term remaining** Undetermined **List the contract number of any government contract** | Co-Production International Inc.- Lease 8716 Sherwood Terrace San Diego, CA 92154 |

**Fill in this information to identify the case:**

Debtor name: IC Technologies Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10705

☐ **Check if this is an amended filing**

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D |
| | | | ☐ E/F |
| | | | ☐ G |

**Fill in this information to identify the case:**

Debtor name: IC Technologies Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10705

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a _____
  declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 05/09/2024 | /s/ Thomas M. McCabe |
| Executed on | Signature of individual signing on behalf of debtor |
| | Thomas M. McCabe |
| | Printed name |
| | Chief Restructuring Officer |
| | Position or relationship to debtor |