**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ICON AIRCRAFT, INC., *et al.*,[1] | Case No. 24- 10703 (CTG) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF FINANCIAL AFFAIRS FOR IC TECHNOLOGIES INC. (CASE NO. 24-10705)**

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: ICON Aircraft, Inc. (7443); Rycon LLC (5297); IC Technologies Inc. (7918); and ICON Flying Club, LLC (6101). The Debtors' service address is 2141 ICON Way, Vacaville, CA 95688.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ICON AIRCRAFT, INC., *et al.*,[1] | Case No. 24-10703 (CTG) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

ICON Aircraft, Inc., Rycon LLC, IC Technologies Inc, and ICON Flying Club, LLC (individually, a "Debtor" and collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submit their Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") pursuant to section 521 of the Bankruptcy Code (as defined below) and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

On April 4, 2024 (the "Petition Date"), the Debtors commenced the Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors are authorized to operate their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Schedules and Statements were prepared by the Debtors' Chief Restructuring Officer, management, and advisors and are unaudited. While those members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements. Accordingly, the Debtors reserve their rights to amend and/or supplement their Schedules and Statements from time to time as may be necessary or appropriate.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions,

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: ICON Aircraft, Inc. (7443), Rycon LLC (5297), IC Technologies Inc. (7918), and ICON Flying Club, LLC (6101). The Debtors' service address is 2141 ICON Way, Vacaville, CA 95688.

whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained therein. Except as required by the Bankruptcy Code, the Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements. In the event that the Schedules and Statements differ from these Global Notes, these Global Notes shall control.[2]

## General Notes

***Reservation of Rights.*** The Debtors reserve the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statements as to amount, liability, and classification. The Debtors also reserve all rights with respect to the values, amounts, and characterizations of the assets and liabilities listed in the Schedules and Statements.

***Basis of Presentation.*** The Schedules and Statements reflect the assets and liabilities of the Debtors. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to the financial statements previously distributed on an intermittent basis (to the extent applicable). It should also be noted that the Debtors use a consolidated cash management system through which the Debtors pay substantially all liabilities and expenses. The Schedules and Statements have been signed by Thomas McCabe, Chief Restructuring Officer of the Debtors. In reviewing and signing the Schedules and Statements, Mr. McCabe necessarily relied upon the efforts, statements, and representations of the Debtors' accounting and non-accounting personnel who report to, or work with, Mr. McCabe, either directly or indirectly. Mr. McCabe has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

[2] These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

***Date of Valuations.*** Except as otherwise noted in the Schedules and Statements, all assets and liabilities are valued as of the Petition Date. The Schedules and Statements reflect the Debtors' best effort to allocate the assets, liabilities, receipts, and expenses "as of" such dates. All values are stated in United States currency. In certain instances, the Debtors may have used estimates or pro-rated amounts where actual data as of the aforementioned dates was not available. The Debtors made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and Statements accordingly.

**Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.**

***Book Value.*** Except as otherwise noted, each asset and liability of the Debtors is shown on the basis of net book value of the asset or liability in accordance with the Debtors' accounting books and records. Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Except as otherwise noted, the Debtors' assets are presented, in detail, as they appear on the Debtors' accounting sub-ledgers. As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset). The Debtors believe that certain of their assets, including intangible assets, may have been impaired by, among other things, the events leading to, and the commencement of, these Chapter 11 Cases.

***First Day Orders.*** Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Bankruptcy Court (each, a "First Day Order," and collectively, the "First Day Orders"), the Debtors and their estates are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, and claims related to insurance programs. The Debtors have not included certain claims of this nature in the Schedules and Statements to the extent that such claims were paid under the First Day Orders.

***Setoffs.*** To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements. The Debtors and their estates reserve all rights with respect to any such setoffs.

***Re-characterizatio*****n**. Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts,

unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

***Causes of Action.*** The Debtors have made their best efforts to set forth any known causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to causes of action they may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

***Litigation.*** The inclusion of any litigation action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any litigation action or the amount of any potential claim that may result from any claims with respect to any litigation action, or the amount and treatment of any potential claim resulting from any litigation action that may arise in the future.

***Credits and Adjustments.*** Claims of creditors and/or prepayments from clients are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

***Claims.*** The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that the claim is not "disputed," "contingent," or "unliquidated. The Debtors reserve the right to (i) object to or otherwise dispute or assert setoff rights, cross-claims, counterclaims, or defenses to, any claim reflected on the Schedules or (ii) otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The claims listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

The Debtors have excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases, to the extent such damage claims exist.

***Employee Claims***. The Bankruptcy Court entered a final order granting authority, but not requiring, the Debtors to pay prepetition employee wages, salaries, benefits, and other related obligations [Docket No. 145]. The Debtors currently expect that most prepetition employee claims for wages, salaries, benefits, and other related obligations either have been paid or will be paid in the ordinary course of business and, therefore, the Schedules and Statements do not include such claims. The Debtors have not listed their regular payroll disbursements in Question 3 of the Statements.

***Reporting Policies***. The description of an amount as "UNDETERMINED" is not intended to reflect upon the materiality of such amount. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total.

**Notes for Schedules of Assets and Liabilities**

**Schedule A/B – Real and Personal Property**

Part 3, Item 11 – Accounts Receivable. The accounts receivable information listed on Schedule A/B includes amounts that may be uncollectible. The Debtors are unable to determine with complete certainty what amounts will actually be collected.

Part 9, Item 55 – Real Property. The Debtors do not own any real property, and all real estate interests listed under Item 55 represent leased real property.

Part 11, Items 74 and 75 – Causes of Action and Other Claims. No avoidance actions available under chapter 5 of the Bankruptcy Code have been listed, as the Debtors' analysis of such matters is ongoing. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Schedule D – Creditors Holding Claims Secured by Property**

Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of the secured creditor listed on Schedule D. Moreover, the Debtors reserve all rights to dispute or challenge the secured nature of the claim listed on Schedule D.

Real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D. The Debtors have not included parties that may assert claims secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F – Creditors Holding Unsecured Claims**

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Certain claims listed on Schedule E/F arose or were incurred on various dates. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, updating that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

The Debtors used reasonable efforts to assign address information to potential claimants identified in Schedule F.

Part 3, Item 4 – Others to Be Notified. The Debtors have listed their known creditors in Schedule E/F. To the extent attorneys have entered appearances on behalf of such creditors, those appearances are noted on the docket of the Chapter 11 Cases and are not separately listed in Part 3, Item 4.

**Schedule G – Executory Contracts and Unexpired Leases**

The Debtors' business is complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which a Debtor is a party, including, without limitation, to add any executory contracts, unexpired leases, and other agreements that the Debtors, due to the voluminous number of such contracts, leases, and agreements, were unable to list on Schedule G at this time.

There may be certain listings on Schedule G for which the Debtors were unable to locate a physical agreement. Out of an abundance of caution, the Debtors have listed all known contracts and leases on Schedule G, irrespective of whether the Debtors are in possession of a physical agreement. Furthermore, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments, and agreements that may not be listed therein.

The Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or

instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

The Debtors may not have identified the term date for contracts, agreements, or leases listed on Schedule G. Given the limited resources at the Debtors' disposal when preparing the Schedules and Statements, the Debtors determined that completing this field would not be cost effective or useful to parties reviewing the Schedules and Statements.

**Notes for Statements of Financial Affairs**

Part 2, Question 3 – Payments to Creditors Within 90 Days of Petition Date. The Debtors have listed all payments made to creditors in the ninety (90) days prior to the Petition Date, except for wages of insiders and employees, on an individual payment basis, and have not aggregated payments by unique creditor. The data is presented in alphabetical order by vendor name.

Part 2, Question 4 – Payments or other Transfers of Property Made Within One Year Before Filing That Benefitted any Insider. Solely for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (i) directors; (ii) senior level officers; (iii) significant equity holders and/or their affiliates; (iv) vice presidents; and (v) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

The Debtors have listed the corporate headquarters' address, in effect as of the Petition Date, for each of the parties listed in Question 4.

The listing of a party as an Insider in the Schedules and Statements is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

Part 11, Question 21 – Property Held for Another. In the ordinary course of business, the Debtors provide routine maintenance services on airplanes for customers. The Debtors have not listed such airplanes in response to Statement 21.

Part 13, Question 26.d – Books, Records and Financial Statements. The Debtors have provided financial statements in the ordinary course of their business to numerous financial institutions, creditors, and other parties within two (2) years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or shared subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26.d. Moreover, Debtors Rycon LLC and ICON Flying Club, LLC do not have business operations and therefore do not have books and records.

Part 13, Question 28 – Debtor's Officers, Directors, Managing Members, General Partners, Members in Control, Controlling Shareholders, or Other People in Control of the Debtor at the Time of the Filing of this Case. The Debtors have provided percentage interests as of December 31, 2023.

Part 13, Question 30.1 – Payments, Distributions, or Withdrawals Credited or Given to Insiders. The Debtors have included a response to Part 13, Question 30 in Part 2, Question 4.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

**Fill in this information to identify the case:**

**Debtor name: IC Technologies Inc.**

**United States Bankruptcy Court for the: District of Delaware**

**Case number: 24-10705**

☐ **Check if this is an amended filing**

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | to Filing Date | ☐ Operating a business ☐ Other | |
| **For prior year:** | From | to | ☐ Operating a business ☐ Other | |
| **For the year before that:** | From | to | ☐ Operating a business ☐ Other | |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | to Filing Date | | |
| **For prior year:** | From | to | | |
| **For the year before that:** | From | to | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1 See "SOFA 3 Attachment" | | $3,478,517.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br>Relationship to debtor | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | Last 4 digits of account number | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 **Name** ______ **Case number** ______ | ______ | Name ______ Street ______ City ______ State ______ Zip ______ | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 Custodian's name and address ______ Street ______ City ______ State ______ Zip ______ | ______ Case title ______ Case number ______ Date of order or assignment ______ | ______ Court name and address Name ______ Street ______ City ______ State ______ Zip ______ |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name ______ Street ______ City ______ State ______ Zip ______ **Recipient's relationship to debtor** ______ | ______ | ______ | ______ |

## Part 5: Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 | | | |

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |

Relationship to debtor

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1 Street: 12511 Beatrice St; City: Los Angeles; State: CA; Zip: 90066 | From 06/20/2006 to 08/31/2021 |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 Street; City; State; Zip | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider | **How are records kept?** Check all that apply: ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Name<br>Street<br>City State Zip | | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 Name<br>Street<br>City State Zip | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Name<br>Street<br>City State Zip | Address | | ☐ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls that the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

## Part 12: Details About Environmental Information

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1<br>Case Number | Name<br>Street<br>City State Zip | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1<br>Name<br>Street<br>City State Zip | Name<br>Street<br>City State Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 Name<br>Street<br>City State Zip | Name<br>Street<br>City State Zip | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 | | EIN<br>**Dates business existed**<br>From to |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1 Kavita Pahuja - Senior Accountant<br>2141 ICON Way<br>Vacaville, CA 95688 | From May 2019 to Present |
| 26a.2 Simi Gupta - Controller<br>2141 ICON Way<br>Vacaville, CA 95688 | From March 2016 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1 Deloitte<br>4022 Sells Drive<br>Hermitage, TN 3076 | From January 2022 to December 2023 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 Kavita Pahuja - Senior Accountant<br>2141 ICON Way<br>Vacaville, CA 95688 | |
| 26c.2 Simi Gupta - Controller<br>2141 ICON Way<br>Vacaville, CA 95688 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1 See Global Notes |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Fredrico Hernandez - MX, Materials Supervisor | 04/06/2023 | $6,969,704.11 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1 Simi Gupta - Controller and Kavita Pahuia - Senior Accountant<br>2141 ICON Way<br>Vacaville, CA 95688 |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 Gerald [Jerry] Meyer<br>2141 ICON Way<br>Vacaville, CA 95688 | Director and Secretary | 0.0% |
| 28.2 Jason Huang<br>2141 ICON Way<br>Vacaville, CA 95688 | Director and President | 0.0% |

28.3

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| Thomas McCabe<br>2141 ICON Way<br>Vacaville, CA 95688 | Chief Restructuring Officer | 0.0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 | | From to |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 | | | |

| Relationship To Debtor |
|---|
| |

**31.Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 ICON Aircraft, Inc. | EIN 20-5147443 |

**32.Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

SOFA 3 ATTACHMENT

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aerospace Manufacturing, Inc | | 3344 Dodd Rd | | | Eagan | MN | 55121 | | 1/4/2024 | $11,211.15 | Suppliers or vendors |
| Aerospace Manufacturing, Inc | | 3344 Dodd Rd | | | Eagan | MN | 55121 | | 2/8/2024 | $5,147.04 | Suppliers or vendors |
| Aerospace Manufacturing, Inc | | 3344 Dodd Rd | | | Eagan | MN | 55121 | | 3/15/2024 | $10,000.00 | Suppliers or vendors |
| Aerospace Manufacturing, Inc | | 3344 Dodd Rd | | | Eagan | MN | 55121 | | 1/4/2024 | $0.00 | Suppliers or vendors |
| **Aerospace Manufacturing, Inc** | | | | | | | | | | **$26,358.19** | |
| AIRTECH | Attn: Francisca Hernandez | 5700 SKYLAB ROAD | | | HUNTINGTON BEACH | CA | 92647 | | 1/11/2024 | $2,878.40 | Suppliers or vendors |
| AIRTECH | Attn: Francisca Hernandez | 5700 SKYLAB ROAD | | | HUNTINGTON BEACH | CA | 92647 | | 2/8/2024 | $1,095.12 | Suppliers or vendors |
| AIRTECH | Attn: Francisca Hernandez | 5700 SKYLAB ROAD | | | HUNTINGTON BEACH | CA | 92647 | | 2/16/2024 | $12,833.60 | Suppliers or vendors |
| **AIRTECH** | | | | | | | | | | **$16,807.12** | |
| Beringer Aero USA | Attn: Trevor Burnette | Aope-Champ Eymi | | | Tallard | FR | F-05130 | France | 1/11/2024 | $10,880.76 | Suppliers or vendors |
| **Beringer Aero USA** | | | | | | | | | | **$10,880.76** | |
| CABLE CONNECTION | Attn: Jim Bush and Trish O'Leary | 1035 Mission Court | | | Fremont | CA | 94539 | | 1/4/2024 | $5,818.80 | Suppliers or vendors |
| CABLE CONNECTION | Attn: Jim Bush and Trish O'Leary | 1035 Mission Court | | | Fremont | CA | 94539 | | 2/16/2024 | $6,608.04 | Suppliers or vendors |
| CABLE CONNECTION | Attn: Jim Bush and Trish O'Leary | 1035 Mission Court | | | Fremont | CA | 94539 | | 2/23/2024 | $4,208.95 | Suppliers or vendors |
| CABLE CONNECTION | Attn: Jim Bush and Trish O'Leary | 1035 Mission Court | | | Fremont | CA | 94539 | | 3/15/2024 | $1,368.40 | Suppliers or vendors |
| CABLE CONNECTION | Attn: Jim Bush and Trish O'Leary | 1035 Mission Court | | | Fremont | CA | 94539 | | 3/22/2024 | $1,939.30 | Suppliers or vendors |
| CABLE CONNECTION | Attn: Jim Bush and Trish O'Leary | 1035 Mission Court | | | Fremont | CA | 94539 | | 3/29/2024 | $2,844.98 | Suppliers or vendors |
| **CABLE CONNECTION** | | | | | | | | | | **$22,788.47** | |
| Chubb Seguros Mexico, S.A. | | Paseo de la Reforma 250 Torre Niza | Piso 7 Col. Juárez, Cuauhtémoc | | Ciudad. de México | | 06600 | | 4/2/2024 | $40,271.00 | Suppliers or vendors |
| **Chubb Seguros Mexico, S.A.** | | | | | | | | | | **$40,271.00** | |
| CLARENDON SPECIALTY FASTENERS, INC. | | 16761 BURKE LANE | | | HUNIGTON BEACH | CA | 92647 | | 1/26/2024 | $3,754.40 | Suppliers or vendors |
| CLARENDON SPECIALTY FASTENERS, INC. | | 16761 BURKE LANE | | | HUNIGTON BEACH | CA | 92647 | | 2/8/2024 | $1,578.00 | Suppliers or vendors |
| CLARENDON SPECIALTY FASTENERS, INC. | | 16761 BURKE LANE | | | HUNIGTON BEACH | CA | 92647 | | 2/16/2024 | $3,414.00 | Suppliers or vendors |
| **CLARENDON SPECIALTY FASTENERS, INC.** | | | | | | | | | | **$8,746.40** | |
| Compass Components, Inc | Attn: Stephanie Quesada | 2400 Atlantic Way SE | | | Deming | NM | 88030 | | 1/4/2024 | $9,885.10 | Suppliers or vendors |
| Compass Components, Inc | Attn: Stephanie Quesada | 2400 Atlantic Way SE | | | Deming | NM | 88030 | | 1/26/2024 | $8,958.00 | Suppliers or vendors |
| Compass Components, Inc | Attn: Stephanie Quesada | 2400 Atlantic Way SE | | | Deming | NM | 88030 | | 2/2/2024 | $8,958.00 | Suppliers or vendors |
| Compass Components, Inc | Attn: Stephanie Quesada | 2400 Atlantic Way SE | | | Deming | NM | 88030 | | 2/8/2024 | $12,083.85 | Suppliers or vendors |
| Compass Components, Inc | Attn: Stephanie Quesada | 2400 Atlantic Way SE | | | Deming | NM | 88030 | | 2/16/2024 | $11,895.85 | Suppliers or vendors |
| Compass Components, Inc | Attn: Stephanie Quesada | 2400 Atlantic Way SE | | | Deming | NM | 88030 | | 2/23/2024 | $11,287.50 | Suppliers or vendors |
| Compass Components, Inc | Attn: Stephanie Quesada | 2400 Atlantic Way SE | | | Deming | NM | 88030 | | 3/15/2024 | $8,365.85 | Suppliers or vendors |
| Compass Components, Inc | Attn: Stephanie Quesada | 2400 Atlantic Way SE | | | Deming | NM | 88030 | | 3/22/2024 | $2,795.86 | Suppliers or vendors |
| Compass Components, Inc | Attn: Stephanie Quesada | 2400 Atlantic Way SE | | | Deming | NM | 88030 | | 3/29/2024 | $2,366.35 | Suppliers or vendors |
| Compass Components, Inc | Attn: Stephanie Quesada | 2400 Atlantic Way SE | | | Deming | NM | 88030 | | 1/31/2024 | $0.00 | Suppliers or vendors |
| **Compass Components, Inc** | | | | | | | | | | **$76,596.36** | |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 1/4/2024 | $120,309.44 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 1/11/2024 | $186,177.57 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 1/18/2024 | $57,515.56 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 1/22/2024 | $38,299.41 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 1/26/2024 | $205,011.37 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 2/2/2024 | $223,054.52 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 2/8/2024 | $283,057.06 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 2/16/2024 | $293,317.58 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 2/21/2024 | $0.00 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 2/23/2024 | $116,934.58 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 3/1/2024 | $86,141.91 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 3/8/2024 | $115,342.08 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 3/15/2024 | $119,663.42 | Suppliers or vendors |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 3/22/2024 | $109,982.44 | Suppliers or vendors |
| **Co-Production International Inc.** | | | | | | | | | | **$1,954,806.94** | |
| Co-Production International Inc.- Lease | | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 1/4/2024 | $252,321.62 | Suppliers or vendors |
| Co-Production International Inc.- Lease | | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 2/8/2024 | $252,321.62 | Suppliers or vendors |
| Co-Production International Inc.- Lease | | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | | 2/23/2024 | $3,843.88 | Suppliers or vendors |
| **Co-Production International Inc.- Lease** | | | | | | | | | | **$508,487.12** | |
| CREATIVE MANUFACTURING SOLUTIONS | | 18400 Sutter Blvd | | | Morgan Hill | CA | 95037 | | 2/16/2024 | $1,886.50 | Suppliers or vendors |
| CREATIVE MANUFACTURING SOLUTIONS | | 18400 Sutter Blvd | | | Morgan Hill | CA | 95037 | | 2/23/2024 | $2,090.95 | Suppliers or vendors |
| CREATIVE MANUFACTURING SOLUTIONS | | 18400 Sutter Blvd | | | Morgan Hill | CA | 95037 | | 3/22/2024 | $2,808.80 | Suppliers or vendors |
| CREATIVE MANUFACTURING SOLUTIONS | | 18400 Sutter Blvd | | | Morgan Hill | CA | 95037 | | 3/29/2024 | $2,505.50 | Suppliers or vendors |
| **CREATIVE MANUFACTURING SOLUTIONS** | | | | | | | | | | **$9,291.75** | |
| Duqueine Group | Attn: Mélanie Renault and Jerome Aubry | 442 Avenue Lavoisier | | | Massieux | FR | 1600 | France | 1/6/2024 | $1,020.00 | Suppliers or vendors |
| Duqueine Group | Attn: Mélanie Renault and Jerome Aubry | 442 Avenue Lavoisier | | | Massieux | FR | 1600 | France | 2/16/2024 | $1,845.00 | Suppliers or vendors |
| Duqueine Group | Attn: Mélanie Renault and Jerome Aubry | 442 Avenue Lavoisier | | | Massieux | FR | 1600 | France | 2/23/2024 | $5,472.00 | Suppliers or vendors |
| **Duqueine Group** | | | | | | | | | | **$8,337.00** | |
| Garmin USA Inc. | Attn: Diane Commodore | 1200 East 151st Street | | | Olathe | KS | 66062 | | 2/8/2024 | $13,185.00 | Suppliers or vendors |
| **Garmin USA Inc.** | | | | | | | | | | **$13,185.00** | |
| Gerber Technology | | | | | | | | | 1/22/2024 | $10,711.11 | Suppliers or vendors |
| **Gerber Technology** | | | | | | | | | | **$10,711.11** | |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Global Technology Ventures, Inc. | Attn: Susan L. Willis | 37408 Hills Tech Drive | | | Farmington Hills | MI | 48331 | | 1/4/2024 | $11,120.00 | Suppliers or vendors |
| Global Technology Ventures, Inc. | Attn: Susan L. Willis | 37408 Hills Tech Drive | | | Farmington Hills | MI | 48331 | | 2/8/2024 | $6,562.50 | Suppliers or vendors |
| Global Technology Ventures, Inc. | Attn: Susan L. Willis | 37408 Hills Tech Drive | | | Farmington Hills | MI | 48331 | | 2/16/2024 | $4,618.40 | Suppliers or vendors |
| Global Technology Ventures, Inc. | Attn: Susan L. Willis | 37408 Hills Tech Drive | | | Farmington Hills | MI | 48331 | | 2/23/2024 | $8,340.00 | Suppliers or vendors |
| Global Technology Ventures, Inc. | Attn: Susan L. Willis | 37408 Hills Tech Drive | | | Farmington Hills | MI | 48331 | | 3/8/2024 | $0.00 | Suppliers or vendors |
| **Global Technology Ventures, Inc.** | | | | | | | | | | **$30,640.90** | |
| HISCO, INC. | Attn: Sandra Leal | 468 Vista Way | | | Milpitas | CA | 95035 | | 1/4/2024 | $4,335.60 | Suppliers or vendors |
| HISCO, INC. | Attn: Sandra Leal | 468 Vista Way | | | Milpitas | CA | 95035 | | 1/11/2024 | $2,890.40 | Suppliers or vendors |
| HISCO, INC. | Attn: Sandra Leal | 468 Vista Way | | | Milpitas | CA | 95035 | | 1/26/2024 | $4,015.65 | Suppliers or vendors |
| HISCO, INC. | Attn: Sandra Leal | 468 Vista Way | | | Milpitas | CA | 95035 | | 2/8/2024 | $2,677.10 | Suppliers or vendors |
| HISCO, INC. | Attn: Sandra Leal | 468 Vista Way | | | Milpitas | CA | 95035 | | 2/23/2024 | $10,839.00 | Suppliers or vendors |
| **HISCO, INC.** | | | | | | | | | | **$24,757.75** | |
| Innovative Control Systems | | 8965 Highway 36 Suite 5 | | | Hannibal | MO | 63401 | | 1/26/2024 | $4,770.00 | Suppliers or vendors |
| Innovative Control Systems | | 8965 Highway 36 Suite 5 | | | Hannibal | MO | 63401 | | 2/16/2024 | $8,464.00 | Suppliers or vendors |
| Innovative Control Systems | | 8965 Highway 36 Suite 5 | | | Hannibal | MO | 63401 | | 2/23/2024 | $7,353.00 | Suppliers or vendors |
| **Innovative Control Systems** | | | | | | | | | | **$20,587.00** | |
| Kelly Manufacturing Company | | 555 S. Topeka | | | Witchita | KS | 67202 | | 2/16/2024 | $11,940.00 | Suppliers or vendors |
| **Kelly Manufacturing Company** | | | | | | | | | | **$11,940.00** | |
| Kodiak Research, Ltd | Attn: Irence Moree | Nassau International Airport | Coral Harbour Road | PO Box SS 6758 | Nassau | | NP | Bahamas | 1/12/2024 | $22,680.00 | Suppliers or vendors |
| Kodiak Research, Ltd | Attn: Irence Moree | Nassau International Airport | Coral Harbour Road | PO Box SS 6758 | Nassau | | NP | Bahamas | 1/22/2024 | $22,680.00 | Suppliers or vendors |
| Kodiak Research, Ltd | Attn: Irence Moree | Nassau International Airport | Coral Harbour Road | PO Box SS 6758 | Nassau | | NP | Bahamas | 2/2/2024 | $24,147.90 | Suppliers or vendors |
| Kodiak Research, Ltd | Attn: Irence Moree | Nassau International Airport | Coral Harbour Road | PO Box SS 6758 | Nassau | | NP | Bahamas | 2/21/2024 | $23,610.00 | Suppliers or vendors |
| **Kodiak Research, Ltd** | | | | | | | | | | **$93,117.90** | |
| On-Time Logistics Corp | | 2323 Avenida Costa Este Ste 500 | | | San Diego | CA | 92154 | | 2/23/2024 | $4,853.00 | Suppliers or vendors |
| On-Time Logistics Corp | | 2323 Avenida Costa Este Ste 500 | | | San Diego | CA | 92154 | | 3/29/2024 | $5,487.00 | Suppliers or vendors |
| **On-Time Logistics Corp** | | | | | | | | | | **$10,340.00** | |
| PTM&W Industries, Inc. | | 10640 S. Painter Ave | | | Santa Fe Springs | CA | 90670-409 | | 1/4/2024 | $4,315.30 | Suppliers or vendors |
| PTM&W Industries, Inc. | | 10640 S. Painter Ave | | | Santa Fe Springs | CA | 90670-409 | | 1/11/2024 | $319.24 | Suppliers or vendors |
| PTM&W Industries, Inc. | | 10640 S. Painter Ave | | | Santa Fe Springs | CA | 90670-409 | | 1/26/2024 | $8,630.60 | Suppliers or vendors |
| PTM&W Industries, Inc. | | 10640 S. Painter Ave | | | Santa Fe Springs | CA | 90670-409 | | 2/16/2024 | $8,630.60 | Suppliers or vendors |
| **PTM&W Industries, Inc.** | | | | | | | | | | **$21,895.74** | |
| Quarlink Corp. | Attn: Michel Yate | 7657 Winnetka St. Suite 162 | | | Winnetka | CA | 91306 | | 1/26/2024 | $4,367.44 | Suppliers or vendors |
| Quarlink Corp. | Attn: Michel Yate | 7657 Winnetka St. Suite 162 | | | Winnetka | CA | 91306 | | 2/23/2024 | $20,343.12 | Suppliers or vendors |
| Quarlink Corp. | Attn: Michel Yate | 7657 Winnetka St. Suite 162 | | | Winnetka | CA | 91306 | | 3/29/2024 | $5,513.51 | Suppliers or vendors |
| **Quarlink Corp.** | | | | | | | | | | **$30,224.07** | |
| RBC Aerospace Bearings | | 60 Round Hill Road | | | Fairfield | CT | 06824 | | 1/11/2024 | $19,711.87 | Suppliers or vendors |
| **RBC Aerospace Bearings** | | | | | | | | | | **$19,711.87** | |
| San Diego Aircraft Interiors | | 2381 Boswell Rd | | | Chula Vista | CA | 91914 | | 1/4/2024 | $2,444.00 | Suppliers or vendors |
| San Diego Aircraft Interiors | | 2381 Boswell Rd | | | Chula Vista | CA | 91914 | | 1/26/2024 | $1,390.00 | Suppliers or vendors |
| San Diego Aircraft Interiors | | 2381 Boswell Rd | | | Chula Vista | CA | 91914 | | 2/16/2024 | $6,556.00 | Suppliers or vendors |
| **San Diego Aircraft Interiors** | | | | | | | | | | **$10,390.00** | |
| Sensenich Wood Propeller Co. Inc. | | 2008 Wood Court | | | Plant City | FL | 33563 | | 1/11/2024 | $3,450.00 | Suppliers or vendors |
| Sensenich Wood Propeller Co. Inc. | | 2008 Wood Court | | | Plant City | FL | 33563 | | 1/26/2024 | $5,175.00 | Suppliers or vendors |
| **Sensenich Wood Propeller Co. Inc.** | | | | | | | | | | **$8,625.00** | |
| Shenzhen ZTL Technology Co. Ltd | Attn: Queena Ma | 14 Bldg., 3rd Industrial Park of Dawangshan | Shajing St., Baoan Dist. | Shenzhen | Guangdong | | 518104 | China | 1/12/2024 | $2,920.00 | Suppliers or vendors |
| Shenzhen ZTL Technology Co. Ltd | Attn: Queena Ma | 14 Bldg., 3rd Industrial Park of Dawangshan | Shajing St., Baoan Dist. | Shenzhen | Guangdong | | 518104 | China | 1/26/2024 | $2,182.50 | Suppliers or vendors |
| Shenzhen ZTL Technology Co. Ltd | Attn: Queena Ma | 14 Bldg., 3rd Industrial Park of Dawangshan | Shajing St., Baoan Dist. | Shenzhen | Guangdong | | 518104 | China | 2/2/2024 | $6,500.00 | Suppliers or vendors |
| Shenzhen ZTL Technology Co. Ltd | Attn: Queena Ma | 14 Bldg., 3rd Industrial Park of Dawangshan | Shajing St., Baoan Dist. | Shenzhen | Guangdong | | 518104 | China | 2/9/2024 | $4,055.00 | Suppliers or vendors |
| Shenzhen ZTL Technology Co. Ltd | Attn: Queena Ma | 14 Bldg., 3rd Industrial Park of Dawangshan | Shajing St., Baoan Dist. | Shenzhen | Guangdong | | 518104 | China | 2/16/2024 | $2,922.50 | Suppliers or vendors |
| Shenzhen ZTL Technology Co. Ltd | Attn: Queena Ma | 14 Bldg., 3rd Industrial Park of Dawangshan | Shajing St., Baoan Dist. | Shenzhen | Guangdong | | 518104 | China | 2/23/2024 | $7,247.38 | Suppliers or vendors |
| Shenzhen ZTL Technology Co. Ltd | Attn: Queena Ma | 14 Bldg., 3rd Industrial Park of Dawangshan | Shajing St., Baoan Dist. | Shenzhen | Guangdong | | 518104 | China | 2/23/2024 | $8,195.00 | Suppliers or vendors |
| Shenzhen ZTL Technology Co. Ltd | Attn: Queena Ma | 14 Bldg., 3rd Industrial Park of Dawangshan | Shajing St., Baoan Dist. | Shenzhen | Guangdong | | 518104 | China | 2/16/2024 | $1,527.50 | Suppliers or vendors |
| **Shenzhen ZTL Technology Co. Ltd** | | | | | | | | | | **$35,549.88** | |
| The Flight Shop, Inc | Attn: Jodie McNeely | 1780 N. 2000 W. Hangar #21 | | | Brigham City | UT | 84302 | | 1/4/2024 | $1,289.04 | Suppliers or vendors |
| The Flight Shop, Inc | Attn: Jodie McNeely | 1780 N. 2000 W. Hangar #21 | | | Brigham City | UT | 84302 | | 1/26/2024 | $2,116.00 | Suppliers or vendors |
| The Flight Shop, Inc | Attn: Jodie McNeely | 1780 N. 2000 W. Hangar #21 | | | Brigham City | UT | 84302 | | 2/16/2024 | $3,209.00 | Suppliers or vendors |
| The Flight Shop, Inc | Attn: Jodie McNeely | 1780 N. 2000 W. Hangar #21 | | | Brigham City | UT | 84302 | | 2/23/2024 | $13,844.02 | Suppliers or vendors |
| **The Flight Shop, Inc** | | | | | | | | | | **$20,458.06** | |
| The Sherwin-Williams Co | | 101 Prospect Ave | | | Cleveland | OH | 44115 | | 1/11/2024 | $11,448.22 | Suppliers or vendors |
| The Sherwin-Williams Co | | 101 Prospect Ave | | | Cleveland | OH | 44115 | | 2/2/2024 | $2,208.50 | Suppliers or vendors |
| The Sherwin-Williams Co | | 101 Prospect Ave | | | Cleveland | OH | 44115 | | 2/8/2024 | $4,823.20 | Suppliers or vendors |
| The Sherwin-Williams Co | | 101 Prospect Ave | | | Cleveland | OH | 44115 | | 2/16/2024 | $411.87 | Suppliers or vendors |
| The Sherwin-Williams Co | | 101 Prospect Ave | | | Cleveland | OH | 44115 | | 2/23/2024 | $3,942.00 | Suppliers or vendors |
| **The Sherwin-Williams Co** | | | | | | | | | | **$22,833.79** | |
| Toray Advanced Composites USA Inc. | Attn: Sheila Shepherd | 18410 Butterfield Boulevard | | | Morgan Hill | CA | 95037 | | 1/4/2024 | $44,180.00 | Suppliers or vendors |
| Toray Advanced Composites USA Inc. | Attn: Sheila Shepherd | 18410 Butterfield Boulevard | | | Morgan Hill | CA | 95037 | | 1/11/2024 | $50,000.00 | Suppliers or vendors |
| Toray Advanced Composites USA Inc. | Attn: Sheila Shepherd | 18410 Butterfield Boulevard | | | Morgan Hill | CA | 95037 | | 1/22/2024 | $50,000.00 | Suppliers or vendors |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Toray Advanced Composites USA Inc. | Attn: Sheila Shepherd | 18410 Butterfield Boulevard | | | Morgan Hill | CA | 95037 | | 1/26/2024 | $50,000.00 | Suppliers or vendors |
| Toray Advanced Composites USA Inc. | Attn: Sheila Shepherd | 18410 Butterfield Boulevard | | | Morgan Hill | CA | 95037 | | 2/2/2024 | $50,000.00 | Suppliers or vendors |
| Toray Advanced Composites USA Inc. | Attn: Sheila Shepherd | 18410 Butterfield Boulevard | | | Morgan Hill | CA | 95037 | | 2/8/2024 | $47,058.16 | Suppliers or vendors |
| Toray Advanced Composites USA Inc. | Attn: Sheila Shepherd | 18410 Butterfield Boulevard | | | Morgan Hill | CA | 95037 | | 2/23/2024 | $30,932.21 | Suppliers or vendors |
| Toray Advanced Composites USA Inc. | Attn: Sheila Shepherd | 18410 Butterfield Boulevard | | | Morgan Hill | CA | 95037 | | 3/15/2024 | $38,928.32 | Suppliers or vendors |
| Toray Advanced Composites USA Inc. | Attn: Sheila Shepherd | 18410 Butterfield Boulevard | | | Morgan Hill | CA | 95037 | | 3/29/2024 | $20,000.00 | Suppliers or vendors |
| **Toray Advanced Composites USA Inc.** | | | | | | | | | | **$381,098.69** | |
| | | | | | | | | | | | |
| TriStar Plastics Corporation | | 23655 E Via del Rio | | | Yorba Linda | CA | 92887 | | 1/26/2024 | $3,349.17 | Suppliers or vendors |
| TriStar Plastics Corporation | | 23655 E Via del Rio | | | Yorba Linda | CA | 92887 | | 2/16/2024 | $9,546.10 | Suppliers or vendors |
| **TriStar Plastics Corporation** | | | | | | | | | | **$12,895.27** | |
| | | | | | | | | | | | |
| XOMETRY, INC. | Attn: Kirstin Stratton | 7951 CESSNA AVE | | | GAITHERSBURG | MD | 20879 | | 1/4/2024 | $4,026.25 | Suppliers or vendors |
| XOMETRY, INC. | Attn: Kirstin Stratton | 7951 CESSNA AVE | | | GAITHERSBURG | MD | 20879 | | 2/2/2024 | $8,172.25 | Suppliers or vendors |
| XOMETRY, INC. | Attn: Kirstin Stratton | 7951 CESSNA AVE | | | GAITHERSBURG | MD | 20879 | | 2/16/2024 | $3,985.65 | Suppliers or vendors |
| **XOMETRY, INC.** | | | | | | | | | | **$16,184.15** | |
| | | | | | | | | | **TOTAL** | **$3,478,517.29** | |

| Fill in this information to identify the case: |
|---|
| **Debtor name: IC Technologies Inc.** |
| **United States Bankruptcy Court for the: District of Delaware** |
| **Case number: 24-10705** |

☐ **Check if this is an amended filing**

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

05/09/2024

/s/ Thomas M. McCabe

Signature of individual signing on behalf of debtor

Thomas M. McCabe

Printed name

Chief Restructuring Officer

Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes