# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ICON AIRCRAFT, INC., *et al.*, | Case No. 24-10703 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | Ref. No. 264 |

## CERTIFICATE OF SERVICE

    I, Joshua B. Brooks, Esquire, hereby certify that on June 11, 2024, a true and correct copy of the *Limited Objection to Proposed Sale of Substantially All of the Debtors' Assets and Reservation of Rights Related Thereto by the Derivative Litigation Plaintiffs* [D.I. 264] was caused to be served on the following parties via CM/ECF and/or Electronic Mail:

| | |
|---|---|
| Sean M. Beach<br>Ashley E. Jacobs<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  sbeach@ycst.com<br>           ajacobs@ycst.com | Samuel A. Newman<br>**SIDLEY AUSTIN LLP**<br>1999 Avenue of the Stars<br>Floor 19<br>Los Angeles, California 90067<br>Telephone: (310) 595-9500<br>Facsimile: (310) 595-9501<br>Email: sam.newman@sidley.com |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: ICON Aircraft, Inc. (7443), Rycon LLC (5297), IC Technologies Inc. (7918), and ICON Flying Club, LLC (6101). The Debtors' service address is 2141 ICON Way, Vacaville, CA 95688.

{1440.001-W0076216.}

| | |
|---|---|
| Joseph F. Cudia<br>**U.S. Trustee**<br>844 King Street<br>Suite 2207<br>Wilmington, Delaware 19801<br>Telephone: (202) 934-4051<br>Email: joseph.cudia@usdoj.gov | Charles Persons<br>Jeri Leigh Miller<br>**SIDLEY AUSTIN LLP**<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br>Email:  cpersons@sidley.com<br>            jeri.miller@sidley.com |
| Malcolm M. Bates<br>**U.S. Trustee**<br>844 King Street<br>Suite 2207<br>Wilmington, Delaware 19801<br>Telephone: (202) 934-4051<br>Email: malcolm.m.bates@usdoj.gov | Nathan Elner<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: nelner@sidley.com |
| Zheng Ying<br>Hao Zheng<br>FeiRen International Co., Ltd.<br>12/F, Henley Building<br>5 Queen's Road Central,<br>Central, Hong Kong, China<br>Email: zhengy@flymen.com.cn<br>            teamxu1@tylaw.com.cn | |

Dated: June 13, 2024
         Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Joshua A. Brooks*
Richard S Cobb (No. 3157)
Joshua B. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:   cobb@lrclaw.com
             brooks@lrclaw.com

*Counsel to the Derivative Litigation Plaintiffs*