## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ICON AIRCRAFT, INC., *et al.*,[1] | Case No. 24-10703 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 196, 197, 238 & 243** |

### NOTICE OF ADJOURNMENT OF COMBINED HEARING TO CONSIDER CONFIRMATION OF THE PLAN AND FINAL APPROVAL OF THE RELATED DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that, on May 13, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their (i) *Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and Its Debtor Affiliates* [Docket No. 196] (as subsequently amended at Docket Nos. 238 and 243, and as may be further amended, modified, or supplemented from time to time, the "Plan") and related (ii) *Disclosure Statement for Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and Its Debtor Affiliates* [Docket No. 197] (as subsequently amended at Docket Nos. 238 and 243, and as may be further amended, modified, or supplemented from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the United States Bankruptcy Court for the District of Delaware will consider (i) confirmation of the Plan and (ii) final approval of the Disclosure Statement is currently scheduled for July 22, 2024 at 10:00 a.m. (ET) (the "Combined Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing has been adjourned to **October 1, 2024 at 10:00 a.m. (ET)** (the "Adjournment").

**PLEASE TAKE FURTHER NOTICE** that the Adjournment does not affect any deadline previously established in the Debtors' chapter 11 cases, including, but not limited to, those pertaining to confirmation of the Plan.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: ICON Aircraft, Inc. (7443); Rycon LLC (5297); IC Technologies Inc. (7918); and ICON Flying Club, LLC (6101). The Debtors' service address is 2141 ICON Way, Vacaville, CA 95688.

31823828.1

Dated: July 10, 2024
Wilmington, Delaware

*/s/ Ashley E. Jacobs*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Sean M. Beach (No. 4070)<br>Ashley E. Jacobs (No. 5635)<br>S. Alexander Faris (No. 6278)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  sbeach@ycst.com<br>  ajacobs@ycst.com<br>  afaris@ycst.com<br>  jkochenash@ycst.com | **SIDLEY AUSTIN LLP**<br>Samuel A. Newman (admitted *pro hac vice*)<br>1999 Avenue of the Stars, Floor 19<br>Los Angeles, California 90067<br>Telephone:  (310) 595-9500<br>Facsimile:  (310) 595-9501<br>Email:  sam.newman@sidley.com<br><br>*and*<br><br>Charles Persons (admitted *pro hac vice*)<br>Jeri Leigh Miller (admitted *pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone:  (214) 981-3300<br>Facsimile:  (214) 981-3400<br>Email:  cpersons@sidley.com<br>  jeri.miller@sidley.com<br><br>*and*<br><br>Nathan Elner (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Facsimile:  (212) 839-5599<br>Email:  nelner@sidley.com |

*Counsel for the Debtors and Debtors in Possession*