# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ICON AIRCRAFT, INC., *et al.*,[1] | Case No. 24- 10703 (CTG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 10, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Adjournment of Combined Hearing to Consider Confirmation of the Plan and Final Approval of the Related Disclosure Statement** (Docket No. 354)

- **Order Scheduling Omnibus Hearing Date** (Docket No. 355)

- **Notice of Agenda of Matters Scheduled for Hearing on July 12, 2024, at 10:00 A.M. (ET)** (Docket No. 356)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 11, 2024

*Sharon Lee*
Sharon Lee

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 11th day of July 2024 by Sharon Lee.

*Kerrie Lynne Darby*
(Notary's official signature)

> KERRIE LYNNE DARBY
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20234021580
> MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: ICON Aircraft, Inc. (7443); Rycon LLC (5297); IC Technologies Inc. (7918); and ICON Flying Club, ce address is 2141 ICON Way, Vacaville, CA 95688.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Airtech | Attn: Francisca Hernandez | 5700 Skylab Road | | | Huntington Beach | CA | 92647 | |
| AmeriCredit Financial Services, Inc. dba GM Financial | Attn: Mandy Youngblood | PO Box 183853 | | | Arlington | TX | 76096 | |
| AmTrust North America, Inc. on behalf of ANV Global Services Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd Suite 207 | | Beachwood | OH | 44122 | |
| Asset Management Company Venture Fund, L.P., Kirk Hawkins, The Northern Trust Company as Trustee of the Philip M. Condit IRA, Snowcrest Partners, LLC, and Steen Strand | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Jacob A. Adlerstein, Jeffrey J. Recher, and Tyler F. Zelinger | 1285 Avenue of the Americas | | New York | NY | 10019 | |
| Asset Management Company Venture Fund, L.P., Kirk Hawkins, The Northern Trust Company as Trustee of the Philip M. Condit IRA, Snowcrest Partners, LLC, and Steen Strand | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: William A. Isaacson, Melissa F. Zappala, and Claudia R. Tobler | 2001 K. Street, NW | | Washington | DC | 20006 | |
| Asset Management Company Venture Fund, L.P., Kirk Hawkins, The Northern Trust Company as Trustee of the Philip M. Condit IRA, Snowcrest Partners, LLC, and Steen Strand (Derivative Litigation Plantiffs) | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb and Joshua B. Brooks | 919 Market Street Suite 1800 | | Wilmington | DE | 19801 | |
| Beringer Aero USA | Attn: Trevor Burnette | Aope-Champ Eymi | | | Tallard | FR | F-05130 | France |
| Blue Shield of California | Attn: Susy Spackman and Heather Martinez | PO Box 749415 | | | Los Angeles | CA | 90074-9415 | |
| Cable Connection | Attn: Jim Bush and Trish O'Leary | 1035 Mission Court | | | Fremont | CA | 94539 | |
| California Attorney General | Attn: Rob Bonta | 1300 "I" Street | | | Sacramento | CA | 95814-2919 | |
| Chubb Seguros Mexico, S.A. | Attn: Rory Gunter | Paseo de la Reforma 250 | Torre Niza Pizo 7 Col Juarez | | Cuauhtemoc Ciudad | | 06600 | Mexico |
| Compass Components, Inc | Attn: Stephanie Quesada | 2400 Atlantic Way SE | | | Deming | NM | 88030 | |
| Co-Production International Inc. | Attn: Sandra Aguayo | 8716 Sherwood Terrace | | | San Diego | CA | 92154 | |
| Delaware State Treasury | | 820 Silver Lake Blvd Suite 100 | | | Dover | DE | 19904 | |
| DIAB Americas LP | Attn: LaShirl Flowers and Vita Montoya | 220 E Danieldale Rd | | | Desoto | TX | 75115-2490 | |
| District of Delaware United States Attorneys Office | | 1313 N Market St | | | Wilmington | DE | 19801 | |
| Duqueine Group | Attn: Florim SOPI and Ludivine BONOD | 442 Avenue Lavoisier | | | Massieux | FR | 01600 | France |
| East West Bank | Attn: Kate Chi | 9300 Flair Drive, 6th Fl | | | El Monte | CA | 91731 | |
| FEIREN International Co., Limited | c/p The Rosner Law Group LLC | Attn: Frederick B. Rosner and Zhao (Ruby) Liu | 824 N. Market St. Suite 810 | | Wilmington | DE | 19801 | |
| FeiRen Technology Co., Ltd. | Attn: Ying Zheng and Hao Zheng | 729 YangGao Nan Road | Floor 46, Building 1 | | Shanghai | | 200127 | China |
| Fictiv | Attn: Jeff Duncan | PO Box 14590 | | | Fremont | CA | 94539-1090 | |
| Ford Motor Credit Company, LLC | c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave Dept APS | | | Oklahoma City | OK | 73118 | |
| Garmin USA Inc. | Attn: Diane Commodore | 1200 East 151st Street | | | Olathe | KS | 66062 | |
| Global Technology Ventures, Inc. | Attn: Susan L. Willis | 37408 Hills Tech Drive | | | Farmington Hills | MI | 48331 | |
| HISCO | Attn: Sandra Leal | 468 Vista Way | | | Milpitas | CA | 95035 | |
| Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Kirk Hawkins | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Scott D. Cousins | 500 Delaware Ave | Suite 700 | Wilmington | DE | 19801 | |
| Kodiak Research, Ltd | Attn: Irence Moree | Nassau International Airport | Coral Harbour Road | PO Box SS 6758 | Nassau | NP | | Bahamas |
| Mangrove Insurance Solutions, PCC | C/O Marsh Management Services | Attn: Nick Grove | 463 Mountain View Drive, Suite 301 | | Colchester | VT | 05446 | |
| Marsh | Attn: Brian Anderson and Michelle Arguelles | PO Box 846112 | | | Dallas | TX | 75284-6112 | |
| McCarter & English, LLP | Attn: Andrea Wilhelme | Four Gateway Center, 100 Mulberry St | | | Newark | NJ | 07102 | |
| Nancy C. Millan, Hillsborough County Tax Collector | c/o Hillsborough County, Florida | Attn: Brian T. FitzGerald | PO Box 1110 | | Tampa | FL | 33601-1110 | |
| Office of the Attorney General State of Florida | Attn: Ashley Moody | PL-01, The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Office of the United States Trustee | Attn: Joseph F. Cudia and Malcolm M. Bates | 844 King Street Suite 2207 Lockbox 35 | J. Caleb Boggs Federal Building | | Wilmington | DE | 19801 | |
| OTTO Engineering Inc | Attn: Steve Redlich | 2 East Main Street | | | Carpentersville | IL | 60110 | |
| PG&E | Attn: Christine DeSanze | Box 997300 | | | Sacramento | CA | 95899-7300 | |
| PK Investment Co., Ltd, PK Capital L.P., Pudong Science and Technology Investment (Cayman) Co. Ltd., and Unimax Asset Holdings Ltd. | c/o Kobre & Kim LLP | Attn: Daniel J. Saval | 800 Third Avenue | | New York | NY | 10022 | |
| PK Investment Co., Ltd, PK Capital L.P., Pudong Science and Technology Investment (Cayman) Co. Ltd., and Unimax Asset Holdings Ltd. | c/o Kobre & Kim LLP | Attn: Jacob R. Kirkham and Stephen J. Astringer | 600 North King Street, Suite 501 | | Wilmington | DE | 19801 | |
| Plex Accounting System | Attn: Diana Robbins | 900 Tower Dr. Suite 1500 | | | Troy, MI | VT | 48098 | |
| PW Fund B, LP | C/O Buzz Oates Management Services, Inc. | Attn: Liz Ferneau and Yvette Perry | 555 Capitol Mall, Suite 900 | | Sacramento | CA | 95814 | |
| Quarlink Corp. | Attn: Michel Yate and Chris Mao | 7657 Winnetka St. Suite 162 | | | Winnetka | CA | 91306 | |
| Rockwell Automation Inc. | Attn: Ken Brewster and Darren Walter | 900 Tower Drive, Suite 1400 | | | Troy | MI | 48098-2822 | |
| Secretary of State | Division of Corporations | PO Box 898 | Franchise Tax | | Dover | DE | 19903 | |
| Securities & Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | |
| Securities & Exchange Commission | Attn: Antonia Apps | 100 Pearl St., Suite 20-100 | | | New York | NY | 10004-2616 | |
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| SG Investment America, Inc. | c/o Saul Ewing LLP | Attn: Jorge Garcia | 701 Brickell Avenue Suite 1700 | | Miami | FL | 33131 | |
| SG Investment America, Inc. | c/o Procopio, Cory, Hargreaves, & Savitch LLP | Attn: William Smelko | 525 B Street Suite 2200 | | San Diego | CA | 92101 | |

In re: ICON Aircraft, Inc. et al.
Case No. 24-10703(CTG)

Page 1 of 2



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SG Investment America, Inc. | c/o Saul Ewing LLP | Attn: Evan T. Miller | 1201 N Market St Suite 2300 | | Wilmington | DE | 19801 | |
| Shenzhen ZTL Technology Co. Ltd | Attn: Queena Ma | 14 Bldg., 3rd Industrial Park of Dawangshan | Shajing St., Baoan Dist. | Shenzhen | Guangdong | | 518104 | China |
| Sidley Austin LLP | Attn: Charles Persons | 2021 McKinney Avenue, Suite 2000 | | | Dallas | TX | 75201 | |
| Sidley Austin LLP | Attn: Nathan Elne | 787 Seventh Avenue | | | New York | NY | 10019 | |
| Sidley Austin LLP | Attn: Samuel A. Newman | 1999 Avenue of the Stars, Floor 19 | | | Los Angeles | CA | 90067 | |
| Solano County | | 301 County Airport Road | | | Vacaville | CA | 95688 | |
| The Flight Shop, Inc | Attn: Jodie McNeely | 1780 N. 2000 W. Hangar #21 | | | Brigham City | UT | 84302 | |
| Tian Yuan Law Firm | Attn: Hao Zheng | Room 4403-4406, Jinmao Tower | 88 Century Avenue, Pudong | | Shanghai | | | China |
| Toray Advanced Composites USA Inc. | Attn: Sheila Shepherd | 18410 Butterfield Blvd | | | Morgan Hill | CA | 95037 | |
| TW Telecom | Attn: Michael D. Levy | PO Box 910182 | | | Denver | CO | 80291-0182 | |
| Wells Fargo Bank, N.A. | c/o Burr & Forman LLP | Attn: J. Cory Falgowski | 222 Delaware Ave | Ste 1030 | Wilmington | DE | 19801 | |
| Xometry, Inc. | Attn: Kirstin Stratton | 7951 Cessna Ave | | | Gaithersburg | MD | 20879 | |
| Young Conaway Stargatt & Taylor, LLP | Attn: S. Beach, A. Jacobs, J. Kochenash | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | |

In re: ICON Aircraft, Inc. et al.
Case No. 24-10703(CTG)

Page 2 of 2

# **<u>Exhibit B</u>**



# Exhibit B
Served via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Airtech | Attn: Francisca Hernandez | | kvalenzuela@airtechintl.com<br>fhernandez@airtech.com |
| AmeriCredit Financial Services, Inc. dba GM Financial | Attn: Mandy Youngblood | | customer.service.bk@gmfinancial.com |
| AmTrust North America, Inc. on behalf of ANV Global Services Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Asset Management Company Venture Fund, L.P., Kirk Hawkins, The Northern Trust Company as Trustee of the Philip M. Condit IRA, Snowcrest Partners, LLC, and Steen Strand | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Jacob A. Adlerstein, Jeffrey J. Recher, and Tyler F. Zelinger | jadlerstein@paulweiss.com<br>jrecher@paulweiss.com<br>smitchell@paulweiss.com<br>tzelinger@paulweiss.com |
| Asset Management Company Venture Fund, L.P., Kirk Hawkins, The Northern Trust Company as Trustee of the Philip M. Condit IRA, Snowcrest Partners, LLC, and Steen Strand | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: William A. Isaacson, Melissa F. Zappala, and Claudia R. Tobler | wisaacson@paulweiss.com<br>mzappala@paulweiss.com<br>ctobler@paulweiss.com |
| Asset Management Company Venture Fund, L.P., Kirk Hawkins, The Northern Trust Company as Trustee of the Philip M. Condit IRA, Snowcrest Partners, LLC, and Steen Strand (Derivative Litigation Plantiffs) | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb and Joshua B. Brooks | cobb@lrclaw.com<br>brooks@lrclaw.com |
| Beringer Aero USA | Attn: Trevor Burnette | | sales@beringer-aero.com |
| Blue Shield of California | Attn: Susy Spackman and Heather Martinez | | maryann.lagura@blueshieldca.com<br>Heather.martinez@blueshieldca.com |
| Cable Connection | Attn: Jim Bush and Trish O'Leary | | ar@cable-connection.com<br>jbush@cable-connection.com<br>toleary@cable-connection.com |
| Chubb Seguros Mexico, S.A. | Attn: Rory Gunter | | travelinsurance.mx@Chubb.com<br>Rory.gunter@marsh.com |
| Compass Components, Inc | Attn: Stephanie Quesada | | AR@compassmade.com |
| Co-Production International Inc. | Attn: Sandra Aguayo | | sandra.aguayo@co-production.com |
| Co-Production International, Inc. | c/o Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. & Elizabeth A. Rogers | joseph.huston@stevenslee.com<br>elizabeth.rogers@stevenslee.com |
| DIAB Americas LP | Attn: LaShirl Flowers and Vita Montoya | | cs@us.diabgroup.com<br>vita.montoya@us.diabgroup.com<br>stephaniequesada@compassmade.com<br>jenny.overbey@diabgroup.com<br>melissa.varela@diabgroup.com |
| Duqueine Group | Attn: Florim SOPI and Ludivine BONOD | | ludivine.bonod@duqueine.fr |
| East West Bank | Attn: Kate Chi | | talk2us@eastwestbank.com<br>Kate.Chi@eastwestbank.com |
| FEIREN International Co., Limited | c/p The Rosner Law Group LLC | Attn: Frederick B. Rosner and Zhao (Ruby) Liu | rosner@teamrosner.com<br>liu@teamrosner.com |
| FeiRen Technology Co., Ltd. | Attn: Ying Zheng and Hao Zheng | | zhengy@flymen.com.cn<br>teamxu1@tylaw.com.cn |

In re: ICON Aircraft, Inc. et al.
Case No. 24-10703(CTG)

Page 1 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Fictiv | Attn: Jeff Duncan | | ar@fictiv.com<br>adam.rhodes@fictiv.com |
| Ford Motor Credit Company, LLC | c/o AIS Portfolio Services, LLC | | ecfnotices@aisinfo.com |
| Garmin USA Inc. | Attn: Diane Commodore | | Diane.Commodore@garmin.com |
| Global Technology Ventures, Inc. | Attn: Susan L. Willis | | susan@gtvinc.com |
| HISCO | Attn: Sandra Leal | | lelias@hiscoinc.com<br>sleal@hiscoinc.com |
| Kirk Hawkins | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Scott D. Cousins | scott.cousins@lewisbrisbois.com |
| Kodiak Research, Ltd | Attn: Irence Moree | | im@kodiakbs.com |
| Mangrove Insurance Solutions, PCC | C/O Marsh Management Services | Attn: Nick Grove | Nick.Gale@marsh.com |
| Marsh | Attn: Brian Anderson and Michelle Arguelles | | fiduciaryservicerequest.US@marsh.com<br>Michelle-Anne.Arguelles@marsh.com |
| McCarter & English, LLP | Attn: Andrea Wilhelme | | aWilhelme@mccarter.com |
| Nancy C. Millan, Hillsborough County Tax Collector | c/o Hillsborough County, Florida | Attn: Brian T. FitzGerald | fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov |
| Office of the United States Trustee | Attn: Joseph F. Cudia and Malcolm M. Bates | | malcolm.m.bates@usdoj.gov<br>joseph.cudia@usdoj.gov |
| OTTO Engineering Inc | Attn: Steve Redlich | | Steve.Redlich@ottoexcellence.com |
| PG&E | Attn: Christine DeSanze | | Christine.DeSanze@pge.com |
| PK Investment Co., Ltd, PK Capital L.P., Pudong Science and Technology Investment (Cayman) Co. Ltd., and Unimax Asset Holdings Ltd. | c/o Kobre & Kim LLP | Attn: Daniel J. Saval | daniel.saval@kobrekim.com |
| PK Investment Co., Ltd, PK Capital L.P., Pudong Science and Technology Investment (Cayman) Co. Ltd., and Unimax Asset Holdings Ltd. | c/o Kobre & Kim LLP | Attn: Jacob R. Kirkham and Stephen J. Astringer | jacob.kirkham@kobrekim.com<br>stephen.astringer@kobrekim.com |
| Plex Accounting System | Attn: Diana Robbins | | drobbins@plex.com |
| PW Fund B, LP | C/O Buzz Oates Management Services, Inc. | Attn: Liz Ferneau and Yvette Perry | lizferneau@buzzoates.com<br>YvettePerry@buzzoates.com |
| Quarlink Corp. | Attn: Michel Yate and Chris Mao | | yatesma@msn.com<br>maochris@quarlink.com |
| Rockwell Automation Inc. | Attn: Ken Brewster and Darren Walter | | invoicing@plex.com<br>Ken.brewster@rockwellautomation.com<br>Darren.walter@rockwellautomation.com |
| SG Investment America, Inc. | c/o Saul Ewing LLP | Attn: Jorge Garcia | jorge.garcia@saul.com |
| SG Investment America, Inc. | c/o Procopio, Cory, Hargreaves, & Savitch LLP | Attn: William Smelko | bill.smelko@procopio.com |
| SG Investment America, Inc. | c/o Saul Ewing LLP | Attn: Evan T. Miller | evan.miller@saul.com |
| Shenzhen ZTL Technology Co. Ltd | Attn: Queena Ma | | queena@ztltech.com |
| Sidley Austin LLP | Attn: Charles Persons | | cpersons@sidley.com |
| Sidley Austin LLP | Attn: Nathan Elne | | nelner@sidley.com |
| Sidley Austin LLP | Attn: Samuel A. Newman | | sam.newman@sidley.com |

In re: ICON Aircraft, Inc. et al.
Case No. 24-10703(CTG)

Page 2 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Solano County | | | clerk@solanocounty.com<br>Cao-clerk@solanocounty.com<br>assesor@solanocounty.com |
| The Flight Shop, Inc | Attn: Jodie McNeely | | sales@theflightshop.com |
| Tian Yuan Law Firm | Attn: Hao Zheng | | Teamxu1@tylaw.com.cn |
| Toray Advanced Composites USA Inc. | Attn: Sheila Shepherd | | d.gallagher@toraytac-usa.com |
| TW Telecom | Attn: Michael D. Levy | | Michael.levy@lumen.com<br>billing@lumen.com |
| Wells Fargo Bank, N.A. | c/o Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Xometry, Inc. | Attn: Kirstin Stratton | | support@xometry.com<br>kstratton@xometry.com |
| Young Conaway Stargatt & Taylor, LLP | Attn: S. Beach, A. Jacobs, J. Kochenash | | sbeach@ycst.com<br>ajacobs@ycst.com<br>jkochenash@ycst.com |

In re: ICON Aircraft, Inc. et al.
Case No. 24-10703(CTG)

Page 3 of 3