IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ICON AIRCRAFT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10703 (CTG)<br><br>(Jointly Administered)<br><br>Ref Nos. 198, 243, 269, & 275 |

### DECLARATION OF ADAM FIALKOWSKI OF STRETTO, INC. WITH RESPECT TO THE TABULATION OF VOTES ON THE FURTHER AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION FOR ICON AIRCRAFT, INC. AND ITS DEBTOR AFFILIATES

I, Adam Fialkowski, depose and say under the penalty of perjury:

1. I am a Director employed by Stretto, Inc. ("Stretto"), located at 410 Exchange, Suite 100, Irvine, CA 92602. I am over the age of eighteen and neither Stretto, nor I, is a party to these proceedings.

2. I submit this declaration (the "Voting Declaration") with respect to the solicitation of votes and the tabulation of Ballots cast on the *Further Amended Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and its Debtor Affiliates.* [D.I. 243] (as may be amended, supplemented, or modified from time to time, the "Plan"). Except as otherwise indicated, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, information supplied to be by the Debtors or their advisors, and my review of relevant documents. I am authorized to submit this Voting Declaration on behalf of Stretto. If I were called to testify, I could and would testify competently as to the facts set forth herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: ICON Aircraft, Inc. (7443); Rycon LLC (5297); IC Technologies Inc. (7918); and ICON Flying Club, LLC (6101). The Debtors' service address is c/o Armanino LLP, 231 Market Place, Suite 373, San Ramon, CA 94583-4743, Attn: Thomas McCabe, Chief Restructuring Officer.

31899651.2

3. The Court authorized the retention of Stretto as the claims and noticing agent to the Debtors pursuant to the *Order Authorizing the Retention and Appointment of Stretto, Inc. as Claims and Noticing Agent, Effective as of the Petition Date* [D.I. 46] entered on April 5, 2024, (the "Retention Order"). The Retention Order authorizes Stretto to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. Stretto and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans.

**A.    Service and Transmittal of Solicitation Packages and Related Information**

4. On June 3, 2024, the Court entered the *Order (I) Conditionally Approving Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief* [D.I. 248] (the "Solicitation Procedures Order").[2] The Solicitation Procedures Order established, among other things, (i) June 3, 2024 as the record date (the "Voting Record Date") for determining the Holders of Claims and Interests entitled to vote on the Plan, (ii) procedures for the solicitation of votes to accept or reject the Plan (the "Solicitation Procedures") and (iii) procedures for the tabulation of Ballots (the "Tabulation Procedures"). Pursuant to the Plan and the Solicitation Procedures, only Holders of Claims as of the Voting Record Date in Class 3 (Noteholder Claims), and Class 4 (General Unsecured Claims) (collectively, the "Voting Classes") were entitled to vote to accept or reject the Plan.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Solicitation Procedures Order.

31899651.2

5. Stretto worked with the Debtors and their advisors to solicit votes to accept or reject the Plan and to tabulate the ballots of creditors voting to accept or reject the Plan in accordance with the Solicitation Procedures.

6. In accordance with the Solicitation Procedures Order, on June 6, 2024, Stretto caused to be served (i) the Confirmation Hearing Notice on the parties listed in the creditor matrix and all other parties entitled to receive such notice pursuant to the Solicitation Procedures Order, (ii) the Solicitation Packages on all Holders of Claims in the Voting Classes entitled to vote as of the Voting Record Date, (iii) the applicable Non-Voting Status Notice in lieu of Solicitation Packages to the holders of Claims and Interests in the following Classes (which were not entitled to vote on the Plan): Class 1 (Other Secured Claims), Class 2 (Other Priority Claims), Class 5 (Intercompany Claims), Class 6 (Section 510(b) Claims), Class 7 (Interests), and Class 8 (Intercompany Interests). Stretto filed the *Affidavit of Service* [D.I. 269] on June 12, 2024 evidencing the foregoing.

7. On or before June 12, 2024, Stretto also posted links to the electronic versions of the solicitation materials, including the Confirmation Hearing Notice, Plan, Disclosure Statement, and Solicitation Procedures Order on the public access website at www.cases.stretto.com/iconaircraft.

8. On June 10, 2024, in accordance with the Solicitation Procedures Order, the Confirmation Hearing Notice was published in *The New York Times (National Edition)* and on June 11, 2024 the Confirmation Hearing Notice was published in the *Sacramento Bee*. An affidavit evidencing the publication of the Confirmation Hearing Notice was filed with the Court on June 13, 2024 [D.I. 275].

**B.      Voting and Tabulation Process**

9. The Solicitation Procedures Order established June 3, 2024 as the Voting Record Date. Pursuant to the Solicitation Procedures Order, Holders of Claims in Class 3 (Noteholder Claims), and Class 4 (General Unsecured Claims) were entitled to vote to accept or reject the Plan. No other classes were entitled to vote on the Plan.

10. In accordance with the Solicitation Procedures Order, Stretto worked closely with the Debtors' professionals to identify the Holders of filed and scheduled claims entitled to vote in the Voting Classes as of the Voting Record Date, and to coordinate the distribution of solicitation materials to these Holders. Stretto was instructed by the Debtors to solicit, review, determine the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan by the Holders of Claims in the Voting Classes.

11. The Solicitation Procedures Order established July 10, 2024 at 4:00 p.m. (prevailing Eastern Time), unless such time was extended by the Debtors, as the deadline by which Ballots for accepting or rejecting the Plan had to be actually received by Stretto in order to be counted (the "Voting Deadline")[3].

12. In accordance with the Solicitation Procedures Order, Ballots returned by online submission, mail, hand delivery, or overnight courier were received by personnel of Stretto at the offices of Stretto in Irvine, California. All Ballots received by Stretto were date-stamped upon receipt. Each Ballot was then scanned into Stretto's systems and sequentially numbered (the

---

[3] The Debtors extended the Voting Deadline from July 10, 2024 at 4:00 p.m. (Eastern Time) to July 13, 2024 at 4:00 p.m. (Eastern Time) for Co-Production International, Inc. Additionally, Counsel for the Debtors has advised me that the Voting Deadline for PK Investment Co., Ltd., PK Capital L.P., Pudong Science and Technology Investment (Cayman) Co. Ltd., and Unimax Asset Holdings Ltd., as creditors in Class 3 (collectively, "PDSTI"), has been extended to a date and time to be determined. If necessary, this Voting Declaration will be supplemented after the expiration of PDSTI's voting deadline.

31899651.2

"Ballot Number"). Stretto then entered into a computer database all pertinent information from each Ballot, including among other things, the date and time the Ballot was received, the Ballot Number, the voting dollar amount, and whether the creditor submitting the Ballot accepted or rejected the Plan.

13. Set forth below is a summary of the voting results with respect to the Voting Classes tabulated on a consolidated basis:

| Total Ballots Received | | | |
|---|---|---|---|
| Accept | | Reject | |
| Number (% of Number) | Amount (% of Amount) | Number (% of Number) | Amount (% of Amount) |
| Class 3 – Noteholder Claims | | | |
| 0 (0%) | 0 (0.00%) | 0 (0%) | 0 (0.00%) |
| Class 4 – General Unsecured Claims | | | |
| 27 (79.4%) | $5,598,179.72 (99.9999%) | 7 (20.6%) | $7.00 (0.0001%) |

14. The final tabulation of votes cast by timely and properly completed Ballots received by Stretto is attached as **Exhibit A**.

15. At the time of this declaration, Stretto has not received any Class 3 Ballots to report. A detailed report of all Class 4 Ballots is attached hereto as **Exhibit A-1**. The Debtors continue to evaluate the votes that have been received and may supplement this Voting Declaration to the extent necessary.

16. In addition to and in accordance with the Solicitation and Voting Procedures, Stretto reviewed and tabulated the elections recorded on the opt-out forms received by the Voting Deadline from Holders of Claims or Interests entitled to opt-out of the Plan's third-party release. A report of any such holders that checked the opt-out box on their ballots or opt-out forms is attached hereto as **Exhibit B**. For the avoidance of doubt, this Voting Declaration does not certify the validity or enforceability of any opt-out elections received and reported on **Exhibit B** hereto,

31899651.2

but rather this Voting Declaration is providing such information for reporting and informational purposes.

**C.      Ballots That Were Not Counted**

17.     Attached as **Exhibit C** is a detailed report of any Ballots that were not included in the tabulation above because they did not satisfy the requirements for a valid Ballot as set forth in the Solicitation Procedures Order for the reasons described therein.

**D.      Conclusion**

18.     To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true and correct. The Ballots received by Stretto are stored at Stretto's office and are available for inspection by or submission to this Court.

Dated: August 2, 2024

/s/ *Adam J. Fialkowski*
Adam J. Fialkowski
Director, Corporate Restructuring
Stretto, Inc.
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 866-993-1870
Email: Teamiconaircraft@stretto.com

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

**Exhibit A**
Tabulation Summary

| Voting Class | Voting Class Description | Total Ballots Counted ||||| Class Voting Result |
|---|---|---|---|---|---|---|
| | | Accepting || Rejecting || |
| | | Number | Amount or Shares | Number | Amount or Shares | |
| 3 | Noteholder Claims | 0<br>0.0% | $0.00<br>0.0% | 0<br>0.0% | $0.00<br>0.0% | N/A |
| 4 | General Unsecured Claims | 27<br>79.4% | $5,598,179.72<br>99.9999% | 7<br>20.6% | $7.00<br>0.0001% | Accepts |

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

**Exhibit A-1**
Detailed Report of All Class 4 Ballots
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount or Shares | Accept or Reject? | Opt-Out of Release? |
|---|---|---|---|---|---|---|
| 28 | 4 | A E GRAPHIX, INC | 7/9/2024 | $2,225.50 | Accept | No |
| 17 | 4 | ABRASIVE TECHNOLOGY | 6/19/2024 | $160.96 | Accept | No |
| 23 | 4 | AIRCRAFT SOLUTIONS, LLC DBA NORTHWEST FLIGHT SERVICE | 7/2/2024 | $3,402.64 | Accept | No |
| 16 | 4 | AIREPS, INC. | 6/18/2024 | $8,699.00 | Accept | Yes |
| 33 | 4 | ASSET MANAGEMENT VENTURE FUND, L.P. | 7/9/2024 | $1.00 | Reject | Yes |
| 36 | 4 | AUTOMATED MFG INC. | 7/10/2024 | $7,709.25 | Accept | No |
| 18 | 4 | CABLE CONNECTION, INC. | 6/20/2024 | $39,067.18 | Accept | No |
| 32 | 4 | CIBANCO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, ACTUANDO EXCLUSIVAMENTE EN SU CARÁCTER DE FIDUCIARIO DEL FIDEICOMISO DE ADMINISTRACIÓN CIB/3927 | 7/9/2024 | $679,164.25 | Accept | Yes |
| 15 | 4 | CONTEMPORARY MARINE FLOORING LLC | 6/18/2024 | $2,900.00 | Accept | No |
| 37 | 4 | CO-PRODUCTION INTERNATIONAL, INC. | 7/12/2024 | $4,674,557.05 | Accept | No |
| 3 | 4 | EAST WEST ADMINISTRATORS | 6/11/2024 | $11,318.07 | Accept | No |
| 2 | 4 | FISHERIES SUPPLY | 6/11/2024 | $674.95 | Accept | No |
| 5 | 4 | JB RADIATORS | 6/13/2024 | $7,933.70 | Accept | No |
| 6 | 4 | JUAN L DOMINGUEZ | 6/13/2024 | $55,650.00 | Accept | No |
| 19 | 4 | JULIE A. COMER | 6/21/2024 | $1.00 | Reject | Yes |
| 7 | 4 | KIRK HAWKINS | 6/13/2024 | $1.00 | Reject | Yes |
| 13 | 4 | LEXCO CABLE MFG.[K.N.M INDUSTRIES] | 6/14/2024 | $9,194.80 | Accept | No |
| 27 | 4 | MARCO ALTAMIRANO SALCEDO | 7/8/2024 | $4,000.00 | Accept | Yes |
| 22 | 4 | MICHAEL L EDWARDS MANAGING MEMBER MCE AVIATION LLC | 7/2/2024 | $11,690.00 | Accept | No |
| 24 | 4 | MILCO WATERJET | 7/3/2024 | $5,323.90 | Accept | No |
| 14 | 4 | MSC INDUSTRIAL SUPPLY COMPANY | 6/18/2024 | $4,122.00 | Accept | No |
| 31 | 4 | NTT GLOBAL DATA CENTERS AMERICAS, INC. | 7/9/2024 | $8,544.61 | Accept | No |
| 4 | 4 | PHILIP CONDIT | 6/13/2024 | $1.00 | Reject | Yes |
| 26 | 4 | PPG AEROSPACE | 7/8/2024 | $6,530.97 | Accept | No |
| 9 | 4 | PTM&W INDUSTRIES, INC. | 6/13/2024 | $9,493.66 | Accept | No |
| 12 | 4 | R.L. JONES - SAN DIEGO, INC | 6/14/2024 | $1,966.23 | Accept | No |
| 35 | 4 | SEAN HAYES | 7/10/2024 | $1.00 | Accept | No |
| 20 | 4 | SNOWCREST PARTNERS, LLC | 6/24/2024 | $1.00 | Reject | Yes |
| 8 | 4 | STEEN STRAND | 6/13/2024 | $1.00 | Reject | Yes |
| 1 | 4 | STEVEN MA | 6/10/2024 | $2,000.00 | Accept | No |
| 21 | 4 | TOM PALECEK | 6/24/2024 | $1.00 | Reject | Yes |
| 34 | 4 | TRIPA POMPILIU SABIN | 7/9/2024 | $2,000.00 | Accept | Yes |
| 25 | 4 | VACAVILLE CHAMBER OF COMMERCE | 7/3/2024 | $750.00 | Accept | Yes |
| 11 | 4 | VALIA IP PTY LTD | 6/16/2024 | $39,100.00 | Accept | No |

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

**Exhibit B**
Opt-Out Elections
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount or Shares | Accept or Reject? | Opt-Out of Release? |
|---|---|---|---|---|---|---|
| 16 | 4 | AIREPS, INC. | 6/18/2024 | $8,699.00 | Accept | Yes |
| 33 | 4 | ASSET MANAGEMENT VENTURE FUND, L.P. | 7/9/2024 | $1.00 | Reject | Yes |
| OO-6 | 7 | BRIAN HEGARTY | 7/8/2024 | $0.00 |  | Yes |
| 32 | 4 | CIBANCO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, ACTUANDO EXCLUSIVAMENTE EN SU CARÁCTER DE FIDUCIARIO DEL FIDEICOMISO DE ADMINISTRACIÓN CIB/3927 | 7/9/2024 | $679,164.25 | Accept | Yes |
| OO-5 | 7 | ERIC DEARDORFF | 7/3/2024 | $0.00 |  | Yes |
| OO-7 | 7 | JOE BALTHAZAR | 7/8/2024 | $0.00 |  | Yes |
| OO-2 | 2 | JUAN L DOMINGUEZ | 6/18/2024 | $0.00 |  | Yes |
| 19 | 4 | JULIE A. COMER | 6/21/2024 | $1.00 | Reject | Yes |
| 7 | 4 | KIRK HAWKINS | 6/13/2024 | $1.00 | Reject | Yes |
| OO-4 | 7 | KURT SPRANGER | 7/1/2024 | $0.00 |  | Yes |
| 27 | 4 | MARCO ALTAMIRANO SALCEDO | 7/8/2024 | $4,000.00 | Accept | Yes |
| OO-1 | 7 | MATTHEW GIONTA | 6/15/2024 | $0.00 |  | Yes |
| 30 | 4 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 7/9/2024 | $1.00 | Abstain | Yes |
| OO-8 | 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 7/9/2024 | $0.00 |  | Yes |
| 4 | 4 | PHILIP CONDIT | 6/13/2024 | $1.00 | Reject | Yes |
| OO-10 | 7 | SAMEER PAREKH | 7/13/2024 | $0.00 |  | Yes |
| OO-9 | 2 | SEAN HAYES | 7/10/2024 | $0.00 |  | Yes |
| 29 | 4 | SHANGHAI SHUNXIN ENTERPRISE MANAGEMENT CONSULTING CO., LTD. | 7/9/2024 | $32,071,583.67 | Abstain | Yes |
| 20 | 4 | SNOWCREST PARTNERS, LLC | 6/24/2024 | $1.00 | Reject | Yes |

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

### Exhibit B
Opt-Out Elections
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount or Shares | Accept or Reject? | Opt-Out of Release? |
|---|---|---|---|---|---|---|
| OO-3 | 7 | SNOWCREST PARTNERS, LLC | 6/24/2024 | $0.00 | | Yes |
| 8 | 4 | STEEN STRAND | 6/13/2024 | $1.00 | Reject | Yes |
| 21 | 4 | TOM PALECEK | 6/24/2024 | $1.00 | Reject | Yes |
| 34 | 4 | TRIPA POMPILIU SABIN | 7/9/2024 | $2,000.00 | Accept | Yes |
| 25 | 4 | VACAVILLE CHAMBER OF COMMERCE | 7/3/2024 | $750.00 | Accept | Yes |

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

**Exhibit C**
Detailed Report of All Ballots Not Tabulated
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount or Shares | Accept or Reject? | Opt-Out of Release? | Reason Not Tabulated |
|---|---|---|---|---|---|---|---|
| 10 | 4 | JOHN CLARKE | 6/14/2024 | $1,000.00 | | No | Abstaining Ballot |
| 30 | 4 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 7/9/2024 | $1.00 | | Yes | Abstaining Ballot |
| 29 | 4 | SHANGHAI SHUNXIN ENTERPRISE MANAGEMENT CONSULTING CO., LTD. | 7/9/2024 | $32,071,583.67 | | Yes | Abstaining Ballot |