## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEAPLANE DEBTOR 1, INC., *et al.*,[1] | Case No. 24-10703 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 397** |

**SUPPLEMENTAL DECLARATION OF ADAM FIALKOWSKI OF STRETTO, INC. WITH RESPECT TO THE TABULATION OF VOTES ON THE FURTHER AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION FOR SEAPLANE DEBTOR 1, INC. (F/K/A ICON AIRCRAFT, INC.) AND ITS DEBTOR AFFILIATES**

I, Adam Fialkowski, depose and say under the penalty of perjury:

1.     I am a Director employed by Stretto, Inc. ("Stretto"), located at 410 Exchange, Suite 100, Irvine, CA 92602.  I am over the age of eighteen (18) years and am duly authorized to submit this declaration (the "Supplemental Voting Declaration") on behalf of Stretto.

2.     I submit this Supplemental Voting Declaration to supplement the *Declaration of Adam Fialkowski of Stretto, Inc. with Respect to the Tabulation of Votes on the Further Amended Joint Chapter 11 Plan of Liquidation for Icon Aircraft, Inc. and Its Debtor Affiliates* [Docket No. 397] (the "Initial Voting Declaration").[2]  Except as otherwise indicated, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, information supplied to me by the Debtors or their advisors,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) (7443); Seaplane Debtor 2, Inc. (f/k/a IC Technologies Inc.) (7918); Seaplane Debtor 3, LLC (f/k/a ICON Flying Club, LLC) (6101); and Seaplane Debtor 4, LLC (f/k/a Rycon LLC) (5297).  The Debtors' service address is c/o Armanino LLP, 231 Market Place, Suite 373, San Ramon, CA 94583-4743, Attn: Thomas McCabe, Chief Restructuring Officer.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given them in the Initial Voting Declaration.

32276587.6

and/or my review of relevant documents.  If called upon to testify, I could and would testify competently as to the facts set forth herein.

3.    The Initial Voting Declaration was filed on August 2, 2024.  In the Initial Voting Declaration, I summarized the voting results with respect to the Voting Classes as of the Voting Deadline and provided a tabulation of votes cast by timely and properly completed Ballots, among other things.  As set forth in the Initial Voting Declaration, the Voting Deadline was extended for certain parties in interest, including PDSTI.

4.    I submit this Supplemental Voting Declaration to update the tabulation results reported in the Initial Voting Declaration.  Set forth below is a summary of the voting results with respect to the Voting Classes tabulated on a consolidated basis:

| Total Ballots Received | | | |
|---|---|---|---|
| Accept | | Reject | |
| Number (% of Number) | Amount (% of Amount) | Number (% of Number) | Amount (% of Amount) |
| Class 3 – Noteholder Claims | | | |
| 0 (0%) | 0 (0.00%) | 3 (100%) | $137,383,374.93 (100.00%) |
| Class 5 – General Unsecured Claims | | | |
| 32 (94.1%) | $5,598,184.72 (99.99996%) | 2 (5.9%) | $2.00 (0.00004%) |

5.    The final tabulation of votes cast by timely and properly completed Ballots received by Stretto is attached as **Exhibit A**.  A detailed report of all Class 3 Ballots is attached hereto as **Exhibit A-1**.  A detailed report of all Class 5 Ballots is attached hereto as **Exhibit A-2**.

6.    In addition to and in accordance with the Solicitation and Voting Procedures, Stretto reviewed and tabulated the elections recorded on the opt-out forms received by the Voting Deadline from Holders of Claims or Interests entitled to opt-out of the Plan's third-party release.  A report of any such holders that checked the opt-out box on their Ballots or opt-

out forms is attached hereto as **Exhibit B**.  For the avoidance of doubt, this Voting Declaration does not certify the validity or enforceability of any opt-out elections received and reported on **Exhibit B** hereto, but rather this Voting Declaration is providing such information for reporting and informational purposes.

7.    Attached as **Exhibit C** is a detailed report of any Ballots that were not included in the tabulation above because they did not satisfy the requirements for a valid Ballot as set forth in the Solicitation Procedures Order for the reasons described therein.

8.    To the best of my knowledge, information, and belief, the foregoing information concerning the tabulation of Ballots in connection with the Plan is true and correct. The Ballots received by Stretto are stored at Stretto's office and are available for inspection by or submission to this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct and to the best of my knowledge, information, and belief.

Dated: October 31, 2024

_/s/ Adam J. Fialkowski_
Adam J. Fialkowski
Director, Corporate Restructuring
Stretto, Inc.
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 866-993-1870
Email: teamiconaircraft@stretto.com

## **Exhibit A**

**Tabulation Summary**

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

**Exhibit A**
Tabulation Summary

| Total Ballots Counted | | | | | | |
|---|---|---|---|---|---|---|
| Voting Class | Voting Class Description | Accepting | | Rejecting | | Class Voting Result |
| | | Number | Amount or Shares | Number | Amount or Shares | |
| 3 | Noteholder Claims | 0<br>0.0% | $0.00<br>0.0% | 3<br>100.0% | $137,383,374.93<br>100.0% | Rejects |
| 5 | General Unsecured Claims | 32<br>94.1% | $5,598,184.72<br>99.99996% | 2<br>5.9% | $2.00<br>0.00004% | Accepts |

**Exhibit A-1**

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

**Exhibit A-1**
Detailed Report of All Class 3 Ballots
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? |
|----------|-------|------|------------|---------------|-------------------|---------------------|
| 38 | 3 | PUDONG SCIENCE AND TECHNOLOGY INVESTMENT CAYMAN CO., LTD. | 10/28/2024 | $110,828,273.98 | Reject | Yes |
| 39 | 3 | PUDONG SCIENCE AND TECHNOLOGY INVESTMENT CAYMAN CO., LTD. (AS ASSIGNEE TO EAST WEST BANK) | 10/28/2024 | $23,600,980.40 | Reject | Yes |
| 40 | 3 | UNIMAX ASSET HOLDINGS LTD. | 10/28/2024 | $2,954,120.55 | Reject | Yes |

**Exhibit A-2**

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

**Exhibit A-2**
Detailed Report of All Class 5 Ballots
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? |
|---|---|---|---|---|---|---|
| 28 | 5 | A E GRAPHIX, INC | 7/9/2024 | $2,225.50 | Accept | No |
| 17 | 5 | ABRASIVE TECHNOLOGY | 6/19/2024 | $160.96 | Accept | No |
| 23 | 5 | AIRCRAFT SOLUTIONS, LLC DBA NORTHWEST FLIGHT SERVICE | 7/2/2024 | $3,402.64 | Accept | No |
| 16 | 5 | AIREPS, INC. | 6/18/2024 | $8,699.00 | Accept | Yes |
| 33 | 5 | ASSET MANAGEMENT VENTURE FUND, L.P. | 10/11/2024 | $1.00 | Accept* | Yes |
| 36 | 5 | AUTOMATED MFG INC. | 7/10/2024 | $7,709.25 | Accept | No |
| 18 | 5 | CABLE CONNECTION, INC. | 6/20/2024 | $39,067.18 | Accept | No |
| 32 | 5 | CIBANCO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, ACTUANDO EXCLUSIVAMENTE EN SU CARÁCTER DE FIDUCIARIO DEL FIDEICOMISO DE ADMINISTRACIÓN CIB/3927 | 7/9/2024 | $679,164.25 | Accept | Yes |
| 15 | 5 | CONTEMPORARY MARINE FLOORING LLC | 6/18/2024 | $2,900.00 | Accept | No |
| 37 | 5 | CO-PRODUCTION INTERNATIONAL, INC. | 7/12/2024 | $4,674,557.05 | Accept | No |
| 3 | 5 | EAST WEST ADMINISTRATORS | 6/11/2024 | $11,318.07 | Accept | No |
| 2 | 5 | FISHERIES SUPPLY | 6/11/2024 | $674.95 | Accept | No |
| 5 | 5 | JB RADIATORS | 6/13/2024 | $7,933.70 | Accept | No |
| 6 | 5 | JUAN L DOMINGUEZ | 6/13/2024 | $55,650.00 | Accept | No |
| 19 | 5 | JULIE A. COMER | 6/21/2024 | $1.00 | Reject | Yes |
| 7 | 5 | KIRK HAWKINS | 10/11/2024 | $1.00 | Accept* | Yes |
| 13 | 5 | LEXCO CABLE MFG.[K.N.M INDUSTRIES] | 6/14/2024 | $9,194.80 | Accept | No |
| 27 | 5 | MARCO ALTAMIRANO SALCEDO | 7/8/2024 | $4,000.00 | Accept | Yes |
| 22 | 5 | MICHAEL L EDWARDS MANAGING MEMBER MCE AVIATION LLC | 7/2/2024 | $11,690.00 | Accept | No |
| 24 | 5 | MILCO WATERJET | 7/3/2024 | $5,323.90 | Accept | No |
| 14 | 5 | MSC INDUSTRIAL SUPPLY COMPANY | 6/18/2024 | $4,122.00 | Accept | No |
| 31 | 5 | NTT GLOBAL DATA CENTERS AMERICAS, INC. | 7/9/2024 | $8,544.61 | Accept | No |
| 4 | 5 | PHILIP CONDIT | 10/11/2024 | $1.00 | Accept* | Yes |
| 26 | 5 | PPG AEROSPACE | 7/8/2024 | $6,530.97 | Accept | No |
| 9 | 5 | PTM&W INDUSTRIES, INC. | 6/13/2024 | $9,493.66 | Accept | No |
| 12 | 5 | R.L. JONES - SAN DIEGO, INC | 6/14/2024 | $1,966.23 | Accept | No |
| 35 | 5 | SEAN HAYES | 7/10/2024 | $1.00 | Accept | No |
| 20 | 5 | SNOWCREST PARTNERS, LLC | 10/11/2024 | $1.00 | Accept* | Yes |
| 8 | 5 | STEEN STRAND | 10/11/2024 | $1.00 | Accept* | Yes |
| 1 | 5 | STEVEN MA | 6/10/2024 | $2,000.00 | Accept | No |
| 21 | 5 | TOM PALECEK | 6/24/2024 | $1.00 | Reject | Yes |

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

**Exhibit A-2**
Detailed Report of All Class 5 Ballots
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? |
|----------|-------|------|------------|---------------|-------------------|---------------------|
| 34 | 5 | TRIPA POMPILIU SABIN | 7/9/2024 | $2,000.00 | Accept | Yes |
| 25 | 5 | VACAVILLE CHAMBER OF COMMERCE | 7/3/2024 | $750.00 | Accept | Yes |
| 11 | 5 | VALIA IP PTY LTD | 6/16/2024 | $39,100.00 | Accept | No |

\* In accordance with 1) the *Order Approving Stipulation with Respect to the Resolution of Certain Disputes with the Derivative Litigation Plaintiffs and Kirk Hawkins [Docket No. 552],* and 2) the *Order Approving Stipulation Granting Kirk Hawkins Limited Relief from the Automatic Stay [Docket No. 553]* , Stretto tabulated this Ballot as Accepting on the 9019 Filing Date.

**Exhibit B**

**Opt-Out Elections**

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

**Exhibit B**
Opt-Out Elections
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? |
|---|---|---|---|---|---|---|
| 16 | 5 | AIREPS, INC. | 6/18/2024 | $8,699.00 | Accept | Yes |
| 33 | 5 | ASSET MANAGEMENT VENTURE FUND, L.P. | 10/11/2024 | $1.00 | Accept* | Yes |
| OO-6 | 7 | BRIAN HEGARTY | 7/8/2024 | $0.00 | | Yes |
| 32 | 5 | CIBANCO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, ACTUANDO EXCLUSIVAMENTE EN SU CARÁCTER DE FIDUCIARIO DEL FIDEICOMISO DE ADMINISTRACIÓN CIB/3927 | 7/9/2024 | $679,164.25 | Accept | Yes |
| OO-5 | 7 | ERIC DEARDORFF | 7/3/2024 | $0.00 | | Yes |
| OO-7 | 7 | JOE BALTHAZAR | 7/8/2024 | $0.00 | | Yes |
| OO-2 | 2 | JUAN L DOMINGUEZ | 6/18/2024 | $0.00 | | Yes |
| 19 | 5 | JULIE A. COMER | 6/21/2024 | $1.00 | Reject | Yes |
| 7 | 5 | KIRK HAWKINS | 10/11/2024 | $1.00 | Accept* | Yes |
| OO-4 | 7 | KURT SPRANGER | 7/1/2024 | $0.00 | | Yes |
| 27 | 5 | MARCO ALTAMIRANO SALCEDO | 7/8/2024 | $4,000.00 | Accept | Yes |
| OO-1 | 7 | MATTHEW GIONTA | 6/15/2024 | $0.00 | | Yes |
| 30 | 5 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 7/9/2024 | $1.00 | Abstain | Yes |
| OO-8 | 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 7/9/2024 | $0.00 | | Yes |
| 4 | 5 | PHILIP CONDIT | 10/11/2024 | $1.00 | Accept* | Yes |
| 38 | 3 | PUDONG SCIENCE AND TECHNOLOGY INVESTMENT CAYMAN CO., LTD. | 10/28/2024 | $110,828,273.98 | Reject | Yes |
| 39 | 3 | PUDONG SCIENCE AND TECHNOLOGY INVESTMENT CAYMAN CO., LTD. (AS ASSIGNEE TO EAST WEST BANK) | 10/28/2024 | $23,600,980.40 | Reject | Yes |

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

**Exhibit B**
Opt-Out Elections
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? |
|---|---|---|---|---|---|---|
| OO-10 | 7 | SAMEER PAREKH | 7/13/2024 | $0.00 | | Yes |
| OO-9 | 2 | SEAN HAYES | 7/10/2024 | $0.00 | | Yes |
| 29 | 5 | SHANGHAI SHUNXIN ENTERPRISE MANAGEMENT CONSULTING CO., LTD. | 7/9/2024 | $32,071,583.67 | Abstain | Yes |
| 20 | 5 | SNOWCREST PARTNERS, LLC | 10/11/2024 | $1.00 | Accept* | Yes |
| OO-3 | 7 | SNOWCREST PARTNERS, LLC | 6/24/2024 | $0.00 | | Yes |
| 8 | 5 | STEEN STRAND | 10/11/2024 | $1.00 | Accept* | Yes |
| 21 | 5 | TOM PALECEK | 6/24/2024 | $1.00 | Reject | Yes |
| 34 | 5 | TRIPA POMPILIU SABIN | 7/9/2024 | $2,000.00 | Accept | Yes |
| 40 | 3 | UNIMAX ASSET HOLDINGS LTD. | 10/28/2024 | $2,954,120.55 | Reject | Yes |
| 25 | 5 | VACAVILLE CHAMBER OF COMMERCE | 7/3/2024 | $750.00 | Accept | Yes |

\* In accordance with 1) the *Order Approving Stipulation with Respect to the Resolution of Certain Disputes with the Derivative Litigation Plaintiffs and Kirk Hawkins [Docket No. 552],* and 2) the *Order Approving Stipulation Granting Kirk Hawkins Limited Relief from the Automatic Stay [Docket No. 553]*, Stretto tabulated this Ballot as Accepting on the 9019 Filing Date.

**<u>Exhibit C</u>**

**Detailed Report of All Ballots Not Tabulated**

**In re: 24-10703 ICON Aircraft, Inc., et al.**
Case #24-10703 (CTG)

**Exhibit C**
Detailed Report of All Ballots Not Tabulated
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? | Reason Not Tabulated |
|---|---|---|---|---|---|---|---|
| 10 | 5 | JOHN CLARKE | 6/14/2024 | $1,000.00 | | No | Abstaining Ballot |
| 30 | 5 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 7/9/2024 | $1.00 | | Yes | Abstaining Ballot |
| 29 | 5 | SHANGHAI SHUNXIN ENTERPRISE MANAGEMENT CONSULTING CO., LTD. | 7/9/2024 | $32,071,583.67 | | Yes | Abstaining Ballot |