**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEAPLANE DEBTOR 1, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10703 (CTG)<br><br>(Jointly Administered)<br><br><u>Hearing Date</u>:  November 4, 2024 at 2:00 p.m. (ET)<br><u>Obj. Deadline</u>:  At the Hearing<br><br>Ref. No. 598 |

**MOTION OF THE DERIVATIVE LITIGATION PLAINTIFFS FOR LEAVE TO FILE LATE JOINDER TO THE MEMORANDUM OF LAW IN SUPPORT OF APPROVAL OF THE DISCLOSURE STATEMENT ON A FINAL BASIS AND CONFIRMAITON OF THE FOURTH AMENDED JOINT PLAN OF LIQUIDATION FOR SEAPLANE DEBTOR 1, INC. (F/K/A ICON AIRCRAFT, INC.) AND ITS DEBTOR AFFILIATES AND OMNIBUS REPLY TO OBJECTIONS TO CONFIRMATION AND 9019 MOTION**

The Derivative Litigation Plaintiffs hereby submit this *Motion of the Derivative Litigation Plaintiffs for Leave to File Late the Joinder to the Memorandum of Law in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Fourth Amended Joint Plan of Liquidation for Seaplane Debtor 1, Inc. (F/K/A ICON Aircraft, Inc.) and its Debtor Affiliates and Omnibus Reply to Objections to Confirmation and 9019 Motion* (the "<u>Motion for Leave</u>").  In support of the Motion for Leave, the Derivative Litigation Plaintiffs respectfully state as follows:

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") has jurisdiction over this Motion for Leave pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) (7443); Seaplane Debtor 2, Inc. (f/k/a IC Technologies Inc.) (7918); Seaplane Debtor 3, LLC (f/k/a ICON Flying Club, LLC) (6101); and Seaplane Debtor 4, LLC (f/k/a Rycon LLC) (5297). The Debtors' service address is c/o Armanino LLP, 231 Market Place, Suite 373, San Ramon, CA 94583-4743, Attn: Thomas McCabe, Chief Restructuring Officer.

*Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution.[2] Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory basis for the relief requested herein is section 105(a) of title 11 of chapter 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended or modified, the "Bankruptcy Code").

## BACKGROUND

3. On April 4, 2024 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") commenced the above-captioned chapter 11 cases (the "Chapter 11 Cases") by each filing with the Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession, pursuant to Bankruptcy Code sections 1107(a) and 1108. As of the date of this Motion for Leave, no trustee, examiner or statutory committee has been appointed in these Chapter 11 Cases.

5. On October 11, 2024, the Debtors filed the *Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Regarding Certain Disputes with the Derivative Litigation Plaintiffs* [Docket No. 542] (the "9019 Motion").

---

[2] Pursuant to Local Rule of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") 9013-1(f), the Derivative Litigation Plaintiffs hereby confirm their consent to entry of a final order by this Court in connection with this Motion if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

6. On October 28, 2024, the Debtors file the *Fourth Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1 Inc. (F/K/A ICON Aircraft, Inc.) and Its Debtor Affiliates* [Docket No. 579] (the "Plan").

7. On October 28, 2024, PK Investment Co., Ltd., PK Capital L.P., Pudong Science and Technology Investment (Cayman) Co., Ltd. And Unimax Asset Holdings Ltd. (collectively, "PDSTI"), filed *PDSTI's Omnibus Objection to (I) Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Regarding Certain Disputes with the Derivative Litigation Plaintiffs and (II) Confirmation of the Debtors Third Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 584] (the "PDSTI Objection"), objecting to the 9019 Motion and confirmation of the Debtors' Plan.[3]

8. On November 1, 2024, the Debtors filed the *Memorandum of Law in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Fourth Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. (F/K/A ICON Aircraft, Inc. and its Debtor Affiliates and Omnibus Reply to Objections to Confirmation and 9019 Motion* [Docket No. 598] (the "Debtors' Reply").

9. A hearing to consider confirmation of the Plan is scheduled for November 4, 2024 at 2:00 p.m. (ET) (the "Confirmation Hearing").

**RELIEF REQUESTED**

10. Through this Motion for Leave, the Derivative Litigation Plaintiffs respectfully request entry of the order submitted herewith granting the Derivative Litigation Plaintiffs leave to

---

[3] The PDSTI Objection was filed in connection with the Debtors' third amended version of the Plan, and the Derivative Litigation Plaintiffs understand that some or all of PDSTI's objections with respect to confirmation of the Plan remain unresolved and applicable to the operative, fourth amended version of the Plan.

file late the *Joinder of the Derivative Litigation Plaintiffs to the Memorandum of Law in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Fourth Amended Joint Plan of Liquidation for Seaplane Debtor 1, Inc. (F/K/A ICON Aircraft, Inc.) and its Debtor Affiliates and Omnibus Reply to Objections to Confirmation and 9019 Motion* (the "Joinder") attached hereto as **Exhibit 1** and deeming such Joinder as filed, without any further action by the Derivative Litigation Plaintiffs.

## BASIS FOR RELIEF

11. Pursuant to Local Rule 9006-1(d), "[r]eply papers by the movant … may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Del. Bankr. L.R. 9006-1(d). Since the agenda for the Confirmation Hearing was required to be filed on October 31, 2024 at 12:00 p.m. (ET), pursuant to Local Rule 9006-1(d), the deadline to file a reply was October 30, 2024 at 4:00 p.m. (ET) (the "Reply Deadline").

12. The Derivative Litigation Plaintiffs respectfully request that the Court grant the Derivative Litigation Plaintiffs leave and permission to file the Joinder to the Debtors' Reply after the Reply Deadline. Given that the Debtors had not filed the Debtors' Reply by the Reply Deadline, the Derivative Litigation Plaintiffs could not have timely filed the Joinder. The Derivative Litigation Plaintiffs believe that the Joinder will assist the Court in its consideration of whether to approve the 9019 Motion and confirm the Plan.

## NOTICE AND NO PRIOR REQUEST

13. The Derivative Litigation Plaintiffs have provided notice of this Motion for Leave to the following, or in lieu thereof, their counsel, if known: (a) the Office of the United States Trustee for the District of Delaware; (b) the holders of the thirty (30) largest unsecured claims against the Debtors; (c) the United States Attorney's Office for the District of Delaware; (d) the

Internal Revenue Service; (e) the state attorneys general for states in which the Debtors conduct business; (f) all parties who have requested notice in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002; and (g) PDSTI.  In light of the nature of the relief requested in this Motion for Leave, the Derivative Litigation Plaintiffs respectfully submit that no further notice is necessary.

14. No previous request for the relief sought herein has been made by the Derivative Litigation Plaintiffs to this or any other Court.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

WHEREFORE, the Derivative Litigation Plaintiffs respectfully request that the Court enter the proposed order submitted herewith granting the Derivative Litigation Plaintiffs leave and permission to file the Joinder to the Debtors' Reply after the Reply Deadline and granting such other and further relief as the Court deems just and proper.

Dated: November 1, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Joshua B. Brooks*
Richard S. Cobb (No. 3157)
Joshua B. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
        brooks@lrclaw.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Jacob A. Adlerstein, Esq. (*pro hac vice*)
Jeffrey J. Recher, Esq. (*pro hac vice*)
Sean A. Mitchell, Esq. (*pro hac vice*)
Tyler F. Zelinger, Esq. (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: jadlerstein@paulweiss.com
        jrecher@paulweiss.com
        smitchell@paulweiss.com
        tzelinger@paulweiss.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Claudia R. Tobler, Esq. (*pro hac vice*)
2001 K. Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: ctobler@paulweiss.com

*Counsel to the Derivative Litigation Plaintiffs*