# SIGN-IN SHEET

**JUDGE:** Goldblatt    **COURTROOM:** 7

**CASE NUMBER** 24-10703   **CASE NAME:** Seaplane Debtor 1, Inc.   **DATE:** 11/4/2024 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stephen Astringer | Kobre + Kim | PDST1 |
| Don Saval | ↓ | ↓ |
| Jacob Kirkham | ↓ | ↓ |
| Joseph Cudia | UST | UST |
| Sean Beach | YCST | Debtors |
| Ashley Jacobs | " | " |
| Sam Newman | Sidley | " |
| Nate Elner | " | " |
| Jeri Leigh Miller | " | " |
| Sean Mitchell | Paul Weiss | Derivative Litigation Plaintiffs |
| Tyler Zelinger | ↓ | ↓ |
| Rick Cobb | Landis Rath & Cobb | ↓ |
| Josh Brooks | ↓ | ↓ |
| Scott Cousins | LFBS | Kirk Hawkins |
| Eva Miller | Saul Ewing | SGIA |
| Debbie Fletcher | Frshe/Broyles | |

Seaplane Debtor 1 Inc.
24-10703

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Jacob | Alderstein | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Derivative Litigation Plaintiffs | Video and Audio |
| Rick | Archer | Law360 | | Audio Only |
| Gregory | Blue | Lachtman Cohen & Belowich LLP | Kirk Hawkins | Audio Only |
| Lucy | Brenner | Kobre & Kim LLP | | Audio Only |
| Joshua | Brooks | Landis Rath & Cobb LLP | Derivative Litigation Plaintiffs | Video and Audio |
| Jesse | Candel | Kobre & Kim LLP | | Audio Only |
| Sarah | Closser | Kobre & Kim LLP | | Audio Only |
| Richard | Cobb | Landis Rath & Cobb LLP | Derivative Litigation Plaintiffs | Video and Audio |
| Camden | East | Armanino LLP | Seaplane Debtor 1, Inc. | Video and Audio |
| Agnes | Han | Armanino, LLP | Seaplane Debtor 1, Inc. | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| William | Isaacson | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Derivative Litigation Plaintiffs | Video and Audio |
| Emma | Li | | | Video and Audio |
| Evan | Maass | | | Audio Only |
| Jerry | Meyer | Seaplane Debtor 1, Inc. | Seaplane Debtor 1, Inc. | Video and Audio |
| Sean | Mitchell | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Derivative Litigation Plaintiffs | Video and Audio |
| Amanda | Rahie | Sidley Austin LLP | Seaplane Debtor 1, Inc. | Video and Audio |
| Jeffrey | Recher | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Derivative Litigation Plaintiffs | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Claudia | Tobler | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Derivative Litigation Plaintiffs | Video and Audio |
| Catherine | Via | Burr & Forman LLP | Wells Fargo Bank | Video and Audio |
| Charles | Wang | | | Video and Audio |
| Fan | Xiaoying | | | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Yang | Yidong | | | Video and Audio |
| Vincent | Yiu | Kobre & Kim LLP | | Audio Only |
| Melissa | Zappala | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Derivative Litigation Plaintiffs | Video and Audio |
| Tyler | Zelinger | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Derivative Litigation Plaintiffs | Video and Audio |
| Robert | Zhou | | | Video and Audio |
| Ben | Zigterman | Law360 | | Audio Only |
| David | Zubkis | | | Audio Only |