# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEAPLANE DEBTOR 1, INC., *et al.*,[1] | Case No. 24-10703 (CTG) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 542 & 650 |

## NOTICE OF DERIVATIVE LITIGATION PLAINTIFFS' ELECTION UNDER 9019 ORDER AND SETTLEMENT TERM SHEET

**PLEASE TAKE NOTICE** that, on October 11, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Regarding Certain Disputes with the Derivative Litigation Plaintiffs* [Docket No. 542] (the "9019 Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). Through the 9019 Motion, the Debtors sought entry of an order approving the terms of the settlement in the *Claim Assignment Term Sheet* (the "Settlement Term Sheet") by and between the Debtors and the Derivative Litigation Plaintiffs.[3]

**PLEASE TAKE FURTHER NOTICE** that, on November 19, 2024, the Court entered an order approving the 9019 Motion [Docket No. 650] (the "9019 Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the 9019 Order and the Settlement Term Sheet, the Derivative Litigation Plaintiffs had until November 25, 2024 to elect to receive an assignment of the Debtors' rights and interests in the Derivative Litigation Claims in exchange for the Purchase Consideration (the "Derivative Claims Assignment").

**PLEASE TAKE FURTHER NOTICE** that the Derivative Litigation Plaintiffs have elected to effect the Derivative Claims Assignment.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) (7443); Seaplane Debtor 2, Inc. (f/k/a IC Technologies Inc.) (7918); Seaplane Debtor 3, LLC (f/k/a ICON Flying Club, LLC) (6101); and Seaplane Debtor 4, LLC (f/k/a Rycon LLC) (5297). The Debtors' service address is c/o Armanino LLP, 231 Market Place, Suite 373, San Ramon, CA 94583-4743, Attn: Thomas McCabe, Chief Restructuring Officer.

[2] Capitalized terms used but not otherwise defined herein shall have their meanings given to them in the 9019 Motion or Settlement Term Sheet, as applicable.

[3] As used herein, the term "Derivative Litigation Plaintiffs" has the meaning set forth in the *Verified Statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP and Landis Rath & Cobb LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Docket No. 111].

Dated: November 27, 2024
Wilmington, Delaware

*/s/ Ashley E. Jacobs*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Sean M. Beach (No. 4070)<br>Ashley E. Jacobs (No. 5635)<br>S. Alexander Faris (No. 6278)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 571-6600<br>Facsimile:   (302) 571-1253<br>Email:   sbeach@ycst.com<br>      ajacobs@ycst.com<br>      afaris@ycst.com<br>      jkochenash@ycst.com | **SIDLEY AUSTIN LLP**<br>Samuel A. Newman (admitted *pro hac vice*)<br>1999 Avenue of the Stars, Floor 19<br>Los Angeles, California 90067<br>Telephone:   (310) 595-9500<br>Facsimile:   (310) 595-9501<br>Email:   sam.newman@sidley.com<br><br>*and*<br><br>Jeri Leigh Miller (admitted *pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone:   (214) 981-3300<br>Facsimile:   (214) 981-3400<br>Email:   jeri.miller@sidley.com<br><br>*and*<br><br>Nathan Elner (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:   (212) 839-5300<br>Facsimile:   (212) 839-5599<br>Email:   nelner@sidley.com |

*Counsel for the Debtors and Debtors in Possession*