IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEAPLANE DEBTOR 1, INC., *et al.*,[1] | Case No. 24-10703 (CTG) |
| Debtors. | (Jointly Administered) |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 5, 2024, AT 2:00 P.M. (ET)

> THIS PROCEEDING WILL BE CONDUCTED IN PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE COURT'S WEBSITE (HTTPS://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.
>
> YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

**RESOLVED MATTERS**

1. Debtors' Motion for Entry of an Order (I) Authorizing Rejection of Certain Unexpired Lease of Nonresidential Real Property as of the Rejection Date and (II) Granting Related Relief [D.I. 574, 10/25/2024]

    Objection Deadline:    November 8, 2024 at 4:00 p.m. (ET)

    Related Documents:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) (7443); Seaplane Debtor 2, Inc. (f/k/a IC Technologies Inc.) (7918); Seaplane Debtor 3, LLC (f/k/a ICON Flying Club, LLC) (6101); and Seaplane Debtor 4, LLC (f/k/a Rycon LLC) (5297). The Debtors' service address is c/o Armanino LLP, 231 Market Place, Suite 373, San Ramon, CA 94583-4743, Attn: Thomas McCabe, Chief Restructuring Officer.

[2]    **Amendments appear in bold.**

- A. Certificate of No Objection [D.I. 629, 11/12/2024]

- B. Order (I) Authorizing Rejection of Certain Unexpired Lease of Nonresidential Real Property as of the Rejection Date and (II) Granting Related Relief [D.I. 644, 11/15/2024]

  Status: An order has been entered by the Court. No hearing is required.

2. Debtors' Motion for Entry of an Order Further Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [D.I. 577, 10/28/2024]

   Objection Deadline:   November 12, 2024 at 4:00 p.m. (ET)

   Related Documents:

   - A. Certificate of No Objection [D.I. 636, 11/13/2024]

   - B. Order Further Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [D.I. 638, 11/14/2024]

   Status: An order has been entered by the Court. No hearing is required.

**MATTERS GOING FORWARD**

3. Fourth Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1 Inc. (F/K/A ICON Aircraft, Inc.) and Its Debtor Affiliates [D.I. 579, 10/28/2024]

   Objection Deadline: July 15, 2024 at 4:00 p.m. (ET); extended for PDSTI and the U.S. Trustee to October 28, 2024 at 4:00 p.m. (ET) and for the Derivative Litigation Plaintiffs and Kirk Hawkins to a date TBD

   Related Documents:

   - A. Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and Its Debtor Affiliates [D.I. 196, 5/13/2024]

   - B. Disclosure Statement for Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and Its Debtor Affiliates [D.I. 197, 5/13/2024]

   - C. Debtors' Motion for Entry of Order (I) Conditionally Approving the Disclosure Statement, (I) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 198, 5/13/2043]

   - D. Notice of Filing of Liquidation Analysis [D.I. 237, 5/31/2024]

   - E. Notice of Filing of (I) Amended Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and Its Debtor Affiliates; (II) Amended Disclosure Statement for Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and Its Debtor Affiliates; and (III) Blacklines Thereof [D.I. 238, 5/31/2024]

F. Notice of Filing of (I) Further Amended Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and Its Debtor Affiliates; (II) Further Amended Disclosure Statement for Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and Its Debtor Affiliates; and (III) Blacklines Thereof [D.I. 243, 6/3/2024]

G. Notice of Filing of Revised Liquidation Analysis [D.I. 247, 6/3/2024]

H. Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 248, 6/3/2024]

I. Notice of (I) Conditional Approval of Disclosure Statement and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information, (B) Confirmation of the Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and its Debtor Affiliates, and (C) Related Voting and Objection Deadlines [D.I. 262, 6/11/2024]

J. Affidavit of Service re: Solicitation Materials [D.I. 269, 6/12/2024]

K. Affidavit of Publication of the Notice of (I) Conditional Approval of Disclosure Statement and (I)) the Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information, (B) Confirmation of the Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and its Debtor Affiliates, and (C) Related Voting and Objection Deadlines [D.I. 275, 6/13/2024]

L. Notice of Filing of Plan Supplement [D.I. 340, 7/3/2024]

M. Notice of Adjournment of Combined Hearing to Consider Confirmation of the Plan and Final Approval of the Related Disclosure Statement [D.I. 354, 7/10/2024]

N. Declaration of Adam Fialkowski of Stretto, Inc. with Respect to the Tabulation of Votes on the Further Amended Joint Chapter 11 Plan of Liquidation for ICON Aircraft, Inc. and Its Debtor Affiliates [D.I. 397, 8/2/2024]

O. Notice of Further Adjournment of Combined Hearing to Consider Confirmation of the Plan and Final Approval of the Related Disclosure Statement [D.I. 471, 8/28/2024]

P. Notice of Further Adjournment of Combined Hearing to Consider Confirmation of the Plan and Final Approval of the Related Disclosure Statement [D.I. 540, 10/9/2024]

Q. Third Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1 Inc. (F/K/A ICON Aircraft, Inc.) and Its Debtor Affiliates [D.I. 543, 10/11/2024]

R. Notice of Filing of Blackline of Amended Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. and Its Debtor Affiliates [D.I. 545, 10/11/2024]

S. Notice of Filing of Proposed Confirmation Order [D.I. 578, 10/28/2024]

T. Notice of Filing of Blackline of Fourth Amended Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. and its Debtor Affiliates [D.I. 580, 10/28/2024]

U. Declaration of Thomas M. McCabe in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. (F/K/A ICON Aircraft, Inc.) and its Debtor Affiliates [D.I. 582, 10/28/2024]

V. Declaration of Thomas G. Fitzgerald, Independent Director and Sole Member of the Special Committee of the Board of Directors of Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. and its Debtor Affiliates, in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Fourth Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 583, 10/28/2024]

W. Notice of Filing of Amended Plan Supplement [D.I. 586, 10/28/2024]

X. Supplemental Declaration of Adam Fialkowski of Stretto, Inc. with Respect to the Tabulation of Votes on the Further Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. (F/K/A ICON Aircraft Inc.) and its Debtor Affiliates [D.I. 594, 10/31/2024]

Y. Debtors' Memorandum of Law in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Fourth Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) and its Debtor Affiliates and Omnibus Reply to Objections to Confirmation and 9019 Motion [D.I. 598, 11/1/2024]

Z. Debtors' Motion for Entry of an Order Granting the Debtors (I) Leave to Exceed Page Limit Requirements with Respect to Debtors' Memorandum of Law in Support of Confirmation and Replies to Confirmation and 9019 Motion Objections and (II) Leave and Permission to File Debtors' Memorandum of Law in Support of Confirmation and Replies to Confirmation and 9019 Motion Objections [D.I. 599, 11/1/2024]

AA. Motion of the Derivative Litigation Plaintiffs for Leave to File Late Joinder to the Memorandum of Law in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Fourth Amended Joint Plan of Liquidation for Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) and its Debtor Affiliates and Omnibus Reply to Confirmation and 9019 Motion [D.I. 601, 11/1/2024]

BB. PDSTI's Exhibit and Witness List for the Evidentiary Hearing on November 4, 2024 at 2:00P.M. (Prevailing Eastern Time) [D.I. 604, 11/1/2024]

CC. PDSTI's Amended Exhibit and Witness List for the Evidentiary Hearing on November 4, 2024 at 2:00P.M. (Prevailing Eastern Time) [D.I. 606, 11/3/2024]

DD. Debtors' Witness and Exhibit List [D.I. 608, 11/3/2024]

EE. Notice of Filing of Revised Proposed Confirmation Order [D.I. 614, 11/4/24]

FF. Notice of Derivative Litigation Plaintiffs' Election Under 9019 Order and Settlement Term Sheet [D.I. 659, 11/27/230204]

GG. Certification of Counsel Regarding Stipulation Admitting Revised PDSTI Term Sheet into Confirmation Evidentiary Record [D.I. 661, 12/3/24]

**HH. Notice of Filing of Further Revised Proposed Confirmation Order [D.I. 663, 12/3/24]**

**II. Notice of Filing of Second Amended Plan Supplement [D.I. 665, 12/4/24]**

Responses/Objections Filed:

A. United States Trustee's Objection to the Third Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. (F/K/A ICON Aircraft, Inc.) and its Debtor Affiliates [D.I. 581, 10/28/2024]

B. PDSTI's Omnibus Objection to (I) Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Regarding Certain Disputes with the Derivative Litigation Plaintiffs and (II) Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan of Liquidation [D.I. 584, 10/28/2024]

C. Limited Objection of Wells Fargo Bank, N.A. to the Fourth Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) and its Debtor Affiliates [D.I. 592, 10/30/2024]

D. Limited Objection and Reservation of Rights of SG Investment America, Inc. to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc. and its Debtor Affiliates [D.I. 596, 10/31/2024]

E. Notice of Filing of Amended Exhibit A to Limited Objection and Reservation of Rights of SG Investment America, Inc. to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc. and its Debtor Affiliates [D.I. 597, 10/31/2024]

F. Supplement to PDSTI's Omnibus Objection to (I) Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Regarding Certain Disputes with the Derivative Litigation Plaintiffs and (II) Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan of Liquidation [D.I. 660, 12/2/2024]

Status: The responses listed as Item C and Item D are resolved. This matter is going forward.

Dated: December 4, 2024
Wilmington, Delaware

| | |
|---|---|
| */s/ Ashley E. Jacobs* | |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SIDLEY AUSTIN LLP** |
| Sean M. Beach (No. 4070) | Samuel A. Newman (admitted *pro hac vice*) |
| Ashley E. Jacobs (No. 5635) | 1999 Avenue of the Stars, Floor 19 |
| S. Alexander Faris (No. 6278) | Los Angeles, California 90067 |
| Jared W. Kochenash (No. 6557) | Telephone:   (310) 595-9500 |
| Rodney Square | Facsimile:   (310) 595-9501 |
| 1000 North King Street | Email:   sam.newman@sidley.com |
| Wilmington, Delaware 19801 | |
| Telephone:   (302) 571-6600 | *and* |
| Facsimile:   (302) 571-1253 | |
| Email:   sbeach@ycst.com | Jeri Leigh Miller (admitted *pro hac vice*) |
|         ajacobs@ycst.com | 2021 McKinney Avenue, Suite 2000 |
|         afaris@ycst.com | Dallas, Texas 75201 |
|         jkochenash@ycst.com | Telephone:   (214) 981-3300 |
| | Facsimile:   (214) 981-3400 |
| | Email:   jeri.miller@sidley.com |
| | |
| | *and* |
| | |
| | Nathan Elner (admitted *pro hac vice*) |
| | 787 Seventh Avenue |
| | New York, New York 10019 |
| | Telephone:   (212) 839-5300 |
| | Facsimile:   (212) 839-5599 |
| | Email:   nelner@sidley.com |

*Counsel for the Debtors and Debtors in Possession*