**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEAPLANE DEBTOR 1, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10703 (CTG)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 680 |

**NOTICE OF (A) ENTRY OF ORDER
CONFIRMING, AND (B) EFFECTIVE DATE, OF FOURTH
AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF SEAPLANE
DEBTOR 1, INC. (F/K/A ICON AIRCRAFT, INC.) AND ITS DEBTOR AFFILIATES**

PLEASE TAKE NOTICE OF THE FOLLOWING:

**1.     Confirmation of the Plan**. On December 11, 2024, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [D.I. 680] (as modified or amended, the "Confirmation Order") confirming the *Fourth Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) and its Debtor Affiliates* [D.I. 579] (as modified or amended, the "Plan"), in the Chapter 11 Cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). Unless otherwise defined in this notice (this "Notice"), capitalized terms and phrases used herein have the meanings given to them in the Plan and the Confirmation Order. This Notice is intended solely to provide notice of the entry of the Confirmation Order, and it does not, and shall not be construed to, limit, modify or interpret any of the provisions of the Confirmation Order. The following paragraphs identify some of the provisions of the Confirmation Order for the convenience of creditors and interest holders; however, creditors and interest holders should refer to the full text of the Confirmation Order and should not rely upon the summary provided below.

**2.     Effective Date of the Plan**. On January 1, 2025, the Effective Date of the Plan occurred. All conditions precedent to the Effective Date enumerated in Article VIII of the Plan were satisfied or waived in accordance with the Plan as of January 1, 2025. Pursuant to the Confirmation Order and the Plan, the releases, exculpation, and injunction provisions set forth in Article IX of the Plan are now in full force and effect.

**3.     Convenience Class Election Deadline**. The last date for Holders of Allowed Claims in Class 5 to elect to have such Claims reclassified as Class 4 Convenience Class Claims

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) (7443); Seaplane Debtor 2, Inc. (f/k/a IC Technologies Inc.) (7918); Seaplane Debtor 3, LLC (f/k/a ICON Flying Club, LLC) (6101); and Seaplane Debtor 4, LLC (f/k/a Rycon LLC) (5297). The Debtors' service address is c/o Armanino LLP, 231 Market Place, Suite 373, San Ramon, CA 94583-4743, Attn: Thomas McCabe, Chief Restructuring Officer.

32581992.2

is **January 31, 2025** (*i.e.*, thirty (30) calendar days after the Effective Date). A Class 4 Convenience Class Claim is a General Unsecured Claim that is either (a) an Allowed Claim in an amount that is equal to or less than $100,000 or (b) an Allowed Claim in an amount that is greater than $100,000, but with respect to which the Holder of such Allowed Claim agrees in writing to voluntarily and irrevocably reduce the aggregate amount of such Allowed Claim to $100,000 or less. To elect to have an Allowed Claim in Class 5 voluntarily and irrevocably reduced to an amount of $100,000 or less and reclassified as a Class 4 Convenience Class Claim pursuant to Article III.B.4.b. of the Plan, a Holder of an Allowed Claim in Class 5 should submit a Convenience Claim Election Form (a form of which is attached hereto as **Exhibit 1**) online at https://cases.stretto.com/iconaircraft by no later than **January 31, 2025 at 5:00 p.m. (prevailing Eastern Time)**.

    4.    **Bar Dates**.

    a.    *Fee Claims*. All requests for payment of Professional Fee Claims by Retained Professionals (other than OCPs) for services rendered and reimbursement of expenses incurred prior to the Confirmation Date must be Filed no later than forty-five (45) days after the Effective Date. Objections to Professional Fee Claims must be Filed and served no later than twenty-one (21) days after the Filing of the Professional Fee Claim. The Bankruptcy Court shall determine the Allowed amounts of such Professional Fee Claims of Retained Professionals (other than OCPs) after notice and a hearing in accordance with the procedures established by the Bankruptcy Court, except to the extent such procedures are inconsistent with the express terms of the Plan. Unless otherwise agreed to by the Debtors and the Retained Professional, the Plan Administrator shall pay Professional Fee Claims that are Allowed by Final Order following the Effective Date in Cash from the Professional Fee Reserve.

    b.    *Administrative Claims*. All requests for payment of an Administrative Claim (other than Holders of Professional Fee Claims and Claims for Statutory Fees) that accrued on or before the Effective Date that were not otherwise accrued in the ordinary course of business must be filed with the Bankruptcy Court and served on the Debtors no later than the date that is the thirtieth (30th) day after the Effective Date (the "Administrative Claims Bar Date").

A Holder of an Administrative Claim (other than Holders of Professional Fee Claims and Claims for Statutory Fees) that is required to, but does not, file and serve a request for payment of such Administrative Claim by the Administrative Claims Bar Date shall be forever barred, estopped and enjoined from asserting such Administrative Claims against the Debtors, the Estates, the Plan Administrator, the Litigation Trust, or their assets and properties, and any Administrative Claims shall be deemed disallowed as of the Effective Date unless otherwise ordered by the Court.

    c.    *Rejection Damages Claims*. If the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan and Confirmation Order results in a Claim, then, unless otherwise ordered by the Court, such Claim shall be forever barred and shall not be enforceable against the Debtors, the Estates, the Plan Administrator, or any of their respective assets and properties unless a Proof of Claim is Filed with the Notice and Claims Agent and served upon counsel to the Plan Administrator within thirty (30) days of the Effective Date.

The foregoing applies only to Claims arising from the rejection of an Executory Contract or Unexpired Lease under the Plan and Confirmation Order; any other Claims held by a party to a rejected Executory Contract or Unexpired Lease shall have been evidenced by a Proof of Claim Filed by the applicable Bar Date or shall be barred and unenforceable. Claims arising from the rejection of Executory Contracts or Unexpired Leases under the Plan and Confirmation Order shall be classified as General Unsecured Claims and shall, if Allowed, be treated in accordance with Article III.B.5 of the Plan.

Any Claims arising from the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan and Confirmation Order that are not timely Filed within thirty (30) days of the Effective Date will be forever barred from assertion and shall not be enforceable against, as applicable, the Debtors, the Estates, the Plan Administrator, the Litigation Trust (if any), or any of their respective assets and properties.

5. **Bankruptcy Court Address.** For purposes of Filing requests for payment of Administrative Claims and applications for allowance of Professional Fee Claims, the address of the Bankruptcy Court is 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

6. **Notices.** To continue to receive pleadings and other documents filed in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002, you must File a renewed request to receive documents pursuant to Bankruptcy Rule 2002. Commencing January 31, 2025, (*i.e.*, thirty (30) calendar days after the Effective Date), the list of Entities receiving documents pursuant to Bankruptcy Rule 2002 will be limited to those Entities who have filed such renewed requests (including any Entities that file such renewed requests after such date).

7. **Copies of Confirmation Order**. Copies of the Confirmation Order, the Plan, and any pleadings filed in these Chapter 11 Cases may be obtained by (a) visiting the Debtors' restructuring website at https://cases.stretto.com/iconaircraft; (b) sending an email to teamiconaircraft@stretto.com; and/or (c) calling the Debtors' restructuring hotline at 866-993-1870 (or 949-892-1896 for international calls). The Confirmation Order and the Plan may also be examined by any party in interest during normal business hours at the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. You may also obtain copies of the Confirmation Order or of any pleadings filed in these Chapter 11 Cases for a fee at http://www.deb.uscourts.gov.

[*Remainder of page intentionally left blank*]

Dated: January 2, 2025
Wilmington, Delaware

*/s/ Ashley E. Jacobs*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Sean M. Beach (No. 4070)<br>Ashley E. Jacobs (No. 5635)<br>S. Alexander Faris (No. 6278)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 571-6600<br>Facsimile:   (302) 571-1253<br>Email:         sbeach@ycst.com<br>                   ajacobs@ycst.com<br>                   afaris@ycst.com<br>                   jkochenash@ycst.com | **SIDLEY AUSTIN LLP**<br>Samuel A. Newman (admitted *pro hac vice*)<br>1999 Avenue of the Stars, Floor 19<br>Los Angeles, California 90067<br>Telephone:   (310) 595-9500<br>Facsimile:   (310) 595-9501<br>Email:         sam.newman@sidley.com<br><br>*and*<br><br>Jeri Leigh Miller (admitted *pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone:   (214) 981-3300<br>Facsimile:   (214) 981-3400<br>Email:         jeri.miller@sidley.com<br><br>*and*<br><br>Nathan Elner (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:   (212) 839-5300<br>Facsimile:   (212) 839-5599<br>Email:         nelner@sidley.com |

# EXHIBIT 1

**Convenience Claim Election Form**

32581992.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SEAPLANE DEBTOR 1, INC., *et al.*,[1] | Case No. 24-10703 (CTG) |
| Debtors. | (Jointly Administered) |

**CLASS 5 GENERAL UNSECURED CLAIMS**
**CONVENIENCE CLASS ELECTION FORM**

> **THE DEADLINE TO SUBMIT A CONVENIENCE CLASS ELECTION IS 5:00 PM, EASTERN TIME, ON JANUARY 31, 2025 (THE "CONVENIENCE CLASS ELECTION DEADLINE"), UNLESS EXTENDED BY THE DEBTORS OR PLAN ADMINISTRATOR**

This form (the "Convenience Class Election Form") is provided to you to capture your election to voluntarily and irrevocably reduce the aggregate amount of your Allowed Class 5 General Unsecured Claim to $100,000 or less (the "Convenience Class Election") in connection with the *Fourth Amended Joint Chapter 11 Plan of Liquidation for Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) and its Debtor Affiliates* [D.I. 579] (as amended, modified, or supplemented from time to time, the "Plan") for the above-captioned debtors and debtors in possession (collectively, the "Debtors").[2]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Seaplane Debtor 1, Inc. (f/k/a ICON Aircraft, Inc.) (7443); Seaplane Debtor 2, Inc. (f/k/a IC Technologies Inc.) (7918); Seaplane Debtor 3, LLC (f/k/a ICON Flying Club, LLC) (6101); and Seaplane Debtor 4, LLC (f/k/a Rycon LLC) (5297). The Debtors' service address is c/o Armanino LLP, 231 Market Place, Suite 373, San Ramon, CA 94583-4743, Attn: Thomas McCabe, Chief Restructuring Officer.

[2] Capitalized terms used in this Convenience Class Election Form that are not otherwise defined herein shall have the meanings ascribed to them in the Plan.

32581992.2

The Plan and Disclosure Statement provide additional information related to the treatment of Convenience Class Claims and General Unsecured Claims. These documents can be accessed online by visiting Stretto, Inc.'s (the "Voting Agent") website at https://cases.stretto.com/iconaircraft.  If you have any questions related to this form, please contact the Voting Agent by: (i) calling 949-892-1896 (international) or 866-993-1870 (domestic, toll free) or (ii) sending an electronic message to teamiconaircraft@stretto.com with "ICON Convenience Class Election" in the subject line.  You should review the Disclosure Statement and the Plan before making a Convenience Class Election.  You may wish to seek independent legal advice concerning the Plan and the classification and treatment of your Claim under the Plan.  If you believe you have received this Convenience Class Election Form in error, please contact the Voting Agent *immediately* at the address, telephone number, or email address set forth below.

**PLEASE READ THE BELOW
INSTRUCTIONS BEFORE COMPLETING THIS
CONVENIENCE CLASS ELECTION FORM.**

> PLEASE COMPLETE ALL APPLICABLE ITEMS BELOW.  PLEASE FILL IN ALL OF THE INFORMATION REQUESTED UNDER ITEM 3.  IF THIS CONVENIENCE CLASS ELECTION FORM HAS NOT BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR CONVENIENCE CLASS ELECTION MAY NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Principal Amount of Claim**.  The undersigned hereby certifies that it is the Holder (or authorized signatory of such Holder) of a General Unsecured Claim in the aggregate unpaid **principal** amount inserted into the box below, without regard to any accrued but unpaid interest.

> $_____
> Claim Number:_____

**Item 2. Convenience Class Election**.

By checking the box below, regardless of the amount of your Allowed Class 5 General Unsecured Claim, you elect to have your Claim reduced to $100,000 or less and to have such Claim treated as a Class 4 Convenience Class Claim.  Except to the extent that a Holder of a Convenience Claim and the Debtors or the Plan Administrator, as applicable, agree to less favorable treatment for such Holder, in full and final satisfaction of the Allowed Convenience Claim, the Holders of Allowed Convenience Claims shall, on the latest of (i) the Effective Date, or as soon as practicably thereafter, (ii) the date the Derivative Claim Assignment is consummated, and (iii) the date that is ten (10) business days after such Convenience Claim becomes an Allowed Claim, in full and final satisfaction of such Claim, receive payment in Cash equal to the lesser of their pro rata share of $2.5 million on account of the Allowed Convenience Claim and 100% of the Allowed amount of such Convenience Claim.

> ❑
> **The undersigned elects to have its Allowed Class 5 General Unsecured Claim identified in Item 1 treated as a Class 4 Convenience Class Claim and acknowledges that any valid Claim will be Allowed in an amount not to exceed $100,000.**

Any Convenience Class Election Form returned without checking the box above shall be treated as NOT having made the Convenience Class Election.

**Item 3. Acknowledgments**.

By signing this Convenience Class Election Form, the Holder (or authorized signatory of such Holder) certifies that (i) it has the power and authority to make the election made in this Convenience Class Election Form, (ii) it is the Holder (or is entitled to elect on behalf of such Holder) of the General Unsecured Claim described in Item 1 above, (iii) the Holder understands and acknowledges that if multiple Convenience Class Election Forms are submitted with respect to the Claim set forth in Item 1, only the last properly completed Convenience Class Election Form

32581992.2

3

received by the Voting Agent before the Convenience Class Election Deadline shall be deemed to reflect the holder's intent and thus to supersede and revoke any prior Convenience Class Election Form received by the Voting Agent, and (iv) all authority conferred or agreed to be conferred pursuant to this Convenience Class Election Form, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned. The undersigned understands that an otherwise properly completed, executed, and timely returned Convenience Class Election Form failing to indicate a Convenience Class Election, will not be counted.

_____
Name of Holder

_____
Signature

_____
Name of Signatory and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Email Address

_____
Date Completed

**PLEASE COMPLETE, SIGN, AND DATE THIS CONVENIENCE CLASS ELECTION FORM AND RETURN IT (WITH AN ORIGINAL SIGNATURE) *PROMPTLY* VIA FIRST CLASS MAIL (OR THE ENCLOSED REPLY ENVELOPE PROVIDED), OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Seaplane Debtor 1, Inc. Convenience Class Election Processing**
**c/o Stretto, Inc.**
**410 Exchange Suite 100, Suite 100, Irvine, CA 92602**

**If you would like to coordinate hand delivery of your Convenience Class Election Form, please send an email to teamiconaircraft@stretto.com and provide the anticipated date and time of your delivery.**

**OR**

**Submit your Convenience Class Election Form via the Voting Agent's online portal at https://cases.stretto.com/iconaircraft. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your Convenience Class Election Form.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Convenience Class Election Form:**

**Unique Convenience Class Election ID#:** _____

**The Voting Agent's online portal is the sole manner in which Convenience Class Election Forms will be accepted via electronic or online transmission. Convenience Class Election Forms submitted by facsimile, email or other means of electronic transmission will not be counted.**

Each Convenience Class Election ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Convenience Class Election Form. Please complete and submit an electronic Convenience Class Election Form for each Convenience Class Election ID# you receive, as applicable. Holders of General Unsecured Claims who cast a Convenience Class Election using the Voting Agent's online portal should NOT also submit a paper Convenience Class Election Form.

IF THE VOTING AGENT DOES NOT *ACTUALLY RECEIVE* THIS CONVENIENCE CLASS ELECTION FORM **ON OR BEFORE JANUARY 31, 2025**, **AT 5:00 PM,** EASTERN TIME, (AND IF THE CONVENIENCE CLASS ELECTION DEADLINE IS NOT EXTENDED), YOUR CONVENIENCE CLASS ELECTION TRANSMITTED BY THIS CONVENIENCE CLASS ELECTION FORM MAY BE COUNTED ONLY IN THE DISCRETION OF THE DEBTORS OR PLAN ADMINISTRATOR.

IF YOU HAVE ANY QUESTIONS REGARDING THIS CONVENIENCE CLASS ELECTION FORM, PLEASE CONTACT THE VOTING AGENT BY CALLING 949-892-1896 (INTERNATIONAL) or 866-993-1870 (DOMESTIC, TOLL FREE) OR BY SENDING AN EMAIL TO TEAMICONAIRCRAFT@STRETTO.COM WITH "ICON" IN THE SUBJECT LINE.